**MIDN MARINA RONZONI**
300 Steamboat Road
Kings Point, New York 11024

October 29, 2025

<u>**Via Email (flynnc@usmma.edu)**</u>
Acting Superintendent Captain Anthony J. Ceraolo
United States Merchant Marine Academy
300 Steamboat Road
Kings Point, New York 11024

Re: <u>Consideration Statement After Honor Board Determination</u>

Dear Superintendent Ceraolo:

**<u>INTRODUCTION</u>**

This letter will serve as my statement pursuant to Superintendent Instruction 2024-07 for the Honor Manual ("Honor Code") Section 4.8.1., which provides me with the right to submit a statement to the Superintendent for reconsideration of the determination that I should be setback to the Class of 2027. As set forth in the Honor Code, reconsideration is warranted if: "There were procedural errors in the case or in the interpretation of the Honor Code serious enough to deny the Midshipman a fair investigation and/or hearing" **or** "The severity of the sanction is disproportionate to the violation(s) committed in accordance with the Honor Code."

A review of the totality of the circumstances demonstrates that both grounds exist in this matter. As set forth in more detail below, there were multiple procedural errors relating to my case. First, prior to the September 25, 2025 Honor Board Hearing (the "Honor Board") I was advised that I was prohibited from using any "new evidence" at the Honor Board unless I agreed that the honor staff could reopen the investigation against me. Critically, however, this "Hobson's Choice" is in direct violation of Honor Code Section 4.6.4, which specifically affords me with the right to present new evidence at the Honor Board:

> <u>Objections to Evidence</u>. At the time the evidence is presented to the voting members during the hearing, the accused will be given an opportunity to object to anything contained therein. The rules of evidence for judicial proceedings do not apply to Honor Board proceedings. The presiding officer will consult with the Honor Staff Advisor and rule on objections to evidence. **Additionally, the presiding officer <u>will allow</u> the accused to present <u>*any new evidence*</u> to be considered at the hearing** (emphasis added).

Because of this improper restriction placed on me, I withheld at the Honor Board presenting evidence that would have been beneficial to my defense, such as the testimony of Midshipmen who would corroborate my position.

Second, in violation of Code Section 4.5.14., the documents that I received prior to the Honor Board confirm that I have not been provided with all interviews that were taken. In fact, I was only provided with six interviews, even though it is evident that many more interviews were conducted. Moreover, surprisingly, the only interviews ever provided have information that is against me even though I am certain that there were other interviews taken where the individual interviewed provided information that was supportive of my position. Simply put, it is obvious that the investigation intentionally withheld information that could have been used by me in my defense in blatant violation of Code Section 4.3.3.

Third, the Honor Board relied upon what were described as incriminating "statements" made about me by certain Midshipmen such as Tallini and Vanasse. Significantly, however, in actuality, there were no statements made by such Midshipmen. Rather, the "evidence" used against me consists of what purport to be MIDN Solmos' notes from interviewing these Midshipman. MIDN Solmos' notes are not signed as accurate by any Midshipman and are nothing more than blatant hearsay. And, one of the issues pertaining to my prior board hearing was the perception that MIDN Solmos had an improper bias against me, which completely taints the accuracy of his notes.

In addition, the penalty imposed on me, which is a setback, is clearly disproportionate to the offense. Notably, after the prior Honor Board, Superintendent Nunan imposed a less punitive penalty, which was 45 days of remediation. The penalty imposed upon me is also far harsher than the penalty imposed on Midshipmen who were actually drinking at the team movement ("TM") and distributed alcohol to minors. In fact, other than Midshipman Mitchell (who also sought and obtained a second Honor Board) no Midshipman has received a penalty anywhere near what was imposed on me, making it clear that I have been penalized for seeking a second Honor Board. I should not be punished excessively for exercising my rights.

I also submit multiple character statements supporting my request for reconsideration.

And, I submit statements by MIDN Muehlbauer who was the individual who submitted the HB-1 against me. Tellingly, MIDN Muehlbauer affirms that I am "innocent" and that I never lied to him.

Accordingly, I request that you reconsider the decision of a setback.

## RELEVANT FACTS

On August 25, 2024, MIDN Muehlbauer submitted an HB-1 advising that I might have lied to him relating to a Futbol Club TM on August 17, 2024 (attached hereto as Exhibit

A). An investigation was thereafter undertaken by MIDN Solmos. His investigation included what purports to be notes of interviews that he conducted of other Midshipman.

Also, on August 25, 2024, I was informed about a meeting held by MIDN Samantha Bumann with the plebes on the women's soccer team. MIDN Bumann was the acting Honor Board Investigations Officer PO, at the time, under MIDN Solmos. MIDN Bumann was present at the TM. MIDN Bumann was also present at the 7/11 at the time the alcohol was purchased by MIDN Jade Winters and MIDN Alexx Foreman. MIDN Bumann was maintained as the Honor Board Investigating PO, even with her conflicts of interest as a member of the women's soccer team, attendee of the TM and trip to 7/11, and as a former roommate of mine. MIDN Bumann made a group-chat with the plebe members of the women's soccer team, stating that she needed to meet with them in regards to the questioning that took place on August 24th after a women's soccer practice by MIDN Heck, MIDN Alvarado, and MIDN Solmos, who were all acting members on the Honor Board Staff. The plebes met with MIDN Bumann on August 24th, at 2100 at Land Hall. No other upperclassmen, including team captains were invited, present, or consulted on MIDN Bumann's meeting.

After hearing of this meeting, MIDN Mitchell and I asked to meet with one of our Team Captains, MIDN Jasper Schineller. We both met with MIDN Schineller, as well as MIDN Colploys, our other team captain. Myself and MIDN Mitchell both expressed our concerns with this meeting taking place, seeing as we both felt MIDN Bumman had gone above the scope of her responsibilities as a Petty Officer, and the conflict of interest as a team member and someone who was in attendance of the TM, herself. Our team captains, upon finding out, met with MIDN Solmos about the meeting MIDN Bumann held. They asked him multiple times who was allowed to interview the plebes for information regarding the TM, and each time a list of names was stated, none of them included MIDN Bumann. After this meeting, it was concluded that he did not plan nor was aware of any meetings regarding the TM. They later went on to meet with MIDN Bumann, who explained that she felt the need to hold this meeting to ask the plebes for any information they felt uncomfortable sharing in front of the Honor Board staff on the morning of August 24th. She also explained that she felt entitled to do this seeing as she was the petty officer of the Honor Board Investigating Chair (MIDN Solmos). She also said that MIDN Solmos gave her permission to hold this meeting. She did not mention that the questioning of the plebes regarding upperclassman (myself and MIDN Mitchell), which was conflicting with the plebe's statements. After confronting MIDN Bumann, MIDN Schineller and MIDN Colploys met again with MIDN Solmos, as well as MIDN Alvarado. They shared what they had been told by MIDN Bumann, to which MIDN Solmos stated that he was aware that she planned to muster the plebes. This statement contradicted his previous statement. He explained that he told MIDN Bumann she could only meet with them as a concerned teammate; however, this is not how she carried out the meeting, clearly shown in the text message threat about the meeting. See Exhibit B.

In October 2024, I received my case packet for the Honor Board. The case packet contained only six witnesses, which I knew did not align with the amount of people who had been either interviewed or questioned regarding my case. In fact, I am aware that my involvement was brought up in the questioning that took place on Saturday, August 24th, after a women's soccer practice with the plebe girls. I am also aware of the fact that multiple plebe boys on the men's soccer team were questioned by the Honor Board Staff in regards to my involvement, yet none of this is included in the evidence." Walker Mitchell, who was a plebe, as well as others, were questioned regarding this incident, as well as my involvement, by MIDN Solmos. Highlighting that evidence has been withheld, MIDN Doshan has affirmed that he was interviewed by MIDN Solmos. Tellingly, MIDN Doshan said nothing incriminating regarding myself and my involvement. See Exhibit C. Yet, I was never provided with his interview.

**At no time was I provided with any evidence, from these interviews, that may have supported my statements.**

- Under section 4.3.3(e) of the Honor Manual, it states that the role of Investigating Members is to "gather any and all available supporting evidence, documentation, information, etc. that proves **or _disproves_** the allegations made against the accused midshipman" (emphasis added)

During the course of the investigation I received statements from multiple midshipmen. See Statements (attached hereto as Exhibit D). MIDN Moore stated that she did not see me drinking or offering me drinks. MIDN Salkeld stated that he understood that I was facing charges of drinking alcohol. He stated that he drove with me to and from the beach and never saw me drinking. Notably, MIDN Salkeld and MIDN Markel who traveled to and from the TM with me were never the subject of any investigation or disciplinary action. Likewise, the other statements confirm that I did not drink alcohol nor did I serve anyone alcohol. Significantly, if I was properly made aware of the claims against me I would have ensured that the witness statements also addressed the claim that I was somehow aware of the presence of alcohol on the beach.

An honor board was held on October 9, 2024. On November 18, 2024, I received the decision by Superintendent Nunan. See Nunan 2024 Board Decision (attached hereto as Exhibit E). The Nunan Decision affirmed the finding of the 2024 Honor Board that I lied about participating in an unauthorized alcohol event. It imposed a penalty of remediation with restrictions for 45 days and 50 hours of extra duty. I submitted a request for reconsideration due to the procedural errors regarding my 2024 Honor Board. On December 12, 2024, Superintendent Nunan granted my request for reconsideration. Superintendent Nunan recognized that the 2024 Honor Board was rife with serious procedural errors that denied me a fair hearing. Superintendent Nunan stated that I would be entitled to a new hearing where I had "a right under the Honor Process to call witnesses in [my] defense at the hearing." See Nunan Reconsideration Decision (attached hereto as Exhibit F).

On August 5, 2025, MIDN Mitchell and Advisor Matthew Bonvento (my advisor) received an email from MIDN Cahalan, the Honor Board Vice Chair, stating that there is no new investigation, but that new letters and witness statements may be submitted at the Honor Board. No options were referenced, just that -- consistent with the Honor Code -- I was allowed to bring new statements and evidence at the Honor Board. <u>See</u> Email chain (attached hereto as Exhibit G).[1]

On August 21, 2025, MIDN Cahalan emailed me with the names of the witnesses that the Honor Board will be calling. In the email he asked me to "Please submit any additional evidence as soon as possible." There was no mention of me having to choose between two options for my Honor Board.

August 26, 2025, I received a reply email notifying me that the Honor Board will be rescheduled. For the first time, MIDN Debus advised that if I wanted to introduce new evidence at the Honor Board that in exchange the honor staff would reopen the investigation against me to "investigate all new evidence." Otherwise, I would have to agree not to use any new evidence at the Honor Board. <u>See</u> email chain (attached hereto as Exhibit H); Exhibit G at 1 (September 2, 2025 email to MIDN Mitchell advising that she could submit new letters and witnesses, but doing so "would prompt the case to be reopened for investigation of new evidence.").

On August 17th, 2025, I was advised that MIDN Nicole Nagengast and MIDN Karianna Eagle stated that MIDN Rupli, the Investigating Officer, was discussing matters of the case over the weekend, as well as explicitly said, "they are so fucked" (referring to myself and MIDN Mitchell) to MIDN Caden Pierce and MIDN Carson Eudy. <u>See</u> Exhibit I.

On August 19th, 2025, MIDN Victoria Crofford, who worked as the Second Company Honor Board Chair Petty Officer during the fall of 2024 when the initial honor-board was taking place, stated that she resigned from the Honor Board Staff due to the fact of the unfair process she had seen taking place at meetings regarding my case. She stated that MIDN Solmos and MIDN Bumman used explicit language, such as "we are going to get them," in reference to myself, MIDN Mitchell, and MIDN Ramsden. <u>See</u> Exhibit J.

On September 1, 2025, I asked for clarification as to where I could find support for the options since MIDN Debus' email indicates that the options are "as per the honor manual." Tellingly, I never received a response to this inquiry.

---

[1] Although the email chain is with MIDN Mitchell, I received these emails since it also pertained to my Honor Board, which was held the same day as MIDN Mitchell's Honor Board and we had the same advisor.

On September 3rd, myself and MIDN Mitchell made a complaint about the confidentiality of Honor Board Investigator, MIDN Rupli. We were told that since he is not a voting member that it does not matter. The Honor Board manual explicitly states that I am entitled to confidentiality regarding matters of my case under Section 4.5.12.

Additionally, over the past year, the TM and my Honor Board have become a source of fodder and amusement, as there has been ongoing conversation on campus surrounding this incident.

The Honor Board was scheduled for September 25, 2025. Notably, a few weeks prior, MIDN Muehlbauer, who was the individual that submitted an HB-1 against me, provided a signed statement affirming that he would not have opened the HB-1 against me. He makes clear that MIDN Solomos essentially misled him to file an HB-1. MIDN Muehlbauer noted his concern "that parties outside of the Honor Board at the time may have impacted the Board's ability to hole an impartial and fair hearing." He reiterates that his belief that I am innocent. <u>See</u> Exhibit K.

Immediately prior to the start of the Honor Board, the presiding Midshipman told me and my advisor and in the presence of my attorney, that I was not permitted to offer any new documents or witnesses at the Honor Board. The presiding Midshipman rejected my request to offer "new" evidence, noting that if I did so than the Honor Board would reopen its investigation against me.

I was told that two witnesses would "testify" at the hearing with written statements, Giovanni Tallini and Derek Vanasse. Since they have since graduated from the Academy, however, I had no ability to question them. I note that MIDN Tallini submitted a statement that belied any claim that I collected the cell phones at the beach because I was aware of drinking, which is a claim raised at the Honor Board. As Tallini memorializes in his letter, the collection of the phones resulted in team bonding. <u>See</u> Tallini Statement (attached hereto as Exhibit L).

During the Honor Board, the Hearing Officer represented that Midshipmen Koback stated that I took the phones because of drinking. The Hearing Officer represented that Midshipmen Tallini and Robertson stated that I was drinking at the beach. And, Midshipmen Koback, Crooks, Robertson, Winters, Tallini and Vanasse stated that I was fully aware of the situation at the beach. <u>See</u> Honor Board hearing transcript ("Tr.") (attached hereto as Exhibit M) at 7-10. I am compelled to note that, as referenced above, these were not actual signed statements by these Midshipmen. Rather, they were what MIDN Solmos -- who has exhibited a clear bias against me -- claimed that these Midshipmen stated to him during an interview. Moreover, to my understanding, there were charges brought against these Midshipmen that could have incentivized them to claim that others engaged in the same misconduct.

During the Honor Board, MIDN Robertson admitted to lying about whether or not there was drinking at the beach. He tacitly admitted that he was just assuming that I was aware of drinking at the beach just because solo cups were being used. He thought that I was talking to upper classmen at the beach. Even though according to MIDN Robertson I should have been aware that alcohol was being consumed due to the presence of red solo cups, MIDN Robertson claimed that I was drinking from a white bottle. See Tr. at 12-23.

MIDN Koback stated that she saw me just one time. She assumed that I knew about drinking because I collected the cell phones and that alcohol was only consumed in red solo cups. She acknowledged that I could have collected the cell phones to ensure that everyone socialized at the beach. She acknowledged that I was sitting approximately 40 feet from the group. She had no interaction with me other than the phone collection. She acknowledged that collecting the phones increased the socialization of the Midshipmen at the beach. She acknowledged that he had no evidence of me being aware of drinking at the beach. She just got the "impression" that I was aware of drinking due to the cell phone collection. See Tr. at 23-32.

MIDN Crooks acknowledged that she was not sure if she ever specifically told MIDN Solmos that she was confident that I was aware of drinking at the beach. See Tr. at 33-45. Of note, MIDN Crooks submitted a statement on my behalf confirming that I had minimal interactions at the TM and that I did not provide alcohol to anyone (included in Exhibit D).

Notably, MIDN Winters denied that alcohol was being consumed using red solo cups. She indicated that alcohol was being consumed using water bottles and a Yeti cup. MIDN Winters acknowledged that she was never previously questioned about her claim that my collection of phones was indicative of my knowledge of the use of alcohol at the beach. Significantly, MIDN Winters explained that the alcohol was hidden. Specifically, it was carried to the beach by the individuals who took the van to the TM in backpacks and then poured into containers. Obviously, this negates any claim that I should have been aware of the consumption of alcohol due to the alleged use of red solo cups. See Tr. at 47-58. I note that there is evidence that MIDN Winters changed her story regarding what occurred during the TM. See Schineller Statement (included within Exhibit B).

During my statement at the Honor Board, I acknowledged that Midshipmen, one of whom was not of legal drinking age, drank in my car on the way to the beach. I acknowledged that I saw red solo cups, but had no knowledge that the red solo cups allegedly were used to consume alcohol (which, as just noted is consistent with MIDN Winters' testimony that red solo cups were not used to consume alcohol). I also explained that it was vague throughout the process of exactly what is what claimed that I had lied about. See Tr. at 58-64.

MIDN Moore then testified that she never heard me say that I was collecting cell phones due to drinking. She was sitting right next to MIDN Koback at the time. Consistent with MIDN Winters' testimony, MIDN Moore did not consume alcohol using a red solo cup.

Rather, she explained that the alcohol was hidden in soccer bags and then poured into a water bottle. She was drinking a White Claw. The rest of the alcohol remained in the van. At the time that I interacted with MIDN Moore "there was nothing around like alcohol." She was drinking from a water bottle. There were no alcohol containers around. No one showed signs of intoxication. See Tr. at 64-75.

During questioning, I noted that at no time at the beach did anyone discuss alcohol. I collected the phones because none of the Plebes and Midshipmen were interacting at the beach. It was to encourage bonding. It was also referenced that even though Midshipman Ramsden was alleged to have brought alcohol to the Plebes that she was found innocent of all charges against her. See Tr. at 75-86.

I received the Superintendent's Decision on October 20, 2025 (the "Decision") (attached hereto as Exhibit N). The Decision notes that Superintendent Nunan determined that I be granted honor probation with remediation. The Decision indicates that the Honor Board unanimously found that I had violated the Honor Code, although it is unclear whether I supposedly lied about consuming alcohol, providing alcohol or merely being aware of the presence of alcohol at the beach. The Decision references that my conduct record is "outstanding." Pursuant to the Decision, you directed that I be setback to Class of 2027. Pursuant to Honor Code Section 4.8.1.d., I hereby submit this request for reconsideration.

For purposes of this submission, I request that you also consider the statement of MIDN Crofford. In her statement (attached hereto as Exhibit O), MIDN Crofford explains that the interviews led by MIDN Solmos "was clearly to find the accused guilty." MIDN Solmos stated that he was "going to get them." The "evidence was selectively framed to fit a predetermined outcome." MIDN Solmos "approached this situation with clear bias and unprofessionalism." He used leading questions and failed to mention that his vehicle was at the 7-Eleven where alcohol was purchased. Finally, MIDN Crofford explains why the proceedings against me and MIDN Mitchell are indicative of selective prosecution. In fact, there was no explanation provided as to why all Midshipmen at the beach were not held accountable. See Exhibit O.

Finally, I request that you consider the numerous statements all attesting to my character from Captain Gramer, Assistant Department Head Hunter, Professor Bulaclac, MIDN Clapsaddle, MIDN G. Cox, LCDR Fiorenza, Grant Gould, MIDN Juhola, Captain Murphy, Captain Tisch and MIDN E. Cox. These statements consistently confirm that a setback is not a proper penalty. See Exhibit P.

## RECONSIDERATION OF THE DECISION IS WARRANTED

The Honor Code provides that reconsideration is warranted if there were procedural errors or the severity of the punishment is disproportionate to the violation. As detailed above, both of these grounds apply here.

With regard to the procedural errors, most significantly, even though the Honor Code is clear that I was permitted to present "new evidence" at the Honor Board -- without any restrictions on doing so -- and even though the Nunan Reconsideration Decision never indicates that my presentation of "new evidence" would result in the Honor Board having the opportunity to reopen the new investigation against me, the Honor Board took the position that I could not present any new evidence *unless* I agreed to the reopening of the investigation. Doing so is in direct violation of Honor Code Section 4.6.4. Since I had no idea exactly what the consequences of a reopened investigation would be, I had no choice and was forced to agree to not present new evidence at the Honor Board.

Second, while I recognize that the evidence at the Board Hearing need not be the same as at a trial, significantly, it was represented at the Honor Board that certain Midshipmen made statements about me that the Honor Board used to support the claim that I should be found guilty of lying. The "statements," however, are not actual signed statements by the referenced Midshipmen. Rather, they are notes of what MIDN Solmos claimed that the Midshipman stated to him. As detailed herein, given that there is evidence that MIDN Solmos was biased against me, this, in and of itself, raises an issue as to the accuracy of the statements. In fact, during the Honor Board the witnesses who appeared, such as MIDN Crooks, acknowledged that her "statement" as written by MIDN Solmos may not have been accurate.

Third, it appears that I was apparently convicted of lying about the presence of alcohol because: 1) there were red solo cups at the beach; and 2) I collected cell phones. Importantly, during the Honor Board the Midshipmen who testified acknowledged that alcohol was consumed by using water bottles and other means *other than* red solo cups. In other words, they confirmed that the presence of red solo cups at the beach *was not* indicative of the consumption of alcohol. And, it became very clear that it was merely an "assumption" that my collection of cell phones was indicative of my awareness of alcohol consumption.

Fourth, in violation of Honor Code Section 4.5.12., it is evident that my right to confidentiality was breached. In fact, I detailed above how numerous Midshipmen were aware of the proceedings against me and how I was harassed, mocked and jeered by other Midshipmen in violation of the Honor Code.

Fifth, and perhaps most significantly, in violation of Code Section 4.5.14. and 4.3.3, it is beyond evident that I did **<u>not</u>** receive copies of all interviews that were conducted. Indeed, MIDN Mitchell's brother was interviewed, yet there is no statement from him. And, MIDN Doshan has affirmed that he was interviewed by MIDN Solmos, yet I never received a statement from MIDN Doshan. Tellingly, the **only** interviews provided were of six individuals, each of whom supposedly supported the claim that I was not honest. It is crystal clear that MIDN Solmos in his "investigation" either intentionally withheld memorializing interviews with individuals who provided information helpful to my position or that these interviews were created and withheld from me. Either scenario is an obvious violation of

Code Section 4.3.3., which requires that the investigation memorialize information that "disproves the allegations made against the accused midshipman."

In addition to the numerous procedural errors, I submit that it is evident that the punishment is disproportionate to the violation. Notably, Superintendent Nunan imposed a far less severe punishment of remediation and restriction. And, Midshipmen who readily admitted to drinking and who readily admitted to lying about what occurred at the beach received far less punishment than me. In fact, to my knowledge, the only Midshipman who received such a harsh penalty were me and MIDN Mitchell, who also requested and obtained a second Honor Board, supporting the conclusion that the severe punishment imposed is retribution for merely exercising our rights.

It should be noted that I already have been punished in that I was suspended by the USMMA Athletic Director from playing in four soccer games during the 2024 season. That may not sound like much of a punishment, but I love playing soccer and my time to play at a collegiate level is waning. So, this punishment was very significant to me.

For all the reasons set forth above, I respectfully request that you reconsider your decision to have me setback.

Thank you for your consideration.

Respectfully submitted,

MIDN Marina Ronzoni

*Marina Ronzoni*

# EXHIBIT A



UNITED STATES MERCHANT MARINE ACADEMY
KINGS POINT, NEW YORK
REGIMENTAL HONOR BOARD

**REPORT OF POSSIBLE HONOR VIOLATION**

Date: 08/25/2024

From: MIDN LCDR Thorsten Muehlbauer 1/C, Regimental Training Officer
To:     Regimental Honor Board Chairman

Subj:  REPORT OF POSSIBLE HONOR VIOLATION

Ref:    MIDSHIPMAN HONOR MANUAL

1.  Midshipman who may have committed an honor violation:

       MIDN Marina Ronzoni 2/C

2.  Time/date of violation: 1300 18AUG2024

3.  Part of code broken:          <mark>Lying</mark>/Cheating/Stealing

4.  Did you counsel the midshipman on the matter? <mark>Yes</mark> / No

5.  Description:
Following a Futbol Club TM to the beach where a mass alcohol incident occurred on
17AUG2024, I interviewed MIDN Marina Ronzoni on 18AUG2024 in order to build
stronger evidence and figure out which parties were involved in the incident and to what
extent.

During MIDN Ronzoni's questioning, she denied drinking any alcohol and denied knowing
that the other women's soccer players intended to purchase alcohol. MIDN Ronzoni also said
she had no knowledge of the Futbol Club drinking at the beach.

Follow on interviews with other parties involved on the TM have provided contradictory
statements – some saying that MIDN Ronzoni drank alcohol on the TM and witnessed the
other members of the TM drinking alcohol.

I counseled MIDN Ronzoni on 25AUG2024 and allowed her to put in an HB-0 if she did lie
during my initial interview, to which she declined and stated she was telling the truth.
Although I believe MIDN Ronzoni to be innocent, the purpose of this HB-1 is to ensure

equality in the investigation process among all involved parties in relation to the alcohol incident on 17AUG2024.


Submitted: (sig)_____

# EXHIBIT D

To whom it may concern,

The morning of Sunday August 25th 2024, MIDN Jasper Schineller and I were informed of a meeting held by MIDN Sammy Bumann the night of August 24th to discuss the Beach TM with the women's soccer plebes. MIDN Bumann did this without informing any of the team captains or upperclassman. Some upperclassman were informed by the plebes that this meeting was held, and these upperclassman then told us. MIDN Schineller and I were frustrated because the plebes have already been interrogated by MIDN leadership and other upperclassman about the situation and do not need to muster in their free time to discuss with those who don't have the right to know. Teammates involved informed us that MIDN Bumann called the meeting as an Honor Board PO. She asked the plebes about people drinking on the TM and for more information if available.

After hearing about the muster with the plebes, MIDN Jasper Schineller and I met with MIDN Solmos at 1530 on August 25th. This meeting was to discuss who had the right to ask the plebes for information about the Beach TM. In four different ways, we asked MIDN Solmos who could talk to the plebes. MIDN Solmos stated each time a list of names and none of these lists included MIDN Bumann. At the conclusion of the meeting, MIDN Solmos also said he did not plan or was aware of any meetings about the beach TM since the most recent meeting with the plebes after soccer practice the morning of August 24th.

After meeting with MIDN Solmos, we decided to meet with MIDN Bumann to explain our frustration with her mustering the plebes. We stated that we heard she held a meeting with the plebes without prior knowledge of any upperclassman. She explained that as an Honor Board PO she felt the need to hold the meeting to ask any plebes for information they were uncomfortable sharing at the morning meeting in front of the honor board staff and everyone involved in the beach TM. She said that MIDN Solmos gave her permission to meet with the plebes. She did not mention questioning the plebes about upperclassman drinking which conflicted with plebe statements.

After meeting with MIDN Bumann, MIDN Schineller and I met again with MIDN Solmos who this time was accompanied by MIDN Alvarado. We told MIDN Solmos the

information MIDN Bumann explained to us and he stated he was aware MIDN Bumann planned to muster the plebes. This was a switch up from when he claimed he had no knowledge of any meetings planned or held since the morning meeting on August 24th. This also conflicted with the statement that no one was allowed to question the plebes besides the people he listed, which did not include MIDN Bumann. He explained hat he did not mention the meeting with MIDN Bumann because he told her she could meet with the plebes only as a concerned teammate. However, this was not her intention and called the meeting as an Honor Board PO. It is clear there are many discrepancies between the stories of MIDN Bumann and MIDN Solmos with what actually happened based on plebe statements.

Very Respectfully,

MIDN Natalie Colpoys

Women's Soccer Team Co-Captain

To whom it may concern,

While liberty on the evening of Saturday, August 17th, 2024 I, MIDN Jasper Schineller 1/C, was notified to come back to campus as soon as possible. The only initial information I had was that it had to do with the beach TM that took place earlier in the day. I was informed that when some of the women's team got back from the TM they were interviewed and confessed to drinking. Throughout the rest of the evening I met with several of my teammates involved in the TM. I wanted to speak with the plebes especially because it was so early in the trimester and their KP career that they do not know what was going on or what was going to happen. Several of these interactions with the plebes MIDN Throsten was also present. The plebes stories about the TM all matched up. The plebes did not speak of the MIDN Mitchell drinking. Those that knew the upperclassmen were there said that they sat far away from the majority of the group.

The following day, Sunday, August 18th, 2024, MIDN Throsten and I separately met with MIDN Marina Ronzoni and MIDN Morgan Mitchell. MIDN Mitchell said that she was not drinking on the beach but did have drinks before. MIDN Throsten suggested this was not an issue because the drinking was not a part of or during the TM. Stories of both MIDN Ronzoni and MIDN Mitchell aligned.

On the evening of Saturday, August 24th, 2024 MIDN Sammy Bumann 2/C mustered the women's soccer plebes without my knowledge. After being informed by other upperclassmen on the team about this meeting, I was confused and frustrated. My confusion was from the unclear intent and purpose of the meeting. I had several frustrations with this meeting. One, being was that no one but field and academic captains should be mustering the team especially on the weekend during free time. Another being that my plebes that we involved in the beach TM had an abundant number of meetings and interviews with MIDN leadership, upperclassmen and Honor Board staff. The week following the TM, they were being questioned about the situation often by people who had no business in asking about it. I had concerns that the plebes would not know any better to answer questions from anyone who was asking. With this concern, I asked to meet with MIDN Keegan Solmos 1/C.

After discussions with teammates that were involved in the meeting the following conclusions were made about how the meeting was conducted. MIDN Bumann was acting as an Investigating Honor Board PO. She questioned the plebes about other teammates on the TM

regarding drinking involvement. She told plebes to come forward with any more information if they have it.

MIDN Natalie Colpoys 1/C, the other field captain of the women's team, met with MIDN Solmos at 1530 the following day, Sunday, August 25th, 2024. The importance of this meeting was to ask who was allowed to discuss the TM with the plebes. Several times, in a number of ways, MIDN Colpoys and I asked who was allowed to talk to them. MIDN Solmos has the same answer each time. None of the persons listed included MIDN Bumann, his Petty Officer. We also asked if the most recent meeting that was conducted, at the Saturday soccer practice with the Honor Board staff, was the last planned meeting to happen. MIDN Solmos confirmed this.

After the meeting we assumed MIDN Solmos had no knowledge of the meeting MIDN Bumann held or that he knew about the meeting and was lying. Immediately following the meeting, MIDN Colpoys and I met with MIDN Bumann. We explained we knew that she held a meeting and expressed our discomfort with her mustering them regardless of the meeting topic. We asked for explanation of the intent of the meeting. She explained that as an Honor Board PO she mustered the plebes for any outlying information that was not already presented. We asked what was the purpose if they had already been interviewed several times including the day before when the actual Honor Board staff questioned them. She told us that she was asked MIDN Solmos if she could meet with them about the situation and he allowed her to. She said she was encouraging them to come forward so that they would not get in trouble with the Honor Board. She failed to mention that she was asking specific questions about upperclassmen drinking. This conflicted with plebe statements.

Considering both MIDN Solmos and MIDN Bumann meetings, there was clear discrepancies. With these different stories, MIDN Colpoys and I asked to meet with MIDN Solmos again. During the second meeting MIDN Zachary Alvarado was also present. MIDN Colpoys and I presented the information MIDN Bumann told us to the gentlemen. MIDN Solmos confirmed his aware of the meeting she held. This conflicted with his previous statement that there was no more planned meetings after the Saturday morning meeting. This also conflicted with several statements of who was allowed to question the plebes about the TM. We expressed that these statements we contradicting. We asked why he did not mention MIDN Bumann's meeting the first time we spoke with him. He suggested that MIDN Bumann was allowed to

meet with the plebes as a concerned teammate but not as an Honor Board PO. MIDN Colpoys and I expressed our discomfort with MIDN Bumann's actions as a PO. We thought it was extremely unprofessional to have someone that was involved with the TM be a part of the investigating team.

During the following week, MIDN Colpoys and I met with MIDN Bumann shortly before one of our practices. We confronted her and said we know she lied about multiple things regarding when she mustered the plebes. She tried to explain herself and developed watery eyes. We kept this interaction short. No further actions were taken regarding MIDN Solmos and MIDN Bumann's contradicting stories.

Very Respectfully,

MIDN Jasper Schineller 1/C

Women's Soccer Team Captain

# EXHIBIT C

To Whom it May Concern,

On the day of August 17th, 2024 I attended the KP Futbol Beach TM. In the following month, I was interviewed by M/N Solmos for an Honor Board pertaining to two soccer players, M/N Ronzoni and M:N Mitchell, on the women's team. During this interview, I did not say anything incriminating about either one of the players,  as I never witnessed them drinking. It came to my attention that my statement was never given to the players as part of their packets, from the Honor Board.

*Michael Doshan*

# EXHIBIT F

Honor Board Statement – Futbol Club Beach TM 17AUG2024

To Whom it May Concern,

While waiting for the TM van, I saw MIDN Ronzoni leave in a car with other upperclassmen to go to the beach. The Midshipmen had been at the beach for a while by the time we arrived. They greeted us when we got there and during the initial interaction with MIDN Ronzoni, she did not have a drink or appear to have been drinking. The plebes set up their towels a little distance away from the upperclassmen, so we did not see the Midshipmen the majority of the time we were there. I did, however, spend about an hour playing volleyball with the upperclassmen. During this time, I again did not see MIDN Ronzoni with any alcohol. I left the volleyball area to go back to the other plebes while some of the upperclassmen, including Ronzoni, continued to play. A while later, the Midshipmen that were there when we arrived came over and said that they were leaving. The rest of us left shortly after. My interactions with MIDN Ronzoni while at the beach were brief, but I did not at any point see her drinking or offering drinks to myself or the other plebes.

Very Respectfully,

Plebe Evelyn Moore

Witness Statement

To Whom It May Concern,

On 17 August 2024, I planned on going to the beach with my friends, but they left earlier in the day leaving me without a ride to get there. That said, MIDN Ronzoni let me know that she was also going to the beach. MIDN Markel and I kindly asked if we could get a ride and she said that she would be willing to take us. MIDN Ronzoni was driving.

Upon arriving to the beach, MIDN Markel and I set up in our own area, and I did not spend much time with MIDN Ronzoni. I did notice that she was playing volleyball for a significant portion of the day.

It is to my understanding that MIDN Ronzoni is facing allegations of drinking alcohol while on this TM. In my brief interactions with her, I did not witness any such behavior. Considering that she was driving and had other passengers in her car, I find it unlikely that she would engage in drinking. From what I saw, she played volleyball for a majority of the time. Her and her friends were set up about 20 feet or so away from the TM and seemed to stick to themselves.

When I last interacted with MIDN Ronzoni at the beach, she informed MIDN Markel and me that we were preparing to leave. She seemed in her usual character and was completely composed.

Very Respectfully,

MIDN John Salkeld 1/C

Marine Engineering and Shipyard Management

5th Company

To whom it may concern,

In August of 2024, I went to the beach with a few individuals. I had originally planned to go to Jones beach with some of my friends but they left earlier in the day, leaving me without a ride to get there. That being said, MIDN Ronzoni had told me she was also going to the beach and she offered to give me a ride. MIDN Markel and I agreed and went with them, along with MIDN Mitchell. MIDN Ronzoni was driving her personal vehicle.

Upon arriving at the beach, MIDN Markel and I set up in our own area. We did not spend much time with MIDN Ronzoni but noticed that her and MIDN Mitchell were playing volleyball for a significant portion of the day.

It is to my knowledge that MIDN Ronzoni is being accused of drinking alcohol while she was at the beach. While I was not with her for a majority of the day, in my brief interactions with her I did not witness such behavior. Considering that she was driving and had other passengers in the vehicle, I find it unlikely that she would have consumed alcohol. Other than playing volleyball, her and her friends seemed to be uninvolved in the team movement and were set up about 20 feet away from the rest of the group.

When MIDN Ronzoni approached MIDN Markel and myself letting us know it was time to head back, she seemed to be in normal character and showed no signs that she would have been drinking.

A few weeks later, MIDN Heck, the Honor Board Chair for my class, reached out to me to ask about the whole scenario. I informed him of my knowledge that there was a team movement. He asked me if I saw any open containers or MIDN Ronzoni or MIDN Mitchell with alcohol and I told him the aforementioned. This included them playing volleyball for a majority of the time we were there and setting up away from the rest of the team movement. I also informed him that during my time at the beach, I saw no open containers and that MIDN Ronzoni was driving myself, MIDN Markel, MIDN Mitchell, and MIDN Ramsden back to campus.

Very Respectfully,

John Salkeld
USMMA 2025

14 October 2024

To Whom It May Concern,

I, Plebe Angelee Crooks, would like to make a witness statement on behalf of MIDN Marina Ronzoni. As someone who attended the KP Futbol Club TM to the beach I can confirm that MIDN Ronzoni did not provide any of the plebes with alcohol. The only way that the plebes were provided alcohol was from the 3rd Class Midshipmen who have already came forward, MIDN Winters and MIDN Forman. MIDN Ronzoni never offered or provided alcohol to the plebes for the duration of the TM.  MIDN Ronzoni and I had minimal interactions during the TM, but when I saw her she did not have any alcohol in her hand or seem intoxicated.

Very Respectfully,

Plebe Angelee Crooks

Witness Statement

To Whom It May Concern,

On 17 August 2024, I was planning to go to the beach for the day with my friends. Unfortunately, the original group I intended to leave with had already departed before I was available. At that point, MIDN Salkeld and I looked to see if anyone else could possibly give us a ride. MIDN Ronzoni then kindly offered to take us.

Once we arrived at the beach, MIDN Salkeld and I set up in our own area, separate from the team movement and from MIDN Ronzoni.

To my knowledge, MIDN Ronzoni is facing allegations of alcohol consumption during the team movement. However, from what I observed in my short time with her, I did not see her engage in drinking while participating in the team movement. Although I have not known MIDN Ronzoni for long, based on my few interactions with her and the fact that she was driving, I find it very unlikely that she consumed alcohol. During the brief time I spent around her, I only saw her participating in activities such as spike ball and volleyball.

Later, MIDN Ronzoni approached MIDN Salkeld and me to inform us that she would be leaving soon. We then left soon after.

Very Respectfully,

MIDN Owen Markel 3/C

4th Company Executive Petty Officer

Class of 2027/A Deck

To whom it may concern,

I, MIDN Alexandra Forman, am MIDN Marina Ronzoni's soccer teammate and have known her since the beginning of my plebe year. MIDN Ronzoni and I both attended the KP Futbol team movement on August 17th, 2024. Even though we were at the same event, I had little interaction with MIDN Ronzoni for the entirety of the team movement. We had a few brief encounters throughout the afternoon and, to my knowledge, she was not consuming any alcoholic beverages. From my perspective, she was spending time playing spikeball and playing volleyball at the sand courts with around 25 other people, including myself. I also drove home with MIDN Ronzoni and was in the back seat sitting directly behind her, as she was driving. During this car ride, I did not see her consume any alcohol. I was not in direct contact with MIDN Ronzoni for the majority of the TM and was only in the car with her on the way back to KP. From my knowledge, she did not consume any alcohol. MIDN Ronzoni and I have been teammates on the KP Women's Soccer Team for over a year and we are also close friends. From what I have observed, it would not be in her character to drink while driving, especially with a car full of individuals she both cares for and is responsible for as a team leader.

Very Respectfully,

MIDN Alexandra Forman 3/C

To Whom it May Concern,

It has come to my attention that MIDN Marina Ronzoni 2/C has been assigned for an Honor Investigation regarding the events of the Soccer Beach TM. I would like to personally recommend that MIDN Ronzoni be completely exonerated from any honor charges that she has been accused of. MIDN Ronzoni has been an integral part of our team in 3rd Battalion since I have taken over and has been extremely helpful since she has been involved. Her professionalism and dedication have exceeded that of her classmates in every aspect.

When I came back from Leatherneck at the end of Indoctrination, the cadre were all extremely tired from their two and a half weeks of constant training. My 1/C cadre told me that MIDN Ronzoni had been a crucial part of their cadre and helped them beyond her responsibilities as a 2/C. 5th Company specifically had a smaller cadre than most of the other companies, forcing the team to spend longer hours on the job with little to no time off. MIDN Ronzoni did not allow these circumstances to deter her from completely dedicating her efforts to the training of the class of 2028. The other cadre had nothing but good things to say about her character and her reputation as a Midshipman.

As the trimester started, MIDN Ronzoni continued to seek out leadership experience by applying for a Petty Officer position for 5th Company Executive Officer. It is no secret that the CX position is one of the most demanding in the regiment due to the constant attention needed by the plebe class. MIDN Ronzoni desired to capitalize on her relationship with the 5th company plebes she started during Indoc by continuing to assist with their crucial training. She has done a fantastic job filling in on musters, dedicating hours to PKT's and Tattoos, and keeping the plebes in line with their standards. Her participation in her PO position is more evidence of her upright character and dedication to the training of Midshipmen at this Academy.

As far as the Team Movement in question for her honor investigation, I completely believe MIDN Ronzoni's claims that she was not involved in any drinking or giving alcohol to plebes or anyone else. MIDN Ronzoni came to me that weekend after the event and apologized that her plan for a normal team movement ended the way it did. She said that she planned for it to be a fun bonding experience for her team and had no intention of it becoming a drinking event. Further, she had no knowledge of alcohol during the event and was separated from the individuals who were. She said that she wanted to give some of the team space so that the plebes could bond without being around their CX PO. Further, even though she did not drink or have knowledge of anyone else drinking, she apologized and took responsibility for the events that happened on the TM because it was her plan and she signed off on it.

To reiterate, I believe MIDN Ronzoni's claims that she did not drink or provide alcohol to anyone on the soccer TM. MIDN Ronzoni has been nothing but an asset to our team in 3rd Battalion and upholds the MIDN standards and regulations better than even most of my classmates. There is absolutely no reason that a person of her character would lie about a situation like this, especially in light of her teammates coming forward. I hope that these facts about her character help you make your decision and that this investigation be completely wiped from her record. MIDN Ronzoni will make an amazing officer and does not deserve to have an

honor offense on her record. If you would like more information about her character or attitude please contact me.

Very Respectfully,

MIDN CDR Garrett Cox 1/C

3rd Battalion Commander

Garrett.cox.2025@midshipman.usmma.edu

C: (704) 617-1678

# EXHIBIT G



18 November 2024

From:   Joanna M. Nunan
        Vice Admiral, USMS

To:     MIDN Marina Ronzoni, Class of 2026

Subj:   Superintendent's Final Decision, Honor Board of 9 October 2024

Upon review of your case, I have decided to affirm the finding of the Honor Board that you are guilty of lying to the Commandant's Investigation Officer about your participation in an unauthorized alcohol event with underaged Midshipmen and Plebes. You are cleared to depart for Sea Year Training. Upon your return, I direct the following actions:

1.  You will complete a program of honor remediation in accordance with Section 5.4 of the Honor Manual (Superintendent Instruction 2022-06, *Regimental Honor Program*). If the Commandant determines your remediation was unsuccessful you will be referred to an Executive Board or Superintendent's disciplinary hearing and may be disenrolled from the Academy.

2.  Pursuant to Section 4.7 of the Honor Manual (Superintendent Instruction 2022-06, *Regimental Honor Program)*, you are subject to the following Remediation restrictions for a period of 45 days (which may be waived by the Commandant, in part or in whole, upon good cause shown):

    a.  Restricted to campus – no team movements, trips, leave, or liberty
    b.  Prohibited from representing USMMA through participation in athletic competitions, extracurricular activities, performances, or other intercollegiate clubs or activities

3.  You will complete 50 hours of Extra Duty, at least 20 of which will be community service.

4.  You will make presentations to your classmates, teammates and platoon about your honor case, to be pre-approved by the Office of the Commandant and scheduled by the Director of Leadership and Ethics.

5.  You will maintain an honor remediation journal during your remediation period, which shall be reviewed by your Senior Remediator.

6.  During your remediation period, you will have weekly meetings with your Senior Remediator and monthly meetings with the Director of Leadership.

By copy of this memorandum, the Commandant of Midshipmen is directed to implement this decision immediately.

Sincerely,

Joanna M. Nunan
Vice Admiral, USMS

Encl:    Acknowledgement of Decision

cc:      Office of the Dean
         Commandant of Midshipmen
         Director of Leadership and Ethics
         Registrar
         Director of Athletics
         Director of Naval Science

UNITED STATES MERCHANT MARINE ACADEMY
KINGS POINT, NEW YORK

From:     MIDN Marina Ronzoni, Class of 2026

To:       Joanna M. Nunan
          Vice Admiral, USMS

Subj:     Superintendent's Final Decision re: Honor Board of 9 October 2024

I am in receipt of the Superintendent's Final Decision of 18 November 2024 concerning the Honor Board which was convened to inquire into my conduct.

____    I accept the decision of the Superintendent, and waive my right to reconsideration. I acknowledge the terms set forth in that decision, my responsibilities to abide by them, and the consequences should I fail to do so.

____    I will request a reconsideration of the Superintendent's Decision.

I acknowledge that I have until the close of the business day after receipt of this notice to provide the Superintendent written notice of my intent to request a reconsideration of this decision. I acknowledge that I must submit my request for reconsideration in writing no later than seven business days after receipt of this decision.

_____          _____
MIDN Marina Ronzoni                         Date

This acknowledgement must be emailed to Ms. Cynthia Flynn at flynnc@usmma.edu in the Office of the Superintendent within 24 hours of receipt.

# EXHIBIT H



12 December 2024

From:   Joanna M. Nunan
        Vice Admiral, USMS

To:     MIDN Marina Ronzoni, Class of 2026

Subj:   Superintendent's Final Decision on Request for Reconsideration

On 20 November 2024, you submitted a request for reconsideration on my 18 November 2024 decision affirming the finding of the Honor Board that you were guilty of lying to the Commandant's Investigation Officer about your participation in an unauthorized alcohol event with underaged Midshipmen and Plebes.

Pursuant to Section 4.9(b) of the Honor Manual (SI 2022-06), the only grounds for reconsideration are as follows:

> i. There is new evidence of a substantive nature not previously available at the time of the hearing, which would have materially affected the decision;
> ii. There were procedural errors in the case or in the interpretation of the Honor Code serious enough to deny the Midshipman a fair investigation and/or hearing; or
> iii. The severity of the sanction is disproportionate to the violation(s) committed in accordance with the Honor Code.

Your request met the requirement of Section 4.9(b)(ii) as you raised concerns about procedural errors.

Prior to making my decision as to whether to grant your request for reconsideration, I fully reviewed and considered the letter, including attachments, that you submitted with your request for reconsideration. After careful deliberation, I have decided that there were procedural errors serious enough to deny you a fair hearing. Specifically, the investigation report provided to you should not have been redacted and MIDN Cooke should have recused himself from the hearing board (although I note that you could have challenged his participation and did not appear to do so). Further, if there are witness statements that were not provided to you, they should have been provided. However, the Investigation Officer is not obligated to interview every potential witness, and you have a right under the Honor Process to call witnesses in your defense at the hearing.

As a result of these serious procedural errors, I am remanding your case back to the Honor Board for a new hearing, to take place after you return from Sea Year training.

By copy of this memorandum, the Commandant of Midshipmen is directed to implement this decision.

# EXHIBIT I

**From:** 2026Debus, Christopher <Christopher.Debus.2026@midshipman.usmma.edu>
**Sent:** Tuesday, September 2, 2025 1:09 PM
**To:** 2026Mitchell, Morgan <Morgan.Mitchell.2026@midshipman.usmma.edu>
**Cc:** Bonvento, Matthew <BonventoM@USMMA.EDU>; 2026Cahalan, Charles <Charles.Cahalan.2026@midshipman.usmma.edu>
**Subject:** Re: Investigation Notes, Collected Evidence, and Case Summary

MIDN Mitchell,


MIDN Cahalan was correct that no new investigation was being conducted at the time and your hearing, originally scheduled for 27 August 2025, was based off the unredacted case packet from last year.


Additionally, as per MIDN Cahalan's email, you <u>MAY</u> submit new letters and witness statements, however as stated in my previous emails, would prompt the case to be reopened for investigation of new evidence.


If there is any additional confusion regarding your two options, I advise you speak with CAPT Keane.


Very Respectfully,

**MIDN CDR Christopher Debus 1/C**

Regimental Honor Board Chairman

Maritime Logistics and Security | Class of 2026B

Fourth Company | Flight Deck #5424

United States Merchant Marine Academy

Cell: (904) 903-0408



---

Good afternoon,

Here is an email from MIDN Cahalan on August 5th, which states there would be no re-investigation, but that new letters and witness statements could be submitted. From my understanding, now, if we are to submit new letters and witness statements, there is going to be a re-investigation. Could you please clarify the change in practice? Thank you.

Very Respectfully,

MIDN LT Morgan Mitchell 1/C

Regimental Midshipman Activities Officer

2nd Company Evaluations Officer

Maritime Logistics and Security

C: 662-319-1107



**From:** 2026Cahalan, Charles <Charles.Cahalan.2026@midshipman.usmma.edu>
**Sent:** Tuesday, August 5, 2025 7:47 PM
**To:** 2026Mitchell, Morgan <Morgan.Mitchell.2026@midshipman.usmma.edu>
**Cc:** Bonvento, Matthew <BonventoM@USMMA.EDU>
**Subject:** Re: Investigation Notes, Collected Evidence, and Case Summary

Good evening MIDN Mitchell,

There will not be a new investigation conducted, but you may submit new letters and witness statements. There have been no recent changes that would impact the procedural matters of your case, but I have attached the most recent Honor Manual. Please let me know if you have any additional questions.

Very Respectfully,

MIDN LCDR Charles Cahalan 1/C

Regimental Honor Board Vice Chairman

Baseball Team Captain

Maritime Logistics and Security

Class of 2026 - 1st Company

---

**From:** 2026Mitchell, Morgan <Morgan.Mitchell.2026@midshipman.usmma.edu>
**Sent:** Tuesday, August 5, 2025 4:46 PM
**To:** 2026Cahalan, Charles <Charles.Cahalan.2026@midshipman.usmma.edu>
**Cc:** Bonvento, Matthew <BonventoM@USMMA.EDU>
**Subject:** RE: Investigation Notes, Collected Evidence, and Case Summary

Good afternoon,

I have a few questions regarding the Honor Investigation. Is there going to be a new investigation or is the previous packet the only thing available? Am I afforded the right to submit new letters and witness statements? Am I being tried under the previous honor-board manual that was in place when my investigation started (2022), or the current manual? Please provide a copy of what is being used. Furthermore, CDR Bonvento will now be my advisor due to CAPT McDermott resigning. Thank you!

Very Respectfully,

MIDN LT Morgan Mitchell 1/C

Regimental Midshipman Activities Officer

2nd Company Evaluations Officer

2026A- Logistics and Security

---

**From:** 2026Cahalan, Charles <Charles.Cahalan.2026@midshipman.usmma.edu>
**Sent:** Tuesday, August 5, 2025 9:28 AM
**To:** 2026Mitchell, Morgan <Morgan.Mitchell.2026@midshipman.usmma.edu>
**Cc:** 2026Debus, Christopher <Christopher.Debus.2026@midshipman.usmma.edu>
**Subject:** Re: Investigation Notes, Collected Evidence, and Case Summary

Good morning MIDN Mitchell,

Attached is your updated case summary. Your 5 business days to review the evidence will start will this email.

Very Respectfully,

MIDN LCDR Charles Cahalan 1/C

Regimental Honor Board Vice Chairman

Baseball Team Captain

Maritime Logistics and Security

Class of 2026 - 1st Company

**From:** 2026Cahalan, Charles
**Sent:** Friday, August 1, 2025 12:31 PM
**To:** 2026Mitchell, Morgan <Morgan.Mitchell.2026@midshipman.usmma.edu>
**Cc:** Keane, CAPT Patrick <KeaneP@USMMA.EDU>; 2026Debus, Christopher
<Christopher.Debus.2026@midshipman.usmma.edu>
**Subject:** Investigation Notes, Collected Evidence, and Case Summary

MIDN Mitchell,

I, M/N LCDR Charles Cahalan 1/C (RHBVC), will be the Presiding Officer of your Honor Hearing.

This email contains all the evidence and summaries collected during the Honor Investigation, namely, the Investigation Notes and Case Summary. Attached is the unredacted case packet, per the retrial instructions. After reviewing these documents, <u>please electronically sign the Receipt of Evidence form</u>, which is also included in this email, and send it to me by or before **COB Friday the 8th of August, 2025**. If you have any questions, or need more time, feel free to email me or talk with your Company Honor Chair.

Standby for further hearing scheduling information.

Very Respectfully,

MIDN LCDR Charles Cahalan 1/C

Regimental Honor Board Vice Chairman

Baseball Team Captain
Maritime Logistics and Security

Class of 2026 - 1st Company

Charles.Cahalan.2026@midshipman.usmma.edu

# EXHIBIT J

**From:** 2026Debus, Christopher <Christopher.Debus.2026@midshipman.usmma.edu>
**Sent:** Tuesday, August 26, 2025 3:17 PM
**To:** 2026Ronzoni, Marina <Marina.Ronzoni.2026@midshipman.usmma.edu>
**Cc:** Bonvento, Matthew <BonventoM@USMMA.EDU>; 2026Cahalan, Charles
<Charles.Cahalan.2026@midshipman.usmma.edu>; 2026Ohlemeier, Zachary
<Zachary.Ohlemeier.2026@midshipman.usmma.edu>
**Subject:** Re: Honor Board Trial

Good afternoon MIDN Ronzoni,

Understood, we will look to reschedule at another time. Furthermore, it is my understanding you may have additional witness statements/evidence you would like to present at your hearing.  If this is the case, there are two options available:

1. If you have substantive evidence that you wish to present in your defense, the honor staff will reopen the investigation as per the honor manual and investigate all new evidence, whether evidence submitted by you or new evidence uncovered by the investigations officer to include previous statements made since 27 August 2024 which relates to this case.

2. As per the Superintendent's Reconsideration Decision of last year, we will proceed with a retrial, using the unredacted case packet which you have in your possession (with no new evidence).

Please let me know your decision as soon as possible so the honor staff may proceed accordingly.

Very Respectfully,

**MIDN CDR Christopher Debus 1/C**
Regimental Honor Board Chairman
Maritime Logistics and Security | Class of 2026B
Fourth Company | Flight Deck #5424
United States Merchant Marine Academy
Cell: (904) 903-0408




**From:** 2026Ronzoni, Marina <Marina.Ronzoni.2026@midshipman.usmma.edu>
**Sent:** Tuesday, August 26, 2025 1:34 PM

**To:** 2026Cahalan, Charles <Charles.Cahalan.2026@midshipman.usmma.edu>
**Cc:** 2026Debus, Christopher <Christopher.Debus.2026@midshipman.usmma.edu>; Bonvento, Matthew <BonventoM@USMMA.EDU>
**Subject:** Honor Board Trial

Good Afternoon,

In regards to my Honor Board Hearing tomorrow and speaking to my advisor, CDR Bonvento will not be available due to him falling ill over the weekend. He has missed the last couple of days of class and is still sick. I want my advisor to be present for the hearing and I am very sorry for the last minute notice as it was unexpected. Please let me know if we could change the hearing for next week.

Very Respectfully,

MIDN LT Marina Ronzoni 1/C
2nd Battalion Logistics Officer
5th Company Morale Officer
Maritime Logistics & Security
USMMA 2026 | 5th Company
C: 631-944-5669



# EXHIBIT K

MIDN Victoria Crofford 2/C

United States Merchant Marine Academy

August 19, 2025

To Whom It May Concern,

I am writing in regard to MIDN Mitchell's current Honor Board Trial.

Last year, I served as a Petty Officer for the 2nd Company Honor Board Chair under MIDN Michael Monkevich. During that time, I witnessed and participated in multiple trials and their procedural aspects. Prior to each trial, the Honor Board members and Petty Officers attended preliminary meetings to review the upcoming case. The majority of these meetings were conducted appropriately and focused on the facts of the case.

In my experience, it was uncommon for midshipmen to plead not guilty, so the cases that involved appeals were particularly significant. Toward the end of my first trimester as Petty Officer, the cases related to the soccer team drinking incident began to come to trial. While I did not have voting authority, I attended the pre-meeting prior to MIDN Ramsden's case, which involved circumstances similar to MIDN Mitchell's.

That trial, in my observation, was extremely unfair and biased. Fundamental rights, such as the right to a fair proceeding, should always be preserved, particularly when the outcome can affect a midshipman's career and future. The Honor Manual is based on its very name: honor. Its purpose is to guide trials toward truth, not to trap midshipmen into stumbling over words during an unfair process.

The meetings led by MIDN Solomos and MIDN Bumman did not reflect this standard. Their stated purpose was clearly to find the accused guilty, with explicit language such as, "we are going to get them." They also redacted the names of those making accusations, not solely to prevent retaliation but, as was admitted in those confidential meetings, to avoid confronting the fact that some accusers had either already been found guilty of misconduct themselves or had inconsistencies in their stories. In short, the evidence was selectively framed to fit a predetermined outcome.

According to the Honor Manual, any individual with involvement in a case must recuse themselves. Out of respect for this principle, and despite not having a vote, I refrained from attending any further trials after what I witnessed during that pre-meeting.

It is also deeply concerning that MIDN Solomos and MIDN Bumman approached this situation with clear bias and unprofessionalism. They employed leading questions, withheld exculpatory evidence, and portrayed MIDN Mitchell unfairly. Notably absent from the investigation was mention that MIDN Solomos' car was seen at the 7-Eleven where alcohol was purchased, with MIDN Bumman present as well. Further, MIDN Bumman's decision to personally investigate and

interview participants, despite only holding the role of Petty Officer, was inappropriate and outside her authority. This conduct reflects poorly on the integrity of the process.

The Honor Board's role is to collect facts and uncover truth, not to prosecute or vilify classmates out of spite. Yet the lack of procedural integrity, the suppression of relevant evidence, and the dismissive attitude toward the concerns of other board members suggest otherwise.

For the record, I did not attend the hearings of MIDN Ramsden, Ronzoni, or Mitchell after witnessing the pre-meeting for MIDN Ramsden's case. I informed MIDN Monkevich at the time that I found the process to be unfair and therefore refused to participate further. These unresolved issues, both at the staff and Honor Board levels, are precisely why I have chosen not to be, and will never again be, involved in the Honor Board.

I have no hesitation in expressing these views openly. Honor must be the foundation of the Honor Board, and in this case, it was not. If MIDN Mitchell is found guilty, then by principle, all midshipmen involved in the team activity should likewise be held accountable, as they also failed to uphold the standards of their positions. The truth and all viable evidence must be considered, and unfortunately, I witnessed firsthand that this was not done in MIDN Mitchell's case.

Very Respectfully,

Midshipman Victoria Crofford 2/C

# EXHIBIT L

To whom it may concern,

While speaking with other 1/C Midshipman on Saturday August 16th, 2025, the topic of MIDN Mitchell's and MIDN Ronzoni's Honor Board hearing was brought up. Some friends stated that "we heard that they are screwed". I then asked what they meant by that and they then stated that MIDN Rupli, the investigating officer of the case, has been talking about it and said quote "They are fucked". Although I did not explicitly hear MIDN Rupli say that statement, many of his close friends confirmed that he was talking about the case and said the above statement.

I was surprised by the statement made by MIDN Rupli because this goes against the fact that the Honor Board system is supposed to be fair for all midshipmen. This breaches the NDA signed by all members of the Honor Board staff and also instills distrust within the Regiment of Midshipman.

Very Respectfully,

MIDN Nicole Nagengast 1/C

Nicole.Nagengast.2026@midshipman.usmma.edu

# EXHIBIT M

MEMORANDUM FOR HONOR BOARD                    20 AUG 2025

FROM: Thorsten Muehlbauer, 1st Rotation Regimental Training Officer AY 2024-2025, United
States Merchant Marine Academy

SUBJECT: MIDN Marina Ronzoni 1/C and MIDN Morgan Mitchell 1/C Statement

This letter is to recall my investigation and opinion on both MIDN Ronzoni and MIDN
Mitchell's involvement in an alcohol incident that occurred August 17th, 2024.

I interviewed MIDN Ronzoni and MIDN Mitchell separately on August 18th, 2024 in order to
gather evidence and determine which parties were involved in the alcohol incident and to what
extent. During both MIDN Ronzoni and MIDN Mitchell's questioning, they both denied drinking
any alcohol on the Team Movement, and denied knowing that the other members of the women's
soccer team intended to purchase and consume alcohol. During my initial investigation, I
believed both MIDN Ronzoni and MIDN Mitchell to be innocent and to be telling the truth.

Following my investigation, the Honor Board Investigations Officer at the time, MIDN Keegan
Solmos interviewed me in relation to the incident concerning other parties involved. During this
official interview, MIDN Solmos informed me that there were reports that MIDN Ronzoni and
MIDN Mitchell may have been lying. Due to this, I felt it was my obligation to allow them to
HB-0 themselves, to which they both declined. Although I continued to believe they were
innocent, as the Regimental Training Officer the honor system did not directly operate under my
purview. Therefore, I opened an HB-1 in order to let the Honor Board handle the investigation in
the proper manner.

Shortly after opening the HB-1s for MIDN Ronzoni and MIDN Mitchell, I questioned exactly
where the "reports" that MIDN Ronzoni and MIDN Mitchell had been lying came from. MIDN
Solmos had brought these reports directly to my attention, but I was not informed on who exactly
made these reports. MIDN Solmos explained to me that he couldn't open an HB-1 against them
as the Honor Board Investigations Officer, and that I would have to, so I deferred to his
judgement.

I believe that parties outside the Honor Board at the time may have impacted the Board's ability
to hold an impartial and fair trial. I questioned why I had to HB-1 MIDN Ronzoni and MIDN
Mitchell if I had never talked to the source of the "reports" MIDN Solmos described. In
hindsight, I would not have opened the HB-1 myself, and would have let the source of the
reports do so.

Let this letter illustrate to the Honor Board that I continue to believe MIDN Ronzoni and MIDN Mitchell to be innocent. I believe in the honor system and trust the board to make the right decision. I respectfully request the board to take this statement into consideration.


Respectfully,

Thorsten Muehlbauer, USMMA 2025

# EXHIBIT N

**TO: Whomever it may concern**

**FROM: MIDN Giovanni Tallini 1/C**

**SUBJECT: Purpose of phone collection during KP Futbol Team Movement**

During the KP Futbol team movement on 17 AUUGUST 2024, myself and MIDN Vanasse collected the cell phones of the Men's Soccer Plebes. MIDN Ronzoni 2/C collected the cell phones of the Women's Soccer Plebes. The intention of the phone collection was to minimize the plebes usage of their phones and instead enjoy their day at the beach. These phones were not collected permanently. In the event that a plebe had requested it for emergency contact, usage of the phone was granted. Prior to phone collection, it was clear that some of the Men's Soccer plebes had been using their team movement liberty to use their cell phones rather than enjoy their time off campus with their fellow classmates and teammates.

Once the phones were collected, it was immediately evident that this strategy was effective as plebes started to participate in beach games such as Spikeball, beach volleyball, beach soccer, and swimming in the ocean. To my knowledge, the plebes of the Men's Soccer Team were not disappointed with the phone collection, rather happy because it promoted team bonding and team chemistry which is important prior to the start of the summer training and fall season. These phones were kept safely in a backpack that was never put into any danger or possibility of damages. At practice a few days after the TM, I recall casually asking one or two of the plebes how they felt about the phone collection. They were happy that it had been done, otherwise, they felt they would have spent a majority of their time on their phones using time-consuming applications as opposed to enjoying their time off-campus.

Very Respectfully,

MIDN Giovanni Tallini 1/C

United States Merchant Marine Academy

# EXHIBIT O

UNITED STATES MERCHANT MARINE ACADEMY

- - - - - - - - - - - - - - - - - - - - - - - -

ENDORSEMENT OF HONOR BOARD RECOMMENDATION

ICO MIDSHIPMAN PLEBE RONZONI

- - - - - - - - - - - - - - - - - - - - - - - -


TRANSCRIPTION

October 3, 2025


Transcribed by:

OLGA RAPTIS

Reporter/Notary Public

1

2          THE MODERATOR:  Case 19 of

3    2024, 09/25/2025.  Midshipman

4    Ronzoni, 1545, (inaudible).

5          MIDSHIPMAN RONZONI:  Good

6    afternoon, ladies.  Good afternoon

7    gentlemen.  Midshipman Ronzoni

8    reporting as the Honor Board has

9    requested.

10          THE MODERATOR:  Please be

11    seated it.

12          May I have your attention.

13    This Honor hearing will now

14    commence.  The accused is

15    Midshipman Ronzoni who is charged

16    with lying.

17          If any voting member feels

18    that he or she's unable to cast

19    unbiased vote, it is your moral

20    responsibility to excuse yourself.

21          Midshipman Ronzoni, this

22    Honor hearing has been convened to

23    hear new evidence and clarify any

24    old evidence concerning your

25    alleged honor violation.  You've

been accused of lying.  The honor
staff present will vote as to
whether you're in violation or not
in violation of the honor code and
concept.

Midshipman Ronzoni, you're
entitled to be present during the
presentation of all evidence except
during closed deliberations and
balloting.  You may testify on your
behalf.  Remember, you have
accepted the duty to abide by the
honor concept by becoming a
midshipman.  Therefore, you're
encouraged to disclose any relevant
information you might have.

You may opt to not testify
and your silence will not be used
against you.  However, if you do
testify, any and all statements
over the course of this proceeding
may be used against you in further
proceedings.

You're reminded of your

rights at this time.  You have the
right to remain silent, the right
not to be subjected to
self-incrimination, the right to an
advisor, the right to submit a
statement to the investigating
officer for consideration during
the course of the investigation.
The right to protest any honor
hearing representative selected for
the hearing.  The right to submit a
statement to the commandant for
consideration in their decision.
The right to submit a statement to
the superintendent for
consideration in their decision.

In cases where the
commandant decision is less than
disenrollment or setback, the right
to request the commandant
reconsider that decision.  In cases
referred to the superintendent for
disenrollment, the right to request
the superintendent reconsider a

decision that imposes discipline
less than disenrollment.

If found in violation, the
right to submit a statement as part
of an appeal to the commandant or
superintendent concerning
procedural matters.  The right to
appeal to the Assistant Secretary
of Administration if disenrollment
sanction is imposed.

Do you understand and
acknowledge your rights?

MIDSHIPMAN RONZONI:  I do.

THE MODERATOR:  You also
have the right to introduce any new
evidence which will help clarify or
further your defense.  You may
question any of the procedures
which occur during the hearing.
Your advisor or I will answer any
of your questions regarding your
rights or honor hearing procedures
on your behalf.

Do you understand?

MIDSHIPMAN RONZONI:  I do.

THE MODERATOR:  Have you seen all the evidence related to your case?

MIDSHIPMAN RONZONI:  Yes.

THE MODERATOR:  We are brought to hear evidence presented concerning an alleged violation of the honor concept for a member of the regiment.  This midshipman is charged with lying.  The purpose of this hearing is to uncover all the facts of the case and make a final determination as to whether Midshipman Ronzoni is in violation or not in violation of the honor code and concept.

The investigating officer may now present the case summary and opening statement.

INVESTIGATING OFFICER: Midshipman Ronzoni stands accused of lying in reference to a soccer club team movement by former

Midshipman Muehlbauer, First Class.
Lying accusation occurred on
08/18/2024. Midshipman Ronzoni
stands accused of lying by former
Midshipman Muehlbauer in respect to
a soccer club team movement.

In the accuser interview,
Midshipman Muehlbauer stated that
he and former Midshipman
Jablonowski, Midshipman Schineller
and Midshipman Colpoys, met with
Midshipman Ronzoni on Sunday,
August the 18th at 1400 to question
her involvement.

Midshipman Ronzoni stated
that she did not drink and denied
knowing about or witnessing
drinking at the beach.

After Midshipman Muehlbauer
received a report that Midshipman
Ronzoni was drinking at the beach,
he met with Midshipman Ronzoni on
Sunday, August 25th at 1800 where
Midshipman Muehlbauer gave

Midshipman Ronzoni the opportunity
to submit an HB0.  Midshipman
Ronzoni fully denied the offense
and Midshipman Muehlbauer submitted
an HB1 so the case could be
investigated.

Midshipman Ronzoni fully
denies the violation.  In the
accused interview, Midshipman
Ronzoni stated that she was not
drinking due to her having to
drive.  Midshipman Ronzoni stated
that her, Midshipman Mitchell and
Midshipman Ramsden did not bring
any alcohol to pass out to the
plebe soccer girls.

Midshipman Ronzoni stated
that she played volleyball with
members of the men's soccer team.
Midshipman Ronzoni saw no alcohol
drinks and was not aware of the
situation at the beach.  Midshipman
Ronzoni stated that after playing
volleyball, she had no other

interactions with either the men's

or women's soccer teams.

Midshipman Ronzoni stated that she

was set up around 35 feet away from

the men's soccer team setup.

In the witness interviews,

six different eyewitnesses from the

men's and women's soccer teams at

the beach explained Midshipman

Ronzoni's involvement.  Midshipman

Kovacks, Midshipman Crooks,

Midshipman Winters stated that

Midshipman Ramsden offered alcohol

to the Midshipman soccer women

while Midshipman Winters witnessed

Midshipman Ramsden drinking and

passing out the alcohol to the

plebe soccer girls.

Midshipman Kovacks stated

that Midshipman Ronzoni took all

the plebe soccer girls' phones and

that Midshipman Ronzoni stated that

you can't have your phones because

you are drinking.  Midshipman

Kovacks, Midshipman Crooks,
Midshipman Robertson, Midshipman
Tallini and Midshipman Vanesses
stated that Ms. Midshipman Ronzoni
was interacting with the men's and
women's soccer teams the whole time
at the beach.

Midshipman Robertson and
Midshipman Tallini stated that they
witnessed Midshipman Ronzoni
drinking at the beach.  Midshipman
Kovacks, Midshipman Crooks,
Midshipman Robertson, Midshipman
Winters, Midshipman Tallini and
Midshipman Vanesses all stated that
they can confidently say that
Midshipman Ronzoni was fully aware
of the situation at the beach.

Midshipman Kovacks,
Midshipman Crooks, Midshipman
Winters, Midshipman Tallini,
Midshipman Vanesses say that
Midshipman Ronzoni set up was
located around 30 to 40 feet away

from the women's soccer team set
up, about 10 feet away from the
men's soccer team set up.

THE MODERATOR:  The board
will now call the first witness,
Midshipman Robertson.

MIDSHIPMAN ROBERTSON:  Good
afternoon ladies and gentlemen.
Midshipman Robertson reporting as
the Honor board ordered.

THE MODERATOR:  Please be
seated.  Midshipman Robertson, you
may present your opening statement
if you have one.

MIDSHIPMAN ROBERTSON:  No.

THE MODERATOR:  Thank you.
The voting members may now question
the witness.

VOTING MEMBER:  So before
the event that took place, you knew
who Midshipman Ronzoni was, right?

MIDSHIPMAN ROBERSTON:  Yes,
of her.  I never talked to her, but
of her.

VOTING MEMBER:  But you do if you saw her in the crowd, you know who she is?

MIDSHIPMAN ROBERSTON:  Yes. I know of her, yes.

VOTING MEMBER:  Can you kind of like walk me through what you were doing at the beach that day?

MIDSHIPMAN ROBERSTON:  Just what I was doing individually or just the whole team?

VOTING MEMBER:  Yeah, just like what you were doing, where you were like around, people, stuff like that.

MIDSHIPMAN ROBERSTON: Yeah, it was just -- I was on the men's soccer team mostly and women's soccer teams kind of merged together a little bit.  And then I was kind of -- I was playing soccer with some of the guys, you know. That's about it.

VOTING MEMBER:  But did you witness anybody drinking alcohol at the event?

MIDSHIPMAN ROBERSTON:  Yes, sir.  Yeah.  Yep.

VOTING MEMBER:  And during this event while you're interacting with others, did you see Midshipman Ronzoni in the crowd or do you recognize her anywhere?

MIDSHIPMAN ROBERSTON:  Yes. Per recollection, yes.  Yeah.

VOTING MEMBER:  Was it frequent?  Did you see her frequently with other people?

MIDSHIPMAN ROBERSTON:  I mean, I wasn't really looking out for her.

VOTING MEMBER:  Right.

MIDSHIPMAN ROBERSTON: Obviously, I saw her later.

VOTING MEMBER:  Could you describe the nature of the interaction that she had with the

boys too?

MIDSHIPMAN ROBERSTON:  My
best recollection, she was -- I
think she was talking to -- there
were some upper classmen that
graduated last year.  They were
there at the beach as well so she
was with them, I believe, as well
as some of the now secondclassmen
and firstclassmen soccer team.

VOTING MEMBER:  And were
those members of the team drinking?

MIDSHIPMAN ROBERSTON:
Yeah, I believe so, yes.

VOTING MEMBER:  Was your
phone taken away from you during
the event?

MIDSHIPMAN ROBERSTON:  I do
believe so, actually, yeah, I think
by the team captain.

VOTING MEMBER:  What was
the reasoning for taking your phone
away?

MIDSHIPMAN ROBERSTON:  I

mean, I think it was not having
evidence that people were
interacting, like drinking at
beach.

VOTING MEMBER:  Was that
stated to you or was that just your
assumption?

MIDSHIPMAN ROBERSTON:  I
believe it was stated to us.  Yeah,
I believe it was stated to us, no
phones at the beach.

VOTING MEMBER:  Did you
physically see alcohol being poured
at the beach?

MIDSHIPMAN ROBERSTON:  Yes.
Yeah.

VOTING MEMBER:  What kind
of container was the alcohol poured
into?

MIDSHIPMAN ROBERSTON:  Red
Solo cups, anything, I guess I
could say.

VOTING MEMBER:  You
mentioned that you were confident

that Midshipman Ronzoni was aware

of the situation at the beach?

MIDSHIPMAN ROBERSTON:  Yes.

VOTING MEMBER:  Can you

explain why you are so sure?

MIDSHIPMAN ROBERSTON:  Why

I think she was aware of a drink at

the beach?

VOTING MEMBER:  Yes.

MIDSHIPMAN ROBERSTON:  If

you drink at the beach, I think

you'd be aware of what you're

drinking.  I don't know how you're

not aware of the situation you're

in.

VOTING MEMBER:  You said

you stated twice that there were no

phones at the beach.

Was this before you went to

the beach, while you were at the

beach, intermittently throughout?

MIDSHIPMAN ROBERSTON:  I

mean, it's 13 months ago.  I don't

think I I had my phone at all at

the beach, so I don't know when
they took it from us phones, might
have been before.  Got to the
beach, went in the van.  I'm not
quite sure what timeframe it was.

THE MODERATOR:  Do the
voting members have any further
questions?

The voting members have no
further questions.

Midshipman Ronzoni may now
question the witness.

MIDSHIPMAN RONZONI:  At the
(inaudible), the Sunday after the
beach TM, did Midshipman
Jablonowski ask all the plebes on
the men's soccer team to stay
after?

MIDSHIPMAN ROBERSTON:  Yes,
ma'am.

MIDSHIPMAN RONZONI:  She
gave you the opportunity to report
to her room or Midshipman
Muehlbauer's room until 2130 to

make a report on the story,

correct?

   MIDSHIPMAN ROBERSTON: Yes.

   MIDSHIPMAN RONZONI: Did

you report to her or Midshipman

Muehlbauer's room at this time?

   MIDSHIPMAN ROBERSTON: I

reported to Midshipman Jablonowski

and Muehlbauer right afterwards.

   MIDSHIPMAN RONZONI: Sorry,

can you repeat that?

   MIDSHIPMAN ROBERSTON: I

reported to Jablonowski and

Muehlbauer after the beach TM went

back to the dorm and they made a

whole story, you could say.

   MIDSHIPMAN RONZONI: Did

you maintain the lie that no

drinking took place or is this

where you reported it?

   MIDSHIPMAN ROBERSTON: Yes.

This is where the whole kind of

sort of (inaudible).

   MIDSHIPMAN RONZONI: After

the TM, did you meet with your team
captains, Midshipman Tallini and
Midshipman Vanesses?

MIDSHIPMAN ROBERSTON: Not
in person, but I know he was --
they were texting back and forth,
yeah, to best my knowledge.

MIDSHIPMAN RONZONI: And
was this meeting held in order to
continue to advocate the story?

MIDSHIPMAN ROBERTSON: Yes.
Captains were -- they had a whole
story set and they were pretty bad
on having that story in place.

MIDSHIPMAN RONZONI: What
was the story?

MIDSHIPMAN ROBERSTON: The
story was that there was
(inaudible) on the beach. And kind
of just holding the boy's out, sort
it out.

MIDSHIPMAN RONZONI: To
verify, you lied multiple times
regarding this incident and this

was the first time when you decided

to state the truth to Midshipman

Muehlbauer and Midshipman

Jablonowski?

MIDSHIPMAN ROBERSTON:  No.

That's my lie to her.

MIDSHIPMAN RONZONI:  You

lied to her?

MIDSHIPMAN ROBERSTON:  Yes.

Yeah.

MIDSHIPMAN RONZONI:  Had we

met prior to the beach TM, had I

ever introduced myself?

MIDSHIPMAN ROBERSTON:  No.

MIDSHIPMAN RONZONI:  And

you did not give a specific

instance verifying that I was aware

of what was taking place throughout

beach TM, correct, you said you

didn't see me in the crowd?

MIDSHIPMAN ROBERTSON:  No,

no.  I saw you there at the beach.

It was pretty obvious you were

there.

MIDSHIPMAN RONZONI:  What
was I doing at the beach?

MIDSHIPMAN ROBERTSON:  You
were like you were drinking from a
white bottle.

MIDSHIPMAN RONZONI:  But
you didn't write this in your
witness statement to Midshipman --
there was no point where you stated
what I was drinking, what I was
doing, you just said --

MIDSHIPMAN ROBERTSON:  I
was there for the men's soccer team
side.  I wasn't there to get
interact or get involved with the
women's side.

Yes, they were drinking and
I said you were drinking.  He never
asked anything specific about that.

MIDSHIPMAN RONZONI:  How
many other men's soccer team
players were at the TM?

MIDSHIPMAN ROBERTSON:  All
the teams were there and most

upperclassmen.  So most of the
team.

MIDSHIPMAN RONZONI:  How
many would you say, roughly?

MIDSHIPMAN ROBERTSON:  10
plebes -- probably 25, 30 people.

MIDSHIPMAN RONZONI:  Were
all the plebes on the men soccer
team interviewed by Midshipman
Solmos?

MIDSHIPMAN ROBERTSON:  You
know, I think so.  I'm not quite
sure.  I know I was interviewed,
but I'm not sure if he got -- I
just seen, you know, -- I'm not
sure if he got everyone.

MIDSHIPMAN RONZONI:  Why
was yours the only one submitted by
Midshipman Solmos?

MIDSHIPMAN ROBERTSON:  I'm
not sure.  Makes my story a little
different because I didn't drink at
the beach.

MIDSHIPMAN RONZONI:

Throughout your interview with
Midshipman Solmos, did he have to
show you an image of myself when
asking questions or no?

      MIDSHIPMAN ROBERTSON:  I
don't recall that.

      MIDSHIPMAN RONZONI:  Okay.
I have no further questions.

      THE MODERATOR:  The accused
Midshipman has no further
questions.  The witness is now
excused.

      The board will now call the
second witness, Midshipman Kovacks.

      MIDSHIPMAN KOVACKS:  Good
afternoon, Midshipman Kovacks
reporting to the board as ordered.

      THE MODERATOR:  Please be
seated.  Midshipman Kovacks, you
may present your opening statement
if you have one.

      MIDSHIPMAN KOVACKS:  I do
not have any statement.

      THE MODERATOR:  Thank you.

The voting members may now question the witness.

VOTING MEMBER:  Midshipman Kovacks, before this incident, did you know who Midshipman Ronzoni was?

MIDSHIPMAN KOVACKS:  I knew she was on the soccer team.

VOTING MEMBER:  But if you saw her in a crowd, like around that time, you knew who she was, though?

MIDSHIPMAN KOVACKS:  Yes.

VOTING MEMBER:  You stated that Midshipman Ronzoni took your phones; is that correct?

MIDSHIPMAN KOVACKS:  Yes.

VOTING MEMBER:  And what did she say when she took your phones?

MIDSHIPMAN KOVACKS:  In my statement, I said that she took our phones for the reason that everyone was drinking but I don't know if

that's a direct quote or not.  So I
don't really recall exactly what
she said.

VOTING MEMBER:  Were you
offered alcohol while at the beach?

MIDSHIPMAN KOVACKS:  Yes, I
was.

VOTING MEMBER:  Did she
just take the plebes' phones or
everyone's phones?

MIDSHIPMAN KOVACKS:  From
what I remember, it was just the
plebes' phones.

VOTING MEMBER:  Do you know
when she took your phones, was it
at the event or earlier or?

MIDSHIPMAN KOVACKS:  It was
at the beach.

VOTING MEMBER:  At the
beach, okay.

VOTING MEMBER:  Were you
there when alcohol was passed out?

MIDSHIPMAN KOVACKS:  At the
beach --

VOTING MEMBER:  Yeah.

MIDSHIPMAN KOVACKS:  -- or in the Van?

VOTING MEMBER:  At the beach.

MIDSHIPMAN KOVACKS:  I saw red Solo cups being passed around and that's all like the details of how alcohol, I remember being passed out at the beach.

VOTING MEMBER:  So you didn't see any containers of alcohol being put into red Solo cups or anything else?

MIDSHIPMAN KOVACKS:  Not from what I remember, no.

VOTING MEMBER:  How often would you say you saw Midshipman Ronzoni at the beach?

MIDSHIPMAN KOVACKS:  It was just when she took our phones and then after that I saw her like off with the upperclassmen on the team, I think playing volleyball.

VOTING MEMBER:  Did you see her interacting with anyone else besides that like in the crowd or anything like that?

MIDSHIPMAN KOVACKS:  It was just upperclassmen.  We were kind of separate from the upperclassmen.

VOTING MEMBER:  You mentioned a TM van.  Can you elaborate on that?

MIDSHIPMAN KOVACKS:  I'm sorry, can you repeat your question?

VOTING MEMBER  You mentioned a TM van.  Can you elaborate on that?

MIDSHIPMAN KOVACKS:  Yes. So in the TM van, there was alcohol Consumed? Passed Out?  Inside the TM van.

VOTING MEMBER:  And were any of the firstclassmen present for that?

MIDSHIPMAN KOVACKS:  No,

the thirdclassmen were there and it
was just that there were classmen
and the beach because there was a
problem with the TM van, as I
remember it.

VOTING MEMBER:  You
mentioned that you were confident
that Midshipman Ronzoni was aware
of what was taking place at the
beach?

MIDSHIPMAN KOVACKS:  From
my perspective, yes.

VOTING MEMBER:  Can you
explain why you were so sure?

MIDSHIPMAN KOVACKS:  For
the reason that she took our
phones, I think that was the
biggest thing for me.

THE MODERATOR:  Do the
voting members have any further
questions?

The voting members having
no further questions.

Midshipman Ronzoni may now

question the witness.

MIDSHIPMAN RONZONI:  How long after the incident were you interviewed by Midshipman Solmos?

MIDSHIPMAN KOVACKS:  I think it was a couple weeks to a month.

MIDSHIPMAN RONZONI:  In your statement to Midshipman Solmos read that I had said you can't have your phone because you're drinking. And I know you already mentioned it, but can you just reiterate was that a direct and exact post for myself?

MIDSHIPMAN KOVACKS:  I don't know if that was a direct quote or not.

MIDSHIPMAN RONZONI:  Is that like what you were like assuming I said or?

MIDSHIPMAN KOVACKS:  It was so long ago that I don't even remember if it was -- if I was

assuming or what I remember you
saying.

MIDSHIPMAN RONZONI:  Could
you be wrong about why you think
that I took the phones?  Like do
you -- like, sorry, I'm phrasing it
very poorly.  Could I be taking it
away from you to socialize?

MIDSHIPMAN KOVACKS:  Yeah,
I guess so.  Yeah.

MIDSHIPMAN RONZONI:  How
many other plebe girls were sitting
with you when I took your phones?

MIDSHIPMAN KOVACKS:  I
don't remember the exact number,
but I know there was more than just
me.  Yeah.

MIDSHIPMAN RONZONI:  Could
you explain why you're the only
person who stated this?

MIDSHIPMAN KOVACKS:  I was
trying to make sure I didn't miss
any details about the beach, so I
-- yeah.

MIDSHIPMAN RONZONI:  You
wrote in your statement that myself
and other were about?approximately?
40 feet away from the women's
soccer team, correct?

MIDSHIPMAN KOVACKS:  Yes.

MIDSHIPMAN RONZONI:  Okay.
And I know they already asked this,
but do we have any interaction
throughout the beach TM besides the
phone collection?

MIDSHIPMAN KOVACKS:  Not
that I remember, no.

VOTING MEMBER:  I'm just
going to remind the advisor that
the questions need to come from
Midshipman accused.

ADVISOR::  These are
questions that she and I can speak
about.  Absolutely.

MIDSHIPMAN RONZONI:  After
I took the phones away, do you
remember if like you guys were able
to socialize more and like talk at

1
2    the beach?
3              MIDSHIPMAN KOVACKS:  Yes.
4    I think it was -- it wasn't just
5    the phones, it was the fact that
6    that was our first time really
7    going out to practice.  So that was
8    like our first time you ever talked
9    to each other or got to know each
10   other.
11             MIDSHIPMAN RONZONI:  At any
12   point throughout the TM, did you
13   notify me that drinking was taking
14   place?
15             MIDSHIPMAN KOVACKS:  No, I
16   did not.
17             MIDSHIPMAN RONZONI:  Okay.
18   Can you give any specific examples
19   that would make you so sure that I
20   was aware of what was taking place
21   throughout the TM?
22             MIDSHIPMAN KOVACKS:  I
23   think it was mainly just taking our
24   phones.  That gave me the
25   impression that you knew what was

going on.  But other than that, I
can't really think of any specific
examples.

MIDSHIPMAN RONZONI:  Okay.
So in the vans, you had your
phones, correct?

MIDSHIPMAN KOVACKS:  Yes.

MIDSHIPMAN RONZONI:  And
that's where alcohol was purchased
with Midshipman Winters, Midshipman
Forman and Midshipman Howe?

MIDSHIPMAN KOVACKS:  Yes.
They purchased it at the 711 and
then PTU it in the van and then we
got to the beach and I think there
was alcohol at the beach already,
but I'm not entirely sure if that's
true or not.

MIDSHIPMAN RONZONI:  I have
no further questions.

THE MODERATOR:  The accused
has no further questions.

The witness is now excused.

The board will now call the

third witness, Midshipman Crooks.

MIDSHIPMAN CROOKS:  Good afternoon ladies, good afternoon gentlemen.  Midshipman Crooks reporting to the Honor Board as ordered.

THE MODERATOR:  Please be seated.

Midshipman Crooks, you may now present your opening statement if you have one.

MIDSHIPMAN CROOKS:  I don't have one, please.

THE MODERATOR:  Thank you. The voting members may now question the witness.

VOTING MEMBER:  Can you describe the nature of the interactions that Midshipman Ronzoni had with the boys' soccer team?

MIDSHIPMAN CROOKS:  With the boys' soccer team?

VOTING MEMBER:  Yes.

MIDSHIPMAN CROOKS:  I honestly can't really speak to that.  I didn't really see much happening.

VOTING MEMBER:  During the event did Midshipman Ronzoni take your phone?

MIDSHIPMAN CROOKS:  Yes.

VOTING MEMBER:  Did she tell you why she took your phone?

MIDSHIPMAN CROOKS:  I can't remember.

VOTING MEMBER:  But did you see her throughout the TM at all during the -- your time at the beach?

MIDSHIPMAN CROOKS:  I saw her passing, but the only conversation I had with her was when she took my phone.

VOTING MEMBER:  Did you see alcohol containers on the beach?

MIDSHIPMAN CROOKS:  Alcohol containers?

VOTING MEMBER:  Yes.

MIDSHIPMAN CROOKS:  Yes.

VOTING MEMBER:  Did you see these alcohol containers being poured into anything else or were they there just by themselves?

MIDSHIPMAN CROOKS:  Poured into Solo cups.

VOTING MEMBER:  Were you yourself offered alcohol?

MIDSHIPMAN CROOKS:  I was.

VOTING MEMBER:  Do you think Midshipman Ronzoni could have been unaware of the alcohol when she came over and took your phone?

MIDSHIPMAN CROOKS:  I honestly don't believe so.

VOTING MEMBER:  Did any upperclassmen approach you at all that night?

MIDSHIPMAN CROOKS:  At the beach?

VOTING MEMBER:  Yes.

MIDSHIPMAN CROOKS:  Yes.

Upperclassmen approached me.

VOTING MEMBER: Did any of them offer you any alcohol or anything?

MIDSHIPMAN CROOKS: Yes.

VOTING MEMBER: To the best of your memory, how many red Solo cups did you see that you were partially confident that had alcohol in them?

MIDSHIPMAN CROOKS: I, myself had one and at least like five other people maybe that I was sitting with, but other than that I don't remember exactly.

VOTING MEMBER: And would you say everyone was like intermingling with each other pretty frequently?

MIDSHIPMAN CROOKS: I would say so, yes.

VOTING MEMBER: Can you explain why you're so sure that you believe that Midshipman Ronzoni was

aware of the situation at the
beach?

MIDSHIPMAN CROOKS:  I
believe it's pretty obvious what
was happening, especially with the
alcohol.  And also the fact she
took our phones.

THE MODERATOR:  Do the
voting members have any further
questions?

If there are no further
questions, Midshipman Ronzoni may
now question the witness.

MIDSHIPMAN RONZONI:  How
long after the incident were you
interviewed?

MIDSHIPMAN CROOKS:  I was
never officially interviewed.

MIDSHIPMAN RONZONI:  By
Midshipman Solmos, I'm sorry.

MIDSHIPMAN CROOKS:  It was
about a few weeks, a month.

MIDSHIPMAN RONZONI:  How
many plebe girls were present on

the team for the beach, like

roughly?

MIDSHIPMAN CROOKS: I can't

remember. I would say like 8-ish

around there, 10.

MIDSHIPMAN RONZONI: Okay.

Can you explain to me why

only two of you were included in

the witness case by Midshipman

Solmos if there were like 8 to 10

girls?

MIDSHIPMAN CROOKS: I don't

know.

MIDSHIPMAN RONZONI: Did

you directly say in your interview

with confidence that Midshipman

Ronzoni, myself, was aware of the

situation?

MIDSHIPMAN CROOKS: I

believe I did.

MIDSHIPMAN RONZONI: Did

you say that verbatim to Midshipman

Solmos?

MIDSHIPMAN CROOKS: Could

you repeat again?  I mean, I
honestly don't understand.

MIDSHIPMAN RONZONI:  With
confidence that Midshipman Ronzoni
was fully aware of the situation?

MIDSHIPMAN CROOKS:  I can't
say that I said that exactly.  I
don't remember it.

MIDSHIPMAN RONZONI:  Okay.
Well, you did -- it was in your
statement.  Did you get to read it
over your statement?

MIDSHIPMAN CROOKS:  He
wrote it down in a note, like on a
piece of paper and then read it
back to me and so that's when I
signed.  Yeah.

MIDSHIPMAN RONZONI:  But
you didn't -- did you actually look
over the physical piece of paper
and read over it each line?

MIDSHIPMAN CROOKS:  I don't
remember.

MIDSHIPMAN RONZONI:  Okay.

In your statement, you said
that you were confident that I was
aware of drinking at the beach.
Was it just because of the red Solo
cups?

MIDSHIPMAN CROOKS:  Not the
Solo cups.  It was because there
was open alcohol there.

MIDSHIPMAN RONZONI:  Did
you ever report this to anyone?

MIDSHIPMAN CROOKS:  No.

MIDSHIPMAN RONZONI:  Was
everyone on the TM drinking out of
red Solo cups?

MIDSHIPMAN CROOKS:  No.

MIDSHIPMAN RONZONI:  What
were you drinking out of?

MIDSHIPMAN CROOKS:  I was
drinking out of Solo cup.

MIDSHIPMAN RONZONI:
Anything else?

MIDSHIPMAN CROOKS:  No.

MIDSHIPMAN RONZONI:  You
were initially interviewed by

Midshipman Muehlbauer and

Midshipman Jablonowski, correct?

MIDSHIPMAN CROOKS: I was

not interviewed by Midshipman

Muehlbauer. I was never officially

interviewed by Muehlbauer.

Midshipman Jablonowski like would

often talk to us, we talked at some

point, but it was never like an

official interview.

MIDSHIPMAN RONZONI: Okay.

MIDSHIPMAN CROOKS: I know

she interviewed (inaudible).

MIDSHIPMAN RONZONI: Why

does Midshipman Javonalski's story

of your initial interview -- you

say, I guess, it wasn't an official

interview -- but when you spoke to

her, which took place on Sunday

after the TM differs so much from

what you said in your interview

with Midshipman Solmos which

occurred a month later?

MIDSHIPMAN CROOKS: I don't

really think it differed that much,
but if it did, it's because it was
some time later.

MIDSHIPMAN RONZONI:  Did
anyone else make (inaudible)
including PO's made with you
besides Midshipman Solmos?

MIDSHIPMAN CROOKS:  Yes.

MIDSHIPMAN RONZONI:  Who?

MIDSHIPMAN CROOKS:
Midshipman Bumann.

MIDSHIPMAN RONZONI:  What
did they meet with you about?

MIDSHIPMAN CROOKS:  What
did they or when?

MIDSHIPMAN RONZONI:  What
did they meet with you about?

MIDSHIPMAN CROOKS:  She met
with us about the situation.  I
don't remember exactly what was
said, but it was just about the
whole beach TM.

MIDSHIPMAN RONZONI:  Did
they ask about my involvement

regarding the incident?

MIDSHIPMAN CROOKS:  I don't
remember.

MIDSHIPMAN RONZONI:  When
Midshipman Mitchell asked you what
was discussed in the meeting in a
text last year, did you not tell
her that Midshipman Bumann was
asking questions about myself and
Midshipman Mitchell?

MIDSHIPMAN CROOKS:  Could
you say that again?  Sorry.

MIDSHIPMAN RONZONI:  When
Midshipman Mitchell asked you what
was discussed at this meeting in a
text last year, did you not tell
her that Midshipman Bumann was
asking questions about myself and
Midshipman Mitchell?

MIDSHIPMAN CROOKS:  That's
possible.  I don't remember
exactly.

MIDSHIPMAN RONZONI:  Did
you not tell me and her that

nothing else was said from you or
others who attended the meeting
that you all did not know 100
percent sure, so you could not
answer her questions?

MIDSHIPMAN CROOKS:  That's
probably true.  I didn't want to
answer anything.

MIDSHIPMAN RONZONI:  Does
that not contradict with your
statement to Midshipman Solmos in
your interview that you confidently
said that I was aware of the
situation?

MIDSHIPMAN CROOKS:  Are you
asking -- could you say that again?

MIDSHIPMAN RONZONI:  Does
this not contradict with your
statement to Midshipman Solmos that
you commonly say I was aware of the
situation?

MIDSHIPMAN CROOKS:  So
you're asking if me not saying
anything to Midshipman Mitchell

contradicts what I said to
Midshipman Solmos?  I don't think
so because I didn't say anything.

MIDSHIPMAN RONZONI:  I have
no further questions.

THE MODERATOR:  The accused
Midshipman has no further
questions.

The witness is now excused.

BOARD MEMBER: Before the
next witness is called, if you were
concerned about who was called as a
witness and who was not, did you
ever bring that to attention of
anybody on our staff such as
(inaudible)?

MIDSHIPMAN RONZONI:  I
brought it up last year and then I
brought it up in my appeal and then
I brought it up again this year
when I asked you guys if there were
any additional statements, which is
then later on we got the statements
I used for the last year's case

packet as well.

BOARD MEMBER:  Okay.  You do understand that this is your opportunity to call all the witnesses that you want, correct?

MIDSHIPMAN RONZONI:  Yes.

BOARD MEMBER:  Okay.

THE MODERATOR:  The board now calls the fourth witness, Midshipman Winters.

MIDSHIPMAN WINTERS:  Good afternoon, ladies and gentlemen. Midshipman Winters reporting for the honor hearing board as ordered.

THE MODERATOR:  Please be seated.  Midshipman Winters, you may present your opening statement if you have one.

MIDSHIPMAN WINTERS:  I don't have one.

THE MODERATOR:  Thank you.

The voting members may now question the witness.

VOTING MEMBER:  Midshipman

Winters, what was your role at the
TM, were you in the van with the
plebes?

MIDSHIPMAN WINTERS:  Yes, I
was in the van with the plebes.  I
didn't really have like a role, I'd
say I was in the van, so the other
half was the driver and the plebes.

VOTING MEMBER:  So you were
there at the van when they stopped
by 711 and all that?

MIDSHIPMAN WINTERS:
Correct.

VOTING MEMBER:  Were any of
the upperclassmen aware that the
van was at 711 by any chance?

MIDSHIPMAN WINTERS:  I'm
not sure.

VOTING MEMBER:  Did you
have any interaction with
Midshipman Ronzoni throughout the
day?

MIDSHIPMAN WINTERS:  Prior,
yes.  At the beach, I don't

remember.  But then after, yes,
because I had rode back with her.

VOTING MEMBER:  Can you
walk me through those two
interactions?

MIDSHIPMAN WINTERS:  Yes.
The beginning was before we left
the TM because she had driven by
herself, or not by herself, but in
her own vehicle.  And prior, I
asked her if it was okay if I got
the plebes alcohol and her response
was as long as I don't know.  And
then at the end, I just rode back
with her because myself and
Midshipman Forman had a birthday
party get to.

VOTING MEMBER:  Did you
talk with her about the time at the
beach while you were in the car
together on the way back?

MIDSHIPMAN WINTERS:  I
don't remember.  I don't think so.
I don't -- I can't guarantee -- I

can't remember.

VOTING MEMBER:  Was there alcohol on the beach?

MIDSHIPMAN WINTERS:  At the beach?

VOTING MEMBER:  Yes.

MIDSHIPMAN WINTERS:  Yes.

VOTING MEMBER:  Were they in open containers or were they in other types of containers?

MIDSHIPMAN WINTERS:  Other types of containers -- well, it depended.  But myself and the female team had containers, whereas Midshipman Ronzoni, she had some container that she had brought from (inaudible.)

VOTING MEMBER:  What was the -- what type of containers were there?

MIDSHIPMAN WINTERS:  That they were in?

VOTING MEMBER:  Yes.

MIDSHIPMAN WINTERS:  Mine

specifically was like the YETI cup,
some were water bottles.  That's
like all I remember.

MIDSHIPMAN WINTERS:  Was it
just the women's soccer team
drinking or was it a lot of the
people at the beach including the
men's?

MIDSHIPMAN WINTERS:  I
can't speak for the other team.  I
do know Midshipman Ronzoni but that
was a different group, and then the
female team, but I wasn't -- I'm
not for sure.

VOTING MEMBER:  You
mentioned that you were confident
that Midshipman Ronzoni was aware
of the situation at the beach?

MIDSHIPMAN WINTERS:
Correct.

VOTING MEMBER:  Can you
explain why you were so sure of
that?

MIDSHIPMAN WINTERS:

Because she had alcoholic beverages

that she had brought to our group.

VOTING MEMBER:  Do you

remember per chance what those

alcoholic beverages were?

MIDSHIPMAN WINTERS:  I

can't remember, no.  But -- yeah.

VOTING MEMBER:  So did

Midshipman Ronzoni bring alcohol to

your group specifically or was it

Midshipman Ramsden?  Someone else?

MIDSHIPMAN WINTERS:  No,

she had just come from --

Midshipman Ronzoni was with -- in

the group of the Midshipman Ronzoni

and then brought the containers to

my group.

VOTING MEMBER:  So then

because of that, you're confident

that Midshipman Ronzoni was aware

of what was happening?

MIDSHIPMAN WINTERS:  Yes,

but not just because of that.  We

were also -- our phones were also

taken away.  Myself and the plebes'
phones were taken away when we got
to the beach.

VOTING MEMBER:  Who took
your phones from you?

MIDSHIPMAN WINTERS:
Midshipman Ronzoni.

VOTING MEMBER:  Did she
speak to as the reasoning as why
she took them?

MIDSHIPMAN WINTERS:  I
can't remember if it was fully
specified.  But, yeah.

VOTING MEMBER:  Was it just
you or was it the whole team?

MIDSHIPMAN WINTERS:  No,
the whole female team.

THE MODERATOR:  Do voting
members have any further questions?

If there are no further
questions, Midshipman Ronzoni may
now question the witness.

MIDSHIPMAN RONZONI:  Why
wasn't any of this in your

statement?

MIDSHIPMAN WINTERS:  I
wasn't asked for it.

MIDSHIPMAN RONZONI:  When
Midshipman Solmos asked you about
the awareness of the beach, you
didn't mention any of this to him?

MIDSHIPMAN WINTERS:  I was
asked if you were aware and I said
yes, I didn't have a floor.

MIDSHIPMAN RONZONI:  Well,
Midshipman Kovacks stated that, you
know, she thought that I took the
phones away because of drinking.
So there was no point when -- you
could have added this in and all of
a sudden a year later, this is what
you're saying?

MIDSHIPMAN WINTERS:  Yes.
I wasn't asked.

MIDSHIPMAN RONZONI:  So let
me just get this straight because
this wasn't in my case packet so
this is the first time I'm ever

hearing about this.

You're saying that I took your phone away, you didn't mention this in your statement and then you're saying now that I came over with alcohol to the group?

MIDSHIPMAN WINTERS:  I didn't say that you brought alcohol to the group.

MIDSHIPMAN RONZONI:  You said it.

MIDSHIPMAN WINTERS:  I said Ramsden did.

MIDSHIPMAN RONZONI:  With me?

MIDSHIPMAN WINTERS:  No.

MIDSHIPMAN RONZONI:  You mentioned me and Midshipman Ramsden?

MIDSHIPMAN WINTERS:  Correct.  She brought the alcohol from where the group you were at.

MIDSHIPMAN RONZONI:  Who was found not in violation of her

own trial last year.

MIDSHIPMAN WINTERS: Okay.

MIDSHIPMAN RONZONI:  And
you're saying that you all had
concealed containers that you did
-- you put them in the van, you had
these concealed containers?

MIDSHIPMAN WINTERS:
(No verbal response.)

MIDSHIPMAN RONZONI: Like
you said that you brought alcohol
to the beach, but you put in
concealed containers?

MIDSHIPMAN WINTERS:
Correct.  They were in our
backpacks and we at the beach we
had pour them into our containers.

MIDSHIPMAN RONZONI:  Was
Midshipman Schineller our old team
captain present at your initial
interview with Midshipman
Muehlbauer and Midshipman
Jablonowski?

MIDSHIPMAN WINTERS:  Yes.

MIDSHIPMAN RONZONI:  Can you explain why Midshipman Schineller made a statement that your story was inconsistent with every other member of the soccer team?

MIDSHIPMAN WINTERS:  I'm not sure.

MIDSHIPMAN RONZONI:  You were interviewed a second time by Midshipman Solmos since September, correct?

MIDSHIPMAN WINTERS:  Correct.

MIDSHIPMAN RONZONI:  And did you ever indicate to any of them about what you just stated today?  To Midshipman Muehlbauer, Midshipman Solmos, did you ever say anything that you just stated here today?

MIDSHIPMAN WINTERS:  Yes. Some of it about the open containers, the alcohol, for my

Honor board? Class one?  Well, for
my situation about my
participation?

MIDSHIPMAN RONZONI:  About
me.

MIDSHIPMAN WINTERS:  No --
I can't remember.  I can't say
guaranteed.

MIDSHIPMAN RONZONI:  So
it's only at this point more than a
year later that you now have this
distinct memory of all of this,
what I've said, taking away -- and
why wasn't it in your statement.  I
don't understand that.

MIDSHIPMAN WINTERS:  I only
was really asked specifically the
question of if you were aware.

MIDSHIPMAN RONZONI:  All
right.  No further questions.

THE MODERATOR:  The accused
Midshipman has no further
questions.

The witness is now excused.

Midshipman Ronzoni, you're now allowed to present your opening statement.

MIDSHIPMAN RONZONI:  Good afternoon, Honor Board members.  I would like to make it clear to the board that I never witnessed alcohol being brought, supplied or consumed in any manner that would lead me to believe it was alcohol.

I did not make assumptions during my questioning so I could only speak to what I personally observed.  And no point did I see anyone acting drunk.  Most of my interactions during the day were related to volleyball.  Beyond that, I had little to no interaction with TM?  Women's team?

It's important to note that Midshipman Solmos never stated in his interviews what my specific interactions were with either team leading those details up to open

interpretation.

During my interview
process, I informed Midshipman
Muehlbauer, Midshipman Javonalsi,
Midshipman Heck and Midshipman
Solmos that I had seen red Solo
cups and was only aware of the
drinking that took place in my car
that day.  However, no other plebes
out of 20 or so that were present
made statements as Midshipman
Kovacks did, including Midshipman
Crooks who was present at the
hearing today.

Others witnessed the
purchase of alcohol.  I was never
in either van associated with the
TM in question.  I arrived later
than the men's team due to van
issues with the women's team.  The
case also included witness
statements from individuals who not
-- who have been dishonest
throughout the process, two of

which have now graduated and,

therefore, I'm unable to face them.

It also references

Midshipman Ramsden who was

previously found not in violation.

Furthermore, I was never issued a

Class 1, unlike others who were

ruled.  It's easy to say that I was

aware of the situation in

hindsight, since the details are

now widely known, they have been

the subject of campus discussion,

classroom jokes, group chats, and

an online campaign to harass and

prejudice the community against

myself.

However, at the time of the

team movement over a year ago, no

interviews ever specified what was

being consumed or how it was

concealed by those drinking.  Only

a year later did I learn that

alcohol had been placed into water

bottles.  Without this knowledge,

there was no reasonable way that I
could have known.

Importantly, Midshipman
Solmos never directly -- never
asked me directly about these
interviews, and the awareness
accusation itself never clarifies
what exact situation I was supposed
to be aware of.

Midshipman Muehlbauer also
stated in my honor -- my HB1 from
the very start that he believed me
to be innocent. He told me and
still maintains that my statement
was consistent with the others who
were interviewed and those who
deserved punishment received it.
It was only after Midshipman Solmos
spoke to him that my Honor Board
was initiated, based on the
statements not included my case
package by my request from them --
last year from Midshipman
Alvarados. The origin of these

reports have never been determined
as I have only statements that were
taken a month after the team
movement.

To this day, I do not know
what the men's team allegedly
consumed at the beach.  Again,
these red Solo cups were the
question and focus on my last
trial.  But in my personal
experience, those cups can be used
for other purposes.

It has also come to my
attention that alcohol being
concealed and consumed in other
ways such as water bottles.  At
this time, I had no reason to be
suspicious as I never saw the cups
being filled with alcohol or no --
never witnessed anyone acting
drunk.

In retrospect, this may
appear naive, but it was not
unreasonable given the information

1
2   I had in the moment.
3           While I still struggle with
4   what I should have been aware of
5   and what -- and how I could have
6   done better as I -- done better in
7   my role as MIC, that doesn't make
8   me in violation of a lie.  I hope
9   to clarify and clear myself before
10  the Honor Board today.
11          THE MODERATOR:  Thank you.
12  The board will now call the accused
13  Midshipman's witness, Midshipman
14  Moore, to testify.
15          MIDSHIPMAN MOORE:  Good
16  afternoon ladies and gentlemen.
17  Midshipman Moore appearing to the
18  Honor Board as ordered.
19          THE MODERATOR:  Please be
20  seated.
21          MIDSHIPMAN MOORE:  Yes.
22  Thank you.
23          THE MODERATOR:  Midshipman
24  Moore, you may now present your
25  opening statement if you have one.

1

2          MIDSHIPMAN MOORE:  I don't.

3          THE MODERATOR:  Thank you.

4          Ms. Midshipman Ronzoni, you

5      may now question the witness.

6          MIDSHIPMAN RONZONI:  Were

7      you a plebe present on the beach

8      TM?

9          MIDSHIPMAN MOORE:  Yes.

10         MIDSHIPMAN RONZONI:  Did

11     anyone else on the Honor Board

12     staff complete a PO to meet with

13     you besides Midshipman Solmos?

14         MIDSHIPMAN MOORE:  Yes,

15     Midshipman Jablonowski.

16         MIDSHIPMAN RONZONI:  What

17     did they meet with you about?

18         MIDSHIPMAN MOORE:  I

19     believe it was the morning after

20     Midshipman Solmos had met with us.

21     Midshipman Jablonowski with us that

22     all the plebes involved meet with

23     her and she asked us about if there

24     was like anything that we weren't

25     comfortable sharing with Midshipman

Solmos that we could share with
her.

          MIDSHIPMAN RONZONI:  Did
she specifically ask about myself
and Midshipman Mitchell?

          MIDSHIPMAN MOORE:  She just
asked about if there was anything
that we weren't comfortable sharing
prior.

          MIDSHIPMAN RONZONI:  Okay.
Do you remember that meeting at
all?  Like the specifics of
anything?

          MIDSHIPMAN MOORE:  I can't
really remember like what we talked
about, but I just remember us
saying that we didn't -- that there
wasn't any additional information
that we had -- that we hadn't
already told Midshipman Solmos the
morning prior.

          MIDSHIPMAN RONZONI:  Who
was in the TM van with you?

          MIDSHIPMAN MOORE:  It was

all the plebes that were present at

the beach, the girls and Midshipman

Winters.

                MIDSHIPMAN RONZONI:  Did

you stop anywhere before the beach?

                MIDSHIPMAN MOORE:  We

stopped to get food at Marie's

Bakery and then we stopped at 711.

                MIDSHIPMAN RONZONI:  Who

purchased the alcohol?

                MIDSHIPMAN MOORE:

Midshipman Winters.

                MIDSHIPMAN RONZONI:  Were

there any other midshipmen present

at 711 when she purchased the

alcohol?

                MIDSHIPMAN MOORE:

Midshipman Sammons and Midshipman

Bumann drove their own car and they

were there.

                MIDSHIPMAN RONZONI:  Were

you sitting with other plebes on

the TM at the beach earlier?

                MIDSHIPMAN MOORE:  Yeah.

MIDSHIPMAN RONZONI:  Did you ever hear me saying I'm taking your phones away because you're drinking?

MIDSHIPMAN MOORE:  You took our phones away, but I don't remember you saying it was because we were drinking.  I remember you being apologetic about it.

MIDSHIPMAN RONZONI:  Is it true that you were sitting next to Midshipman Kovacks during the phone collection?

MIDSHIPMAN MOORE:  Yeah, we were all there when you took our phones.

MIDSHIPMAN RONZONI:  Do you think you would've heard me if I had said I'm taking your phones away because you were drinking?

MIDSHIPMAN MOORE: (Inaudible)

MIDSHIPMAN RONZONI:  Did we have any other interaction

throughout the beach TM besides

phone collection?

        MIDSHIPMAN MOORE:  We

played volleyball together.

        MIDSHIPMAN RONZONI:  Did

you ever see me interacting with

others besides playing volleyball?

        MIDSHIPMAN MOORE:  No.

When I was with you playing

volleyball, I remember being with

just other plebes and (inaudible).

        MIDSHIPMAN RONZONI:  How

were you consuming alcohol on that

day?

        MIDSHIPMAN MOORE:  I had

brought it in with the soccer bags

and for, at least for me, I poured

into a water bottle.

        MIDSHIPMAN RONZONI:  So you

were drinking from red Solo cup?

        MIDSHIPMAN MOORE:  No.

        MIDSHIPMAN RONZONI:  At any

point did you inform me of

drinking?

1

2          MIDSHIPMAN MOORE:  No.

3          MIDSHIPMAN RONZONI:  I have

4     no further questions.

5          THE MODERATOR:  Midshipman

6     Ronzoni has no further questions.

7     The voting members may now question

8     the witness.

9          VOTING MEMBER:  What type

10    of alcohol were you drinking?

11         MIDSHIPMAN MOORE:  It was

12    White Claw.

13         VOTING MEMBER:  Were you

14    drinking in the van by any chance?

15         MIDSHIPMAN MOORE:  In the

16    van?

17         VOTING MEMBER:  Yeah.

18         MIDSHIPMAN MOORE:  Yeah, on

19    the way to the beach.

20         VOTING MEMBER:  And when

21    you saw Midshipman Ronzoni, did you

22    have the cans with you or was this

23    when you put in the water bottle?

24         MIDSHIPMAN MOORE:  Water

25    bottle.  We did have the can --

well, we brought like can on the
beach in backpacks and then the
rest were in the van.

VOTING MEMBER:  Did you see
red Solo cups present at the beach?

MIDSHIPMAN MOORE:  I can't
remember seeing them.  I don't know
if they were there or not, but I
know I wasn't drinking from one,
but I don't remember.

VOTING MEMBER:  Were you
offered alcohol by an upperclassmen
outside of the van?

MIDSHIPMAN MOORE:  No.

VOTING MEMBER:  Who gave
you the alcohol?

MIDSHIPMAN MOORE:  Who --
I'm sorry?

VOTING MEMBER:  Who gave
you the alcohol?  Who distributed
the alcohol to you?

MIDSHIPMAN MOORE:  Winters.

VOTING MEMBER:  Did you --
you said Midshipman Ronzoni walked

over and took your phone, correct?

MIDSHIPMAN MOORE:  Yes.

VOTING MEMBER:  Were you drinking at that time, were people around you drinking at that time?

MIDSHIPMAN MOORE:  If we were, I had a water bottle maybe with alcohol in it but there was nothing around like alcohol.

VOTING MEMBER:  Do you think Midshipman Ronzoni while walking over could have been unaware that you were drinking alcohol?

MIDSHIPMAN MOORE:  I don't think -- in the area that we were sitting in, like me and the other couple of plebe girls, I don't really think there was any like alcohol containers around.

VOTING MEMBER:  Do you think she could have been completely unaware that you were drinking?

1

2 MIDSHIPMAN MOORE:  I think

3 if no one had said anything or if

4 nothing was there, I think she

5 would've -- no, nobody was like

6 intoxicated to the point where it

7 would've been obvious that they

8 were having drinks.

9 VOTING MEMBER:  Was it

10 talked about that you were going

11 stop at 711 prior to the going to

12 the beach?

13 MIDSHIPMAN MOORE:  Yes.

14 VOTING MEMBER:  And where

15 was that talked about?

16 MIDSHIPMAN MOORE:

17 Midshipman Winters had talked about

18 it.

19 VOTING MEMBER:  And do you

20 know where that information came

21 from; was she texting people, was

22 it in like another group chat?

23 MIDSHIPMAN MOORE:  No, that

24 was a conversation that just me and

25 her had and it wasn't -- when we

discussed it, it wasn't us stopping
at 711.  Like I didn't know that we
were going to be stopping.  I just
knew that maybe she was going to
have drinks.

VOTING MEMBER:  Did you see
Midshipman Ronzoni anytime
throughout the night or like at
that beach TM?

MIDSHIPMAN MOORE:  I was
with the other plebe girls most of
the time.  But there was a time
where a group of like plebe and
upperclassmen went to play
volleyball.

VOTING MEMBER:  Was this
later on in the beach TM or was
this pretty earlier?

MIDSHIPMAN MOORE:  I would
say it was pretty early.

VOTING MEMBER:  Can you
recall who was going to play
volleyball?

MIDSHIPMAN MOORE:  The only

people that I can specifically
remember was Winters, Ronzoni,
Ramsden.  At that point they were
mostly upperclassmen.  I hadn't
really been appointed yet.

THE MODERATOR:  Do the
voting members have any further
questions?

There are no further
questions.   The witness is now
excused.

The board members may now
ask questions of Midshipman Ronzoni
as needed to clarify the evidence.

VOTING MEMBER:  With the
severity of consequences of an
alcohol offense at this school such
as going to AA, a deferred
graduate, a class 1, why would
plebes and midshipman jeopardize
their future to lie at the -- to
lie about the events at the beach
and say that you were drinking if
that would've resulted in another

mess for them to deal with, such as

another Honor Board?

MIDSHIPMAN RONZONI:  Can

you just restate that --

VOTING MEMBER:  Yeah, yeah.

MIDSHIPMAN RONZONI:  -- and

just a little bit slower.  Sorry,

it was long.

VOTING MEMBER:  So with the

severity of consequences here, such

as going to AA, you could be a

deferred graduate, a class 1, any

of those other listed punishments

for drinking at the beach or lying

about your involvement, why would

people put you in their statements

that you were drinking or you knew

of drinking if that was going to

result in another Honor Board for

them?

MIDSHIPMAN RONZONI:  I

can't speak for other people, but I

also think that fear is a big

factor to try and get out of

something.  I mean, that's really
all I have to say about that.

        VOTING MEMBER:  Do you
remember the discussion you had
with Midshipman Winters before the
van left?

        MIDSHIPMAN RONZONI:  No,
because it didn't happen.

        VOTING MEMBER:  You did not
have a conversation with Midshipman
Winters?

        MIDSHIPMAN RONZONI:  Oh, a
conversation, I thought you were
referring to like what she said.

        We had a conversation where
I told her to stop at the bakery
that Midshipman Moore mentioned.
That was as far as it went and the
whole thing about the vans and how
it was stuck behind another van, so
we had to figure out how to get the
vans out.  So the -- that
conversation was also with
Midshipman Forman and Midshipman

Howe as well.

VOTING MEMBER:  What was your role for this TM?  Were you a TM leader?  Did you organize this?

MIDSHIPMAN RONZONI:  So I was the MIC that day.  I had asked Midshipman Ferry -- I had first canceled the TM because of the Saturday morning training for the plebes when I was CXPF at the time. And I had asked Midshipman Ferry to turn in the forms for it because the men's team was really excited to go and I felt really guilty to not be able to meet it because I thought we were going to go past the time when we were supposed to leave.  So he submitted the forms and I signed off on it.  So my role was as MIC.

VOTING MEMBER:  So while you're at the beach, no one told you that there -- you didn't hear about any talks about drinking or

anything like that from the

upperclassmen?  No chats, nothing

of the sort?

MIDSHIPMAN RONZONI:  No, I

-- I didn't hear anyone talking

about alcohol at the beach. I mean,

I was in my own personal vehicle

and I still feel terrible that I

should have been in the van and I

should have definitely been keeping

a more secure eye on the plebes and

the midshipmen that were there.  So

in that sense, I do apologize for

that.

But no one came up to me

specifically and was like, do you

want to drink or something along

those lines or did I see anybody

acting out of character.  And I did

mention that I saw the red Solo

cup, so that was another thing that

was -- but I never saw anything get

poured into the red Solo cup, so.

VOTING MEMBER:  So why did

you take the plebe girls' phones?

MIDSHIPMAN RONZONI:  So
from what I recall and you know,
reading over stuff from last year,
I took them away because like they
were saying -- like some of the
witnesses were saying it, they had
just come out of (inaudible) and
this was the first time that they
really had their phones.  And from
what -- when Midshipman Tallini
came over to me, he had said that
they were just sitting there.  And
I also saw it too because I was --
I came over to greet the girls when
they came down and they immediately
went onto their phones.  And he
said, well, I took the boys' phones
away, so you should probably do the
same with the girl plebes' phone so
they can interact and get to know
each other more or something along
those lines.  It was so they could
bond.  It had nothing to do with

what was stated.  I mean, I --
sorry.

VOTING MEMBER:  Did you
take Midshipman Winters' phone as
well or no?

MIDSHIPMAN RONZONI:  No.  I
never took Midshipman Winners's
phone.

VOTING MEMBER:  Or any
upperclassmen's?

MIDSHIPMAN RONZONI:  No
upperclassmen's phones were taken
that day.

I also would just like to
state on the topic of phone's
though.  I had their phones and I
know I told them that they were
readily available for them if they
needed to contact anybody.  And I
put my -- the phones in my -- like
the backpack, like with it open so
they could just grab their phones,
I had my towel on it.

So I told them if there was

any time that they needed to go
into my bag to grab their phones,
they were more than welcome to do
that. And I do remember saying
that.

VOTING MEMBER:  Was
Midshipman Ramsden with you the
whole time?

MIDSHIPMAN RONZONI:  The
whole time, no.

VOTING MEMBER:  Was she
with you for most of the time?

MIDSHIPMAN RONZONI:  When
she was playing volleyball, yes.

VOTING MEMBER:  Did you
guys stay in the same tent?

MIDSHIPMAN RONZONI:  Tent?

VOTING MEMBER:  Yeah, like
the same -- were you in the same
group for the most part?

MIDSHIPMAN RONZONI:  I
mean, she tanned -- I don't --
that's what I remember.  And then
she -- when she came over for round

of volleyball, we played, but I
mean, she came with me in my car.

THE MODERATOR:  Please keep
this to Midshipman Ronzoni's
involvement in the hearing.

VOTING MEMBER:  Midshipman
Robertson said that he saw you
drinking a White Claw at the beach?

MIDSHIPMAN RONZONI:  I was
not drinking.  I have -- yeah, this
is the first time it's come up.
I've never heard that statement
before.  Prior to this, Midshipman
Muehlbauer never stated this to me.
Midshipman Solmos also never stated
this to me.  I've never heard that
up until just now in this hearing.

VOTING MEMBER:  Were you
aware of upperclassmen offering
alcohol to underclass?

MIDSHIPMAN RONZONI:  No, I
was not.

VOTING MEMBER:  Is there a
reason why you weren't aware of

this?

MIDSHIPMAN RONZONI:  No one informed me that -- well, no one informed me and I never saw that happen where they were offering drinks or anything like that.  I also was not in the beach TM vans when they distributed it.  As other plebes did say -- or sorry, Midshipman { Nass stated that they were given alcohol in the vans.

VOTING MEMBER:  Did you not state that you had a drink in your car?

MIDSHIPMAN RONZONI:  Not me.  No.  I said that Midshipman Ramsden and Midshipman Mitchell had drank in my car on the way there.

VOTING MEMBER:  And did you procure those on the way to the beach?

MIDSHIPMAN RONZONI:  No.  They were purchased the day before.  We -- so this is the -- also the

other part about me not being a
good MIC.

        So I had canceled it Friday
when I received the message.  And
Saturday was Midshipman Mitchell's
birthday.  So I had bought her
concert tickets.  So we were
leaving the beach earlier than
everybody else.  And that's also
one of the reasons I drove
separately because I shouldn't have
done that.  And I know that now and
that was very, very stupid decision
on my part.  But we did leave early
and those were supposed to be for
the train on the way to the City
for that night.

        VOTING MEMBER:  So you did
have alcohol in your car -- in the
van?

        MIDSHIPMAN RONZONI:  On the
-- sorry?

        VOTING MEMBER:  You did
have alcohol in your car at the

beach though; is that true?

MIDSHIPMAN RONZONI:  No,
they drank them on the way there.

VOTING MEMBER:  On the way
there?

MIDSHIPMAN RONZONI:  Yeah.

VOTING MEMBER:  Did you
dispose of the containers at the
beach?

MIDSHIPMAN RONZONI:  No, I
don't think so, but I honestly also
do not remember.  I didn't -- I
personally did not dispose of them,
so.

VOTING MEMBER:  In the
witness statements, it said that
Midshipman Ramsden had brought
alcohol to the plebe girls from
where you were. Were you around her
at all?

MIDSHIPMAN RONZONI:  So,
like I said, when we were playing
volleyball, but Midshipman Ramsden
was also found innocent of all the

1
2          charges from the last honor board,
3          so.
4                    ADVISOR:  Her case was
5          never opened
6                    MIDSHIPMAN RONZONI:  Yeah.
7                    THE MODERATOR:  Do the
8          voting members have any further
9          questions?
10                    If there are no further
11          questions, the investigating
12          officer and Midshipman Ronzoni will
13          be given time to make closing
14          statements.
15                    INVESTIGATION OFFICER:  I
16          have no closing statement.
17                    MIDSHIPMAN RONZONI:  I do.
18                    I've had a year to reflect
19          on my shortcomings that day and
20          have learned my mistakes and will
21          -- that will help me move forward
22          and be a -- be better leader in the
23          future.  I should have ridden in
24          the women's soccer van.  I should
25          have been more present interacting

with the plebes.  I shouldn't have
removed myself by placing my towel
40 feet away from my teammates.

I should have been
encouraging them to play volleyball
in team building.  And if I could,
I would change that.  But I was
honest in my interviews that I was
not aware of the concealed alcohol
and I did not give a thought that
some people had red Solo cups.  But
there is a difference between what
other people would assume and what
the actual events were that day.

I appreciate your time and
consideration of the evidence.

THE MODERATOR:  Thank you.

We've heard all the
evidence concerning this possible
honor violation.

Midshipman Ronzoni, you're
excused to allow the voting members
to deliberate.

Midshipman Ronzoni, the

voting members have determined you
in violation of the honor code.
Therefore, your case will be
referred to the commandant.
Dismissed.

-o0o-

C E R T I F I C A T E

      I, OLGA RAPTIS, a Notary Public within and for the State of New York, do hereby certify:

      That the witness(es) whose testimony is hereinbefore set forth was duly sworn by me, and the foregoing transcript is a true record of the testimony given by such witness(es).

      I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

*Olga Raptis*

_____

OLGA RAPTIS

**0**

08/18/2024 [1] - 7:4
09/25/2025 [1] - 2:3

**1**

**1** [3] - 61:8, 75:20, 76:13
**10** [4] - 11:3, 22:6, 39:6, 39:11
**100** [1] - 45:4
**13** [1] - 16:24
**1400** [1] - 7:14
**1545** [1] - 2:4
**1800** [1] - 7:24
**18th** [1] - 7:14
**19** [1] - 2:2

**2**

**20** [1] - 60:11
**2024** [1] - 2:3
**2025** [1] - 1:9
**2130** [1] - 17:25
**25** [1] - 22:7
**25th** [1] - 7:24

**3**

**3** [1] - 1:9
**30** [2] - 10:25, 22:7
**35** [1] - 9:5

**4**

**40** [3] - 10:25, 31:5, 88:4

**7**

**711** [7] - 33:14, 48:12, 48:17, 67:9, 67:16, 73:11, 74:3

**8**

**8** [1] - 39:11
**8-ish** [1] - 39:5

**A**

**AA** [2] - 75:19, 76:12
**abide** [1] - 3:13
**able** [2] - 31:24, 78:16
**about?approximately** [1] -
31:4
**Absolutely** [1] - 31:21
**ACADEMY** [1] - 1:2
**accepted** [1] - 3:13
**accusation** [2] - 7:3, 62:8
**accused** [11] - 2:14, 3:2,
6:23, 7:5, 8:10, 23:10, 31:18,
33:22, 46:7, 58:22, 64:12
**accuser** [1] - 7:8
**acknowledge** [1] - 5:13
**acting** [3] - 59:16, 63:21,
79:20
**action** [1] - 90:14
**actual** [1] - 88:15
**added** [1] - 54:17
**additional** [2] - 46:23,
66:19
**Administration** [1] - 5:10
**advisor** [3] - 4:6, 5:21,
31:16
**ADVISOR** [2] - 31:19, 87:4
**advocate** [1] - 19:11
**afternoon** [9] - 2:6, 11:9,
23:17, 34:4, 47:13, 59:6,
64:16
**afterwards** [1] - 18:10
**ago** [5] - 16:24, 29:24,
61:19
**Alcohol** [1] - 35:24
**alcohol** [56] - 8:16, 8:21,
9:14, 9:18, 13:3, 15:14,
15:19, 25:6, 25:23, 26:10,
26:14, 27:19, 33:10, 33:17,
35:23, 36:5, 36:11, 36:15,
37:4, 37:11, 38:7, 41:9,
49:13, 50:4, 52:10, 55:7,
55:9, 55:22, 56:12, 57:25,
59:9, 59:11, 60:17, 61:24,
63:15, 63:20, 67:11, 67:17,
69:14, 70:10, 71:13, 71:17,
71:21, 71:22, 72:9, 72:10,
72:15, 72:21, 75:18, 79:7,
83:21, 84:12, 85:20, 85:25,
86:19, 88:10
**alcoholic** [2] - 52:2, 52:6
**alleged** [2] - 2:25, 6:9
**allegedly** [1] - 63:7
**allow** [1] - 88:23
**allowed** [1] - 59:3
**Alvarados** [1] - 62:25
**answer** [3] - 5:21, 45:6,
45:9
**anytime** [1] - 74:8
**apologetic** [1] - 68:10
**apologize** [1] - 79:14
**appeal** [3] - 5:6, 5:9, 46:20
**appear** [1] - 63:24
**appearing** [1] - 64:17
**appointed** [1] - 75:6
**appreciate** [1] - 88:16

**approach** [1] - 36:20
**approached** [1] - 37:2
**area** [1] - 72:17
**arrived** [1] - 60:19
**Assistant** [1] - 5:9
**associated** [1] - 60:18
**assume** [1] - 88:14
**assuming** [2] - 29:22, 30:2
**assumption** [1] - 15:8
**assumptions** [1] - 59:12
**attended** [1] - 45:3
**attention** [3] - 2:12, 46:15,
63:15
**August** [2] - 7:14, 7:24
**available** [1] - 81:19
**aware** [27] - 8:22, 10:18,
16:2, 16:8, 16:13, 16:15,
20:18, 28:9, 32:20, 38:2,
39:18, 40:6, 41:4, 45:14,
45:21, 48:16, 51:18, 52:21,
54:10, 58:19, 60:8, 61:10,
62:10, 64:4, 83:20, 83:25,
88:10
**awareness** [2] - 54:7, 62:7

**B**

**backpack** [1] - 81:22
**backpacks** [2] - 56:17, 71:3
**bad** [1] - 19:14
**bag** [1] - 82:3
**bags** [1] - 69:17
**bakery** [1] - 77:17
**Bakery** [1] - 67:9
**balloting** [1] - 3:11
**based** [1] - 62:21
**beach** [81] - 7:19, 7:22,
8:23, 9:10, 10:8, 10:12,
10:19, 12:9, 14:8, 15:5,
15:12, 15:15, 16:3, 16:9,
16:12, 16:19, 16:21, 16:22,
17:2, 17:5, 17:16, 18:15,
19:20, 20:13, 20:20, 20:23,
21:3, 22:24, 25:6, 25:19,
25:21, 25:25, 26:6, 26:11,
26:20, 28:4, 28:11, 30:24,
31:11, 32:2, 33:16, 33:17,
35:17, 35:23, 36:23, 38:3,
39:2, 41:4, 43:23, 48:25,
49:21, 50:4, 50:6, 51:8,
51:19, 53:4, 54:7, 56:13,
56:17, 63:8, 65:7, 67:3, 67:6,
67:24, 69:2, 70:19, 71:3,
71:6, 73:12, 74:10, 74:18,
75:23, 76:15, 78:23, 79:7,
83:9, 84:8, 84:22, 85:9, 86:2,
86:10
**becoming** [1] - 3:14
**beginning** [1] - 49:8

**behalf** [2] - 3:12, 5:24
**behind** [1] - 77:21
**best** [3] - 14:4, 19:8, 37:7
**better** [3] - 64:6, 87:22
**between** [1] - 88:13
**beverages** [2] - 52:2, 52:6
**Beyond** [1] - 59:18
**big** [1] - 76:24
**biggest** [1] - 28:19
**birthday** [2] - 49:17, 85:7
**bit** [2] - 12:22, 76:8
**blood** [1] - 90:15
**BOARD** [4] - 1:4, 46:11,
47:3, 47:8
**board** [12] - 11:5, 11:11,
23:14, 23:18, 33:25, 47:9,
47:15, 58:2, 59:8, 64:12,
75:13, 87:2
**Board** [9] - 2:8, 34:6, 59:6,
62:20, 64:10, 64:18, 65:11,
76:3, 76:20
**bond** [1] - 80:25
**bottle** [5] - 21:6, 69:19,
70:23, 70:25, 72:8
**bottles** [3] - 51:3, 61:25,
63:17
**bought** [1] - 85:7
**boy's** [1] - 19:21
**boys** [1] - 14:2
**boys'** [3] - 34:21, 34:24,
80:19
**bring** [3] - 8:15, 46:15,
52:10
**brought** [14] - 6:8, 46:19,
46:20, 46:21, 50:17, 52:3,
52:17, 55:9, 55:22, 56:12,
59:9, 69:17, 71:2, 86:18
**building** [1] - 88:7
**Bumann** [4] - 43:12, 44:9,
44:18, 67:20

**C**

**campaign** [1] - 61:15
**campus** [1] - 61:13
**canceled** [2] - 78:9, 85:4
**cans** [1] - 70:22
**captain** [2] - 14:21, 56:21
**captains** [1] - 19:3
**Captains** [1] - 19:13
**car** [8] - 49:21, 60:9, 67:20,
83:3, 84:15, 84:19, 85:20,
85:25
**case** [11] - 6:5, 6:14, 6:20,
8:6, 39:10, 46:25, 54:24,
60:22, 62:22, 87:4, 89:4
**Case** [1] - 2:2
**cases** [2] - 4:18, 4:22
**cast** [1] - 2:18

**certify** [2] - 90:7, 90:13
**chance** [3] - 48:17, 52:5, 70:14
**change** [1] - 88:8
**character** [1] - 79:20
**charged** [2] - 2:15, 6:12
**charges** [1] - 87:2
**chat** [1] - 73:22
**chats** [2] - 61:14, 79:3
**City** [1] - 85:17
**clarifies** [1] - 62:8
**clarify** [4] - 2:23, 5:17, 64:9, 75:15
**class** [2] - 75:20, 76:13
**Class** [3] - 7:2, 58:2, 61:8
**classmen** [2] - 14:6, 28:3
**classroom** [1] - 61:14
**Claw** [2] - 70:12, 83:9
**clear** [2] - 59:7, 64:9
**closed** [1] - 3:10
**closing** [2] - 87:13, 87:16
**club** [2] - 6:25, 7:7
**code** [3] - 3:5, 6:18, 89:3
**collection** [3] - 31:12, 68:14, 69:3
**Colpoys** [1] - 7:12
**comfortable** [2] - 65:25, 66:9
**commandant** [5] - 4:13, 4:19, 4:21, 5:6, 89:5
**commence** [1] - 2:14
**commonly** [1] - 45:21
**community** [1] - 61:16
**complete** [1] - 65:12
**completely** [1] - 72:24
**concealed** [6] - 56:6, 56:8, 56:14, 61:22, 63:16, 88:10
**concept** [4] - 3:6, 3:14, 6:10, 6:18
**concerned** [1] - 46:13
**concerning** [4] - 2:24, 5:7, 6:9, 88:20
**concert** [1] - 85:8
**confidence** [2] - 39:17, 40:5
**confident** [6] - 15:25, 28:8, 37:10, 41:3, 51:17, 52:20
**confidently** [2] - 10:17, 45:13
**consequences** [2] - 75:17, 76:11
**consideration** [4] - 4:8, 4:14, 4:17, 88:17
**consistent** [1] - 62:16
**Consumed** [1] - 27:20
**consumed** [4] - 59:10, 61:21, 63:8, 63:16
**consuming** [1] - 69:14
**contact** [1] - 81:20

**container** [2] - 15:19, 50:17
**containers** [17] - 26:13, 35:23, 35:25, 36:5, 50:10, 50:11, 50:13, 50:15, 50:20, 52:17, 56:6, 56:8, 56:14, 56:18, 57:25, 72:21, 86:9
**continue** [1] - 19:11
**contradict** [2] - 45:11, 45:19
**contradicts** [1] - 46:2
**convened** [1] - 2:22
**conversation** [6] - 35:20, 73:24, 77:11, 77:14, 77:16, 77:24
**correct** [9] - 18:3, 20:20, 24:17, 31:6, 33:7, 42:3, 47:6, 57:13, 72:2
**Correct** [5] - 48:14, 51:21, 55:22, 56:16, 57:15
**couple** [2] - 29:7, 72:19
**course** [2] - 3:22, 4:9
**CROOKS** [45] - 34:3, 34:13, 34:23, 35:2, 35:9, 35:12, 35:18, 35:24, 36:3, 36:8, 36:12, 36:17, 36:22, 36:25, 37:6, 37:12, 37:21, 38:4, 38:18, 38:22, 39:4, 39:13, 39:20, 39:25, 40:7, 40:14, 40:23, 41:7, 41:12, 41:16, 41:19, 41:23, 42:4, 42:13, 42:25, 43:9, 43:11, 43:15, 43:19, 44:3, 44:12, 44:21, 45:7, 45:16, 45:23
**Crooks** [8] - 9:12, 10:2, 10:13, 10:21, 34:2, 34:5, 34:10, 60:14
**crowd** [5] - 12:3, 13:10, 20:21, 24:11, 27:4
**cup** [5] - 41:20, 51:2, 69:21, 79:22, 79:24
**cups** [14] - 15:22, 26:8, 26:15, 36:9, 37:9, 41:6, 41:8, 41:15, 60:8, 63:9, 63:12, 63:19, 71:6, 88:12
**CXPF** [1] - 78:11

# D

**deal** [1] - 76:2
**decided** [1] - 20:2
**decision** [6] - 4:14, 4:17, 4:19, 4:22, 5:2, 85:14
**defense** [1] - 5:18
**deferred** [2] - 75:19, 76:13
**definitely** [1] - 79:11
**deliberate** [1] - 88:24
**deliberations** [1] - 3:10
**denied** [2] - 7:17, 8:4
**denies** [1] - 8:9

**depended** [1] - 50:14
**describe** [2] - 13:24, 34:19
**deserved** [1] - 62:18
**details** [4] - 26:9, 30:24, 59:25, 61:11
**determination** [1] - 6:15
**determined** [2] - 63:2, 89:2
**differed** [1] - 43:2
**difference** [1] - 88:13
**different** [3] - 9:8, 22:23, 51:13
**differs** [1] - 42:21
**direct** [2] - 25:2, 29:15, 29:18
**directly** [3] - 39:16, 62:5, 62:6
**discipline** [1] - 5:2
**disclose** [1] - 3:16
**discussed** [2] - 44:7, 44:16, 74:2
**discussion** [2] - 61:13, 77:5
**disenrollment** [4] - 4:20, 4:24, 5:3, 5:10
**dishonest** [1] - 60:24
**Dismissed** [1] - 89:6
**dispose** [2] - 86:9, 86:14
**distinct** [1] - 58:13
**distributed** [2] - 71:21, 84:9
**done** [2] - 64:6, 85:13
**dorm** [1] - 18:16
**down** [2] - 40:15, 80:17
**drank** [2] - 84:19, 86:4
**drink** [6] - 7:17, 16:8, 16:12, 22:23, 79:18, 84:14
**drinking** [45] - 7:19, 7:22, 8:12, 9:17, 9:25, 10:12, 13:3, 14:13, 15:4, 16:14, 18:20, 21:5, 21:11, 21:18, 21:19, 24:25, 29:12, 32:13, 41:4, 41:14, 41:18, 41:20, 51:7, 54:15, 60:9, 61:22, 68:5, 68:9, 68:21, 69:21, 69:25, 70:10, 70:14, 71:10, 72:5, 72:6, 72:14, 72:25, 75:24, 76:15, 76:18, 76:19, 78:25, 83:9, 83:11
**drinks** [4] - 8:22, 73:8, 74:6, 84:7
**drive** [1] - 8:13
**driven** [1] - 49:9
**driver** [1] - 48:9
**drove** [2] - 67:20, 85:11
**drunk** [2] - 59:16, 63:22
**due** [2] - 8:12, 60:20
**duly** [1] - 90:9
**during** [10] - 3:8, 3:10, 4:8, 5:20, 13:7, 14:17, 35:16, 59:13, 59:17, 68:13
**During** [2] - 35:6, 60:3
**duty** [1] - 3:13

# E     2

**early** [2] - 74:21, 85:15
**easy** [1] - 61:9
**either** [3] - 9:2, 59:24, 60:18
**elaborate** [2] - 27:11, 27:17
**encouraged** [1] - 3:16
**encouraging** [1] - 88:6
**end** [1] - 49:15
**ENDORSEMENT** [1] - 1:4
**entirely** [1] - 33:18
**entitled** [1] - 3:8
**especially** [1] - 38:6
**event** [6] - 11:21, 13:4, 13:8, 14:18, 25:17, 35:7
**events** [2] - 75:23, 88:15
**evidence** [10] - 2:23, 2:24, 3:9, 5:17, 6:4, 6:8, 15:3, 75:15, 88:17, 88:20
**exact** [2] - 29:15, 30:16, 62:9
**exactly** [6] - 25:3, 37:16, 40:8, 43:21, 44:23
**examples** [2] - 32:18, 33:4
**except** [1] - 3:9
**excited** [1] - 78:14
**excuse** [1] - 2:20
**excused** [6] - 23:13, 33:24, 46:10, 58:25, 75:12, 88:23
**experience** [1] - 63:12
**explain** [7] - 16:6, 28:15, 30:20, 37:24, 39:8, 51:23, 57:3
**explained** [1] - 9:10
**eye** [1] - 79:12
**eyewitnesses** [1] - 9:8

# F

**face** [1] - 61:3
**fact** [2] - 32:5, 38:7
**factor** [1] - 76:25
**facts** [1] - 6:14
**far** [1] - 77:19
**fear** [1] - 76:24
**feet** [5] - 9:5, 10:25, 11:3, 31:5, 88:4
**felt** [1] - 78:15
**female** [3] - 50:15, 51:14, 53:18
**Ferry** [2] - 78:8, 78:12
**few** [1] - 38:23
**figure** [1] - 77:22
**filled** [1] - 63:20
**final** [1] - 6:14
**first** [8] - 11:6, 20:2, 32:6, 32:8, 54:25, 78:8, 80:10, 83:12

**ON TIME COURT REPORTING**
**516-535-3939**

**First** [1] - 7:2
**firstclassmen** [2] - 14:11, 27:23
**five** [1] - 37:14
**floor** [1] - 54:11
**focus** [1] - 63:10
**food** [1] - 67:8
**foregoing** [1] - 90:10
**Forman** [3] - 33:12, 49:17, 77:25
**former** [3] - 6:25, 7:5, 7:10
**forms** [2] - 78:13, 78:19
**forth** [2] - 19:7, 90:9
**forward** [1] - 87:21
**fourth** [1] - 47:10
**frequent** [1] - 13:15
**frequently** [2] - 13:16, 37:20
**Friday** [1] - 85:4
**fully** [5] - 8:4, 8:8, 10:18, 40:6, 53:13
**Furthermore** [1] - 61:7
**future** [2] - 75:22, 87:23

**G**

**gentlemen** [5] - 2:7, 11:9, 34:5, 47:13, 64:16
**girl** [1] - 80:21
**girls** [10] - 8:17, 9:19, 30:13, 38:25, 39:12, 67:3, 72:19, 74:12, 80:16, 86:19
**girls'** [2] - 9:22, 80:2
**given** [4] - 63:25, 84:12, 87:13, 90:11
**grab** [2] - 81:23, 82:3
**graduate** [2] - 75:20, 76:13
**graduated** [2] - 14:7, 61:2
**greet** [1] - 80:16
**group** [12] - 51:13, 52:3, 52:11, 52:16, 52:18, 55:7, 55:10, 55:23, 61:14, 73:22, 74:14, 82:21
**guarantee** [1] - 49:25
**guaranteed** [1] - 58:9
**guess** [3] - 15:22, 30:11, 42:18
**guilty** [1] - 78:15
**guys** [4] - 12:24, 31:24, 46:22, 82:17

**H**

**half** [1] - 48:9
**harass** [1] - 61:15
**HB0** [1] - 8:3
**HB1** [2] - 8:6, 62:12
**hear** [5] - 2:23, 6:8, 68:3,

**heard** [4] - 68:19, 83:13, 83:17, 88:19
**hearing** [12] - 2:13, 2:22, 4:11, 4:12, 5:20, 5:23, 6:13, 47:15, 55:2, 60:15, 83:6, 83:18
**Heck** [1] - 60:6
**held** [1] - 19:10
**help** [2] - 5:17, 87:21
**hereby** [1] - 90:6
**hereinbefore** [1] - 90:9
**herself** [2] - 49:10
**hindsight** [1] - 61:11
**holding** [1] - 19:21
**honest** [1] - 88:9
**honestly** [4] - 35:3, 36:18, 40:3, 86:12
**HONOR** [1] - 1:4
**honor** [13] - 2:25, 3:2, 3:5, 3:14, 4:10, 5:23, 6:10, 6:17, 47:15, 62:12, 87:2, 88:21, 89:3
**Honor** [13] - 2:8, 2:13, 2:22, 11:11, 34:6, 58:2, 59:6, 62:20, 64:10, 64:18, 65:11, 76:3, 76:20
**hope** [1] - 64:8
**Howe** [2] - 33:12, 78:2

**I**

**ICO** [1] - 1:5
**image** [1] - 23:4
**immediately** [1] - 80:17
**important** [1] - 59:21
**Importantly** [1] - 62:4
**imposed** [1] - 5:11
**imposes** [1] - 5:2
**impression** [1] - 32:25
**Inaudible** [1] - 68:23
**inaudible** [6] - 17:15, 19:20, 43:6, 46:17, 50:18, 80:9
**inaudible)** [4] - 2:4, 18:24, 42:14, 69:12
**incident** [5] - 19:25, 24:5, 29:4, 38:16, 44:2
**included** [3] - 39:9, 60:22, 62:22
**including** [3] - 43:7, 51:8, 60:13
**inconsistent** [1] - 57:5
**incrimination** [1] - 4:5
**indicate** [1] - 57:17
**individually** [1] - 12:12
**individuals** [1] - 60:23
**inform** [1] - 69:24
**information** [4] - 3:17,

**63:25, 66:19, 73:20
**informed** [3] - 60:4, 84:4, 84:5
**initial** [2] - 42:17, 56:21
**initiated** [1] - 62:21
**innocent** [2] - 62:14, 86:25
**inside** [1] - 27:20
**instance** [1] - 20:18
**interact** [2] - 21:16, 80:22
**interacting** [6] - 10:6, 13:8, 15:4, 27:3, 69:7, 87:25
**interaction** [5] - 13:25, 31:10, 48:21, 59:20, 68:25
**interactions** [5] - 9:2, 34:20, 49:6, 59:17, 59:24
**interested** [1] - 90:16
**intermingling** [1] - 37:19
**intermittently** [1] - 16:22
**interpretation** [1] - 60:2
**interview** [11] - 7:8, 8:10, 23:2, 39:16, 42:11, 42:17, 42:19, 42:22, 45:13, 56:22, 60:3
**interviewed** [11] - 22:10, 22:14, 29:5, 38:17, 38:19, 41:25, 42:5, 42:7, 42:14, 57:11, 62:17
**interviews** [9] - 9:7, 59:23, 61:20, 62:7, 88:9
**intoxicated** [1] - 73:6
**introduce** [1] - 5:16
**introduced** [1] - 20:14
**investigated** [1] - 8:7
**investigating** [3] - 4:7, 6:19, 87:11
**INVESTIGATING** [1] - 6:22
**INVESTIGATION** [1] - 87:15
**investigation** [1] - 4:9
**involved** [2] - 21:16, 65:22
**involvement** [5] - 7:15, 9:11, 43:25, 76:16, 83:6
**issued** [1] - 61:7
**issues** [1] - 60:21
**itself** [1] - 62:8

**J**

**Jablonowski** [10] - 7:11, 17:17, 18:9, 18:14, 20:5, 42:3, 42:8, 56:24, 65:15, 65:21
**Javonalsi** [1] - 60:5
**Javonalski's** [1] - 42:16
**jeopardize** [1] - 75:21
**jokes** [1] - 61:14

**K**

**keep** [1] - 83:4
**keeping** [1] - 79:11
**kind** [7] - 12:8, 12:21, 12:23, 15:18, 18:23, 19:20, 27:7
**knowing** [1] - 7:18
**knowledge** [2] - 19:8, 61:25
**known** [2] - 61:12, 62:3
**KOVACKS** [33] - 23:16, 23:23, 24:8, 24:14, 24:18, 24:22, 25:7, 25:12, 25:18, 25:24, 26:3, 26:7, 26:16, 26:21, 27:6, 27:12, 27:18, 27:25, 28:12, 28:16, 29:6, 29:17, 29:23, 30:10, 30:15, 30:22, 31:7, 31:13, 32:3, 32:15, 32:22, 33:8, 33:13
**Kovacks** [12] - 9:12, 9:20, 10:2, 10:13, 10:20, 23:15, 23:17, 23:20, 24:5, 54:13, 60:13, 68:13

**L**

**ladies** [5] - 2:6, 11:9, 34:4, 47:13, 64:16
**last** [10] - 14:7, 44:8, 44:17, 46:19, 46:25, 56:2, 62:24, 63:10, 80:5, 87:2
**lead** [1] - 59:11
**leader** [2] - 78:5, 87:22
**leading** [1] - 59:25
**learn** [1] - 61:23
**learned** [1] - 87:20
**least** [2] - 37:13, 69:18
**leave** [2] - 78:19, 85:15
**leaving** [1] - 85:9
**left** [2] - 49:8, 77:7
**less** [2] - 4:19, 5:3
**lie** [5] - 18:19, 20:7, 64:8, 75:22, 75:23
**lied** [2] - 19:24, 20:9
**line** [1] - 40:22
**lines** [2] - 79:19, 80:24
**listed** [1] - 76:14
**located** [1] - 10:25
**look** [1] - 40:20
**looking** [1] - 13:18
**Lying** [1] - 7:3
**lying** [6] - 2:16, 3:2, 6:12, 6:24, 7:5, 76:15

**M**

**ma'am** [1] - 17:21
**maintain** [1] - 18:19

**maintains** [1] - 62:15
**manner** [1] - 59:10
**Marie's** [1] - 67:8
**MARINE** [1] - 1:2
**marriage** [1] - 90:15
**matter** [1] - 90:16
**matters** [1] - 5:8
**mean** [9] - 13:18, 15:2, 16:24, 40:2, 77:2, 79:7, 81:2, 82:23, 83:3
**meet** [7] - 19:2, 43:14, 43:18, 65:12, 65:17, 65:22, 78:16
**meeting** [5] - 19:10, 44:7, 44:16, 45:3, 66:12
**member** [3] - 2:17, 6:10, 57:6
**MEMBER** [119] - 11:20, 12:2, 12:7, 12:14, 13:2, 13:7, 13:14, 13:20, 13:23, 14:12, 14:16, 14:22, 15:6, 15:13, 15:18, 15:24, 16:5, 16:10, 16:17, 24:4, 24:10, 24:15, 24:19, 25:5, 25:9, 25:15, 25:20, 25:22, 26:2, 26:5, 26:12, 26:18, 27:2, 27:9, 27:15, 27:22, 28:7, 28:14, 31:15, 34:18, 34:25, 35:6, 35:10, 35:14, 35:22, 36:2, 36:4, 36:10, 36:13, 36:19, 36:24, 37:3, 37:7, 37:17, 37:23, 46:11, 47:3, 47:8, 47:25, 48:10, 48:15, 48:20, 49:4, 49:19, 50:3, 50:7, 50:9, 50:19, 50:24, 51:16, 51:22, 52:4, 52:9, 52:19, 53:5, 53:9, 53:15, 70:9, 70:13, 70:17, 70:20, 71:5, 71:12, 71:16, 71:20, 71:24, 72:4, 72:11, 72:22, 73:9, 73:14, 73:19, 74:7, 74:17, 74:22, 75:16, 76:6, 76:10, 77:4, 77:10, 78:3, 78:22, 79:25, 81:4, 81:10, 82:7, 82:12, 82:16, 82:19, 83:7, 83:19, 83:24, 84:13, 84:20, 85:19, 85:24, 86:5, 86:8, 86:16
**members** [19] - 8:20, 11:18, 14:13, 17:8, 17:10, 24:2, 28:21, 28:23, 34:16, 38:10, 47:23, 53:20, 59:6, 70:7, 75:8, 75:13, 87:8, 88:23, 89:2
**memory** [2] - 37:8, 58:13
**men** [1] - 22:9
**men's** [14] - 8:20, 9:2, 9:6, 9:9, 10:6, 11:4, 12:20, 17:18, 21:14, 21:22, 51:9, 60:20, 63:7, 78:14
**mention** [3] - 54:8, 55:4,

79:21
**mentioned** [8] - 15:25, 27:10, 27:16, 28:8, 29:13, 51:17, 55:19, 77:18
**MERCHANT** [1] - 1:2
**merged** [1] - 12:21
**mess** [1] - 76:2
**message** [1] - 85:5
**met** [5] - 7:12, 7:23, 20:13, 43:19, 65:20
**MIC** [4] - 64:7, 78:7, 78:21, 85:3
**MIDSHIPMAN** [328] - 1:5, 2:5, 5:14, 6:2, 6:6, 11:8, 11:16, 11:23, 12:5, 12:11, 12:18, 13:5, 13:12, 13:17, 13:21, 14:3, 14:14, 14:19, 14:25, 15:9, 15:16, 15:21, 16:4, 16:7, 16:11, 16:23, 17:14, 17:20, 17:22, 18:4, 18:5, 18:8, 18:11, 18:13, 18:18, 18:22, 18:25, 19:5, 19:9, 19:12, 19:16, 19:18, 19:23, 20:6, 20:8, 20:10, 20:12, 20:15, 20:16, 20:22, 21:2, 21:4, 21:7, 21:13, 21:21, 21:24, 22:4, 22:6, 22:8, 22:12, 22:18, 22:21, 22:25, 23:6, 23:8, 23:16, 23:23, 24:8, 24:14, 24:18, 24:22, 25:7, 25:12, 25:18, 25:24, 26:3, 26:7, 26:16, 26:21, 27:6, 27:12, 27:18, 27:25, 28:12, 28:16, 29:3, 29:6, 29:9, 29:17, 29:20, 29:23, 30:4, 30:10, 30:12, 30:15, 30:19, 30:22, 31:2, 31:7, 31:8, 31:13, 31:22, 32:3, 32:11, 32:15, 32:17, 32:22, 33:5, 33:8, 33:9, 33:13, 33:20, 34:3, 34:13, 34:23, 35:2, 35:9, 35:12, 35:18, 35:24, 36:3, 36:8, 36:12, 36:17, 36:22, 36:25, 37:6, 37:12, 37:21, 38:4, 38:15, 38:18, 38:20, 38:22, 38:24, 39:4, 39:7, 39:13, 39:15, 39:20, 39:22, 39:25, 40:4, 40:7, 40:10, 40:14, 40:19, 40:23, 40:25, 41:7, 41:10, 41:12, 41:13, 41:16, 41:17, 41:19, 41:21, 41:23, 41:24, 42:4, 42:12, 42:13, 42:15, 42:25, 43:5, 43:9, 43:10, 43:11, 43:13, 43:15, 43:17, 43:19, 43:24, 44:3, 44:5, 44:12, 44:14, 44:21, 44:24, 45:7, 45:10, 45:16, 45:18, 45:23, 46:5, 46:18, 47:7, 47:12, 47:20, 48:5,

48:13, 48:18, 48:24, 49:7, 49:23, 50:5, 50:8, 50:12, 50:22, 50:25, 51:5, 51:10, 51:20, 51:25, 52:7, 52:13, 52:23, 53:7, 53:12, 53:17, 53:24, 54:3, 54:5, 54:9, 54:12, 54:20, 54:22, 55:8, 55:11, 55:13, 55:15, 55:17, 55:18, 55:21, 55:24, 56:3, 56:4, 56:9, 56:11, 56:15, 56:19, 56:25, 57:2, 57:8, 57:10, 57:14, 57:16, 57:23, 58:5, 58:7, 58:10, 58:17, 58:20, 59:5, 64:15, 64:21, 65:2, 65:6, 65:9, 65:10, 65:14, 65:16, 65:18, 66:4, 66:7, 66:11, 66:15, 66:23, 66:25, 67:5, 67:7, 67:10, 67:12, 67:14, 67:18, 67:22, 67:25, 68:2, 68:6, 68:11, 68:15, 68:18, 68:22, 68:24, 69:4, 69:6, 69:9, 69:13, 69:16, 69:20, 69:22, 69:23, 70:2, 70:3, 70:11, 70:15, 70:18, 70:24, 71:7, 71:15, 71:18, 71:23, 72:3, 72:7, 72:16, 73:2, 73:13, 73:16, 73:23, 74:11, 74:20, 74:25, 76:4, 76:7, 76:22, 77:8, 77:13, 78:6, 79:5, 80:3, 81:7, 81:12, 82:10, 82:14, 82:18, 82:22, 83:10, 83:22, 84:3, 84:16, 84:23, 85:22, 86:3, 86:7, 86:11, 86:22, 87:6, 87:17
**midshipman** [3] - 3:15, 6:11, 75:21
**Midshipman** [219] - 2:3, 2:7, 2:15, 2:21, 3:7, 6:16, 6:23, 7:2, 7:4, 7:6, 7:9, 7:10, 7:11, 7:12, 7:13, 7:16, 7:20, 7:21, 7:23, 7:25, 8:2, 8:3, 8:5, 8:8, 8:10, 8:13, 8:14, 8:15, 8:18, 8:21, 8:23, 9:4, 9:10, 9:11, 9:12, 9:13, 9:14, 9:15, 9:16, 9:17, 9:20, 9:21, 9:23, 9:25, 10:2, 10:3, 10:4, 10:5, 10:9, 10:10, 10:11, 10:12, 10:13, 10:14, 10:15, 10:16, 10:18, 10:20, 10:21, 10:22, 10:23, 10:24, 11:7, 11:10, 11:13, 11:22, 13:9, 16:2, 17:12, 17:16, 17:24, 18:6, 18:9, 19:3, 19:4, 20:3, 20:4, 21:9, 22:20, 22:20, 23:3, 23:11, 23:15, 23:17, 23:20, 24:4, 24:6, 24:16, 26:19, 28:9, 28:25, 29:5, 29:10, 31:18, 33:11, 33:12, 34:2, 34:5, 34:10, 34:20, 35:7, 36:14, 37:25, 38:13,

38:21, 39:10, 39:17, 39:23, 40:5, 42:2, 42:3, 42:5, 42:8, 42:16, 42:23, 43:8, 43:12, 44:6, 44:9, 44:11, 44:15, 44:18, 44:20, 45:12, 45:20, 45:25, 46:3, 46:8, 47:11, 47:14, 47:17, 47:25, 48:22, 49:17, 50:16, 51:12, 51:18, 52:10, 52:12, 52:15, 52:16, 52:21, 53:8, 53:22, 54:6, 54:13, 55:19, 56:20, 56:22, 56:23, 57:3, 57:12, 57:19, 57:20, 58:23, 59:2, 59:22, 60:4, 60:5, 60:6, 60:12, 60:13, 61:5, 62:4, 62:11, 62:19, 62:24, 64:13, 64:17, 64:23, 65:4, 65:13, 65:15, 65:20, 65:21, 65:25, 66:6, 66:21, 67:3, 67:13, 67:19, 68:13, 70:5, 70:21, 71:25, 72:12, 73:17, 74:8, 75:14, 77:6, 77:11, 77:18, 77:25, 78:8, 78:12, 80:12, 81:5, 81:8, 82:8, 83:5, 83:7, 83:14, 83:16, 84:11, 84:17, 84:18, 85:6, 86:18, 86:24, 87:12, 88:22, 88:25
**Midshipman's** [1] - 64:13
**midshipmen** [2] - 67:15, 79:13
**might** [2] - 3:17, 17:3
**Mine** [1] - 50:25
**miss** [1] - 30:23
**mistakes** [1] - 87:20
**Mitchell** [8] - 8:14, 44:6, 44:11, 44:15, 44:20, 45:25, 66:6, 84:18
**Mitchell's** [1] - 85:6
**MODERATOR** [32] - 2:2, 2:10, 5:15, 6:3, 6:7, 11:5, 11:12, 11:17, 17:7, 23:10, 23:19, 23:25, 28:20, 33:22, 34:8, 34:15, 38:9, 46:7, 47:9, 47:16, 47:22, 53:19, 58:22, 64:11, 64:19, 64:23, 65:3, 70:5, 75:7, 83:4, 87:7, 88:18
**moment** [1] - 64:2
**month** [4] - 29:8, 38:23, 42:24, 63:4
**months** [1] - 16:24
**Moore** [4] - 64:14, 64:17, 64:24, 77:18
**MOORE** [39] - 64:15, 64:21, 65:2, 65:9, 65:14, 65:18, 66:7, 66:15, 66:25, 67:7, 67:12, 67:18, 67:25, 68:6, 68:15, 68:22, 69:4, 69:9, 69:16, 69:22, 70:2, 70:11, 70:15, 70:18, 70:24, 71:7, 71:15, 71:18, 71:23, 72:3,

72:7, 72:16, 73:2, 73:13, 73:16, 73:23, 74:11, 74:20, 74:25
**moral** [1] - 2:19
**morning** [3] - 65:19, 66:22, 78:10
**Most** [1] - 59:16
**most** [5] - 21:25, 22:2, 74:12, 82:13, 82:21
**mostly** [2] - 12:20, 75:5
**move** [1] - 87:21
**movement** [4] - 6:25, 7:7, 61:19, 63:5
**Muehlbauer** [17] - 7:2, 7:6, 7:9, 7:20, 7:25, 8:5, 18:10, 18:15, 20:4, 42:2, 42:6, 42:7, 56:23, 57:19, 60:5, 62:11, 83:15
**Muehlbauer's** [2] - 17:25, 18:7
**multiple** [1] - 19:24

## N

**naive** [1] - 63:24
**Nass** [1] - 84:11
**nature** [2] - 13:24, 34:19
**need** [1] - 31:17
**needed** [3] - 75:15, 81:20, 82:2
**never** [23] - 11:24, 21:19, 38:19, 42:6, 42:10, 59:8, 59:22, 60:17, 61:7, 62:5, 62:8, 63:2, 63:19, 63:21, 79:23, 81:8, 83:13, 83:15, 83:16, 83:17, 84:5, 87:5
**New** [1] - 90:6
**new** [2] - 2:23, 5:16
**next** [2] - 46:12, 68:12
**night** [3] - 36:21, 74:9, 85:18
**nobody** [1] - 73:5
**Notary** [1] - 90:5
**note** [2] - 40:15, 59:21
**nothing** [5] - 45:2, 72:10, 73:4, 79:3, 80:25
**notify** [1] - 32:13
**number** [1] - 30:16

## O

**observed** [1] - 59:15
**obvious** [3] - 20:24, 38:5, 73:7
**Obviously** [1] - 13:22
**occur** [1] - 5:20
**occurred** [2] - 7:3, 42:24
**October** [1] - 1:9

**OF** [1] - 1:4
**offense** [2] - 8:4, 75:18
**offer** [1] - 37:4
**offered** [4] - 9:14, 25:6, 36:11, 71:13
**offering** [2] - 83:20, 84:6
**OFFICER** [2] - 6:22, 87:15
**officer** [3] - 4:8, 6:19, 87:12
**official** [2] - 42:11, 42:18
**officially** [2] - 38:19, 42:6
**often** [2] - 26:18, 42:9
**old** [2] - 2:24, 56:20
**OLGA** [3] - 1:23, 90:5, 90:21
**one** [17] - 11:15, 22:19, 23:22, 34:12, 34:14, 37:13, 47:19, 47:21, 58:2, 64:25, 71:10, 73:3, 78:23, 79:16, 84:3, 84:4, 85:11
**online** [1] - 61:15
**open** [3] - 41:9, 50:10, 57:24, 59:25, 81:22
**opened** [1] - 87:5
**opening** [7] - 6:21, 11:14, 23:21, 34:11, 47:18, 59:3, 64:25
**opportunity** [3] - 8:2, 17:23, 47:5
**opt** [1] - 3:18
**order** [1] - 19:10
**ordered** [5] - 11:11, 23:18, 34:7, 47:15, 64:18
**organize** [1] - 78:5
**origin** [1] - 62:25
**outcome** [1] - 90:16
**outside** [1] - 71:14
**own** [4] - 49:11, 56:2, 67:20, 79:8

## P

**package** [1] - 62:23
**packet** [2] - 47:2, 54:24
**paper** [2] - 40:16, 40:21
**part** [4] - 5:5, 82:21, 85:2, 85:15
**partially** [1] - 37:10
**participation** [1] - 58:4
**parties** [1] - 90:14
**party** [1] - 49:18
**pass** [1] - 8:16
**passed** [3] - 25:23, 26:8, 26:11
**Passed** [1] - 27:20
**passing** [2] - 9:18, 35:19
**past** [1] - 78:17
**people** [12] - 12:16, 13:16, 15:3, 22:7, 37:14, 51:8, 72:5, 73:21, 75:2, 76:17, 76:23,

88:12, 88:14
**per** [1] - 52:5
**Per** [1] - 13:13
**percent** [1] - 45:5
**person** [2] - 19:6, 30:21
**personal** [2] - 63:11, 79:8
**personally** [2] - 59:14, 86:14
**perspective** [1] - 28:13
**phone** [16] - 14:17, 14:23, 16:25, 29:12, 31:12, 35:8, 35:11, 35:21, 36:16, 55:4, 68:13, 69:3, 72:2, 80:21, 81:5, 81:9
**phone's** [1] - 81:16
**phones** [38] - 9:22, 9:24, 15:12, 16:19, 17:3, 24:17, 24:21, 24:24, 25:10, 25:11, 25:14, 25:16, 26:22, 28:18, 30:6, 30:14, 31:23, 32:5, 32:24, 33:7, 38:18, 52:25, 53:3, 53:6, 54:15, 68:4, 68:7, 68:17, 68:20, 80:2, 80:11, 80:18, 80:19, 81:13, 81:17, 81:21, 81:23, 82:3
**phrasing** [1] - 30:7
**physical** [1] - 40:21
**physically** [1] - 15:14
**piece** [2] - 40:16, 40:21
**place** [9] - 11:21, 18:20, 19:15, 20:19, 28:10, 32:14, 32:20, 42:20, 60:9
**placed** [1] - 61:24
**placing** [1] - 88:3
**play** [3] - 74:15, 74:23, 88:6
**played** [3] - 8:19, 69:5, 83:2
**players** [1] - 21:23
**playing** [7] - 8:24, 12:23, 26:25, 69:8, 69:10, 82:15, 86:23
**PLEBE** [1] - 1:5
**plebe** [11] - 8:17, 9:19, 9:22, 30:13, 38:25, 65:7, 72:19, 74:12, 74:14, 80:2, 86:19
**plebes** [17] - 17:17, 22:7, 22:9, 48:4, 48:6, 48:9, 49:13, 60:10, 65:22, 67:2, 67:23, 69:12, 75:21, 78:11, 79:12, 84:10, 88:2
**plebes'** [4] - 25:10, 25:14, 53:2, 80:21
**PO** [1] - 65:12
**PO's** [1] - 43:7
**point** [9] - 21:10, 32:12, 42:10, 54:16, 58:11, 59:15, 69:24, 73:6, 75:4
**poorly** [1] - 30:8
**possible** [2] - 44:22, 88:20
**post** [1] - 29:15

**pour** [1] - 56:18
**Poured** [1] - 36:8
**poured** [5] - 15:14, 15:19, 36:6, 69:18, 79:24
**practice** [1] - 32:7
**prejudice** [1] - 61:16
**present** [19] - 3:3, 3:8, 6:20, 11:14, 23:21, 27:23, 34:11, 38:25, 47:18, 56:21, 59:3, 60:11, 60:14, 64:24, 65:7, 67:2, 67:15, 71:6, 87:25
**presentation** [1] - 3:9
**presented** [1] - 6:8
**pretty** [6] - 19:14, 20:24, 37:20, 38:5, 74:19, 74:21
**previously** [1] - 61:6
**problem** [1] - 28:5
**procedural** [1] - 5:8
**procedures** [2] - 5:19, 5:23
**proceeding** [1] - 3:22
**proceedings** [1] - 3:24
**process** [2] - 60:4, 60:25
**procure** [1] - 84:21
**protest** [1] - 4:10
**PTU** [1] - 33:15
**Public** [2] - 1:24, 90:5
**punishment** [1] - 62:18
**punishments** [1] - 76:14
**purchase** [1] - 60:17
**purchased** [5] - 33:10, 33:14, 67:11, 67:16, 84:24
**purpose** [1] - 6:12
**purposes** [1] - 63:13
**put** [6] - 26:14, 56:7, 56:13, 70:23, 76:17, 81:21

## Q

**questioning** [1] - 59:13
**questions** [30] - 5:22, 17:9, 17:11, 23:5, 23:9, 23:12, 28:22, 28:24, 31:17, 31:20, 33:21, 33:23, 38:11, 38:13, 44:10, 44:19, 45:6, 46:6, 46:9, 53:20, 53:22, 58:21, 58:24, 70:4, 70:6, 75:9, 75:11, 75:14, 87:9, 87:11
**quite** [1] - 17:6, 22:13
**quote** [2] - 25:2, 29:19

## R

**Ramsden** [12] - 8:15, 9:14, 9:17, 52:12, 55:14, 55:20, 61:5, 75:4, 82:8, 84:18, 86:18, 86:24
**RAPTIS** [3] - 1:23, 90:5, 90:21

**read** [4] - 29:11, 40:12, 40:16, 40:22

**readily** [1] - 81:19

**reading** [1] - 80:5

**really** [16] - 13:18, 25:3, 32:6, 33:3, 35:3, 35:4, 43:2, 48:7, 58:18, 66:16, 72:20, 75:6, 77:2, 78:14, 78:15, 80:11

**reason** [4] - 24:24, 28:17, 63:18, 83:25

**reasonable** [1] - 62:2

**reasoning** [2] - 14:23, 53:10

**reasons** [1] - 85:11

**received** [3] - 7:21, 62:18, 85:5

**recognize** [1] - 13:11

**recollection** - 13:13, 14:4

**RECOMMENDATION** [1] - 1:4

**reconsider** [2] - 4:22, 4:25

**record** [1] - 90:11

**Red** [1] - 15:21

**red** [12] - 26:8, 26:14, 37:8, 41:5, 41:15, 60:7, 63:9, 69:21, 71:6, 79:21, 79:24, 88:12

**reference** [1] - 6:24

**references** [1] - 61:4

**referred** [2] - 4:23, 89:5

**referring** [1] - 77:15

**reflect** [1] - 87:18

**regarding** [3] - 5:22, 19:25, 44:2

**regiment** [1] - 6:11

**reiterate** [1] - 29:14

**related** [3] - 6:4, 59:18, 90:14

**relevant** [1] - 3:16

**remain** [1] - 4:3

**remember** [38] - 25:13, 26:10, 26:17, 28:6, 29:25, 30:2, 30:16, 31:14, 31:24, 35:13, 37:16, 39:5, 40:9, 40:24, 43:21, 44:4, 44:22, 49:2, 49:24, 50:2, 51:4, 52:5, 52:8, 53:13, 58:8, 66:12, 66:16, 66:17, 68:8, 68:9, 69:11, 71:8, 71:11, 75:3, 77:5, 82:5, 82:24, 86:13

**Remember** [1] - 3:12

**remind** [1] - 31:16

**reminded** [1] - 3:25

**removed** [1] - 88:3

**repeat** [3] - 18:12, 27:13, 40:2

**report** [5] - 7:21, 17:23, 18:2, 18:6, 41:11

**reported** [3] - 18:9, 18:14, 18:21

**Reporter/Notary** [1] - 1:24

**reporting** [2] - 2:8, 11:10, 23:18, 34:6, 47:14

**reports** [1] - 63:2

**representative** [1] - 4:11

**request** [3] - 4:21, 4:24, 62:23

**requested** [1] - 2:9

**respect** [1] - 7:6

**response** [2] - 49:13, 56:10

**responsibility** [1] - 2:20

**rest** [1] - 71:4

**restate** [1] - 76:5

**result** [1] - 76:20

**resulted** [1] - 75:25

**retrospect** [1] - 63:23

**ridden** [1] - 87:23

**rights** [3] - 4:2, 5:13, 5:23

**ROBERTSON** [29] - 11:23, 12:5, 12:11, 12:18, 13:5, 13:12, 13:17, 13:21, 14:3, 14:14, 14:19, 14:25, 15:9, 15:16, 15:21, 16:4, 16:7, 16:11, 16:23, 17:20, 18:4, 18:8, 18:13, 18:22, 19:5, 19:18, 20:6, 20:10, 20:15

**Robertson** [7] - 10:3, 10:9, 10:14, 11:7, 11:10, 11:13, 83:8

**ROBERTSON** [11] - 11:8, 11:16, 19:12, 20:22, 21:4, 21:13, 21:24, 22:6, 22:12, 22:21, 23:6

**rode** [2] - 49:3, 49:15

**role** [5] - 48:2, 48:7, 64:7, 78:4, 78:20

**RONZONI** [132] - 1:5, 2:5, 5:14, 6:2, 6:6, 17:14, 17:22, 18:5, 18:11, 18:18, 18:25, 19:9, 19:16, 19:23, 20:8, 20:12, 20:16, 21:2, 21:7, 21:21, 22:4, 22:8, 22:18, 22:25, 23:8, 29:3, 29:9, 29:20, 30:4, 30:12, 30:19, 31:2, 31:8, 31:22, 32:11, 32:17, 33:5, 33:9, 33:20, 38:15, 38:20, 38:24, 39:7, 39:15, 39:22, 40:4, 40:10, 40:19, 40:25, 41:10, 41:13, 41:17, 41:21, 41:24, 42:12, 42:15, 43:5, 43:10, 43:13, 43:17, 43:24, 44:5, 44:14, 44:24, 45:10, 45:18, 46:5, 46:18, 47:7, 53:24, 54:5, 54:12, 54:22, 55:11, 55:15, 55:18, 55:24, 56:4, 56:11, 56:19, 57:2, 57:10, 57:16, 58:5, 58:10, 58:20, 59:5,

65:6, 65:10, 65:16, 66:4, 66:11, 66:23, 67:5, 67:10, 67:14, 67:22, 68:2, 68:11, 68:18, 68:24, 69:6, 69:13, 69:20, 69:23, 70:3, 76:4, 76:7, 76:22, 77:8, 77:13, 78:6, 79:5, 80:3, 81:7, 81:12, 82:10, 82:14, 82:18, 82:22, 83:10, 83:22, 84:3, 84:16, 84:23, 85:22, 86:3, 86:7, 86:11, 86:22, 87:6, 87:17

**Ronzoni** [65] - 2:4, 2:7, 2:15, 2:21, 3:7, 6:16, 6:23, 7:4, 7:13, 7:16, 7:22, 7:23, 8:2, 8:4, 8:8, 8:11, 8:13, 8:18, 8:21, 8:24, 9:4, 9:21, 9:23, 10:5, 10:11, 10:18, 10:24, 11:22, 13:10, 16:2, 17:12, 24:6, 24:16, 26:20, 28:9, 28:25, 34:21, 35:7, 36:14, 37:25, 38:13, 39:18, 40:5, 48:22, 50:16, 51:12, 51:18, 52:10, 52:15, 52:16, 52:21, 53:8, 53:22, 59:2, 65:4, 70:6, 70:21, 71:25, 72:12, 74:8, 75:3, 75:14, 87:12, 88:22, 88:25

**Ronzoni's** [2] - 9:11, 83:5

**room** [3] - 17:24, 17:25, 18:7

**roughly** [2] - 22:5, 39:3

**round** [1] - 82:25

**ruled** [1] - 61:9

## S

**Sammons** [1] - 67:19

**sanction** [1] - 5:11

**Saturday** [2] - 78:10, 85:6

**saw** [16] - 8:21, 12:3, 13:22, 20:23, 24:11, 26:7, 26:19, 26:23, 35:18, 63:19, 70:21, 79:21, 79:23, 80:15, 83:8, 84:5

**Schineller** [3] - 7:11, 56:20, 57:4

**school** [1] - 75:18

**seated** [6] - 2:11, 11:13, 23:20, 34:9, 47:17, 64:20

**second** [2] - 23:15, 57:11

**secondclassmen** [1] - 14:10

**Secretary** [1] - 5:9

**secure** [1] - 79:12

**see** [16] - 13:9, 13:15, 15:14, 20:21, 26:13, 27:2, 35:4, 35:15, 35:22, 36:4, 37:9, 59:15, 69:7, 71:5, 74:7, 79:19

**seeing** [1] - 71:8

**selected** [1] - 4:11

**self** [1] - 4:5

**self-incrimination** [1] - 4:5

**sense** [1] - 79:14

**separate** [1] - 27:8

**separately** [1] - 85:12

**September** [1] - 57:12

**set** [6] - 9:5, 10:24, 11:2, 11:4, 19:14, 90:9

**setback** [1] - 4:20

**setup** [1] - 9:6

**severity** [2] - 75:17, 76:11

**share** [1] - 66:2

**sharing** [2] - 65:25, 66:9

**shortcomings** [1] - 87:19

**show** [1] - 23:4

**side** [2] - 21:15, 21:17

**signed** [2] - 40:18, 78:20

**silence** [1] - 3:19

**silent** [1] - 4:3

**sitting** [6] - 30:13, 37:15, 67:23, 68:12, 72:18, 80:14

**situation** [14] - 8:23, 10:19, 16:3, 16:15, 38:2, 39:19, 40:6, 43:20, 45:15, 45:22, 51:19, 58:3, 61:10, 62:9

**six** [1] - 9:8

**slower** [1] - 76:8

**soccer** [2] - 6:24, 7:7, 8:17, 8:20, 9:3, 9:6, 9:9, 9:15, 9:19, 9:22, 10:7, 11:2, 11:4, 12:20, 12:21, 12:23, 14:11, 17:18, 21:14, 21:22, 22:9, 24:9, 31:6, 34:21, 34:24, 51:6, 57:6, 69:17, 87:24

**socialize** [2] - 30:9, 31:25

**Solmos** [25] - 22:11, 22:20, 23:3, 29:5, 29:10, 38:21, 39:11, 39:24, 42:23, 43:8, 45:12, 45:20, 46:3, 54:6, 57:12, 57:20, 59:22, 60:7, 62:5, 62:19, 65:13, 65:20, 66:2, 66:21, 83:16

**Solo** [16] - 15:22, 26:8, 26:14, 36:9, 37:8, 41:5, 41:8, 41:15, 41:20, 60:7, 63:9, 69:21, 71:6, 79:21, 79:24, 88:12

**Someone** [1] - 52:12

**sorry** [7] - 27:13, 30:7, 38:21, 71:19, 81:3, 84:10, 85:23

**Sorry** [3] - 18:11, 44:13, 76:8

**sort** [3] - 18:24, 19:21, 79:4

**specific** [5] - 20:17, 21:20, 32:18, 33:3, 59:23

**specifically** [6] - 51:2,

52:11, 58:18, 66:5, 75:2, 79:17

**specifics** [1] - 66:13
**specified** [2] - 53:14, 61:20
**staff** [3] - 3:3, 46:16, 65:12
**stands** [2] - 6:23, 7:5
**start** [1] - 62:13
**state** [3] - 20:3, 81:16, 84:14
**State** [1] - 90:6
**statement** [28] - 4:7, 4:13, 4:15, 5:5, 6:21, 11:14, 21:9, 23:21, 23:24, 24:23, 29:10, 31:3, 34:11, 40:12, 40:13, 41:2, 45:12, 45:20, 47:18, 54:2, 55:5, 57:4, 58:15, 59:4, 62:15, 64:25, 83:13, 87:16
**statements** [10] - 3:21, 46:23, 46:24, 60:12, 60:23, 62:22, 63:3, 76:17, 86:17, 87:14
**STATES** [1] - 1:2
**stay** [2] - 17:18, 82:17
**still** [3] - 62:15, 64:3, 79:9
**stop** [3] - 67:6, 73:11, 77:17
**stopped** [3] - 48:11, 67:8, 67:9
**stopping** [2] - 74:2, 74:4
**story** [10] - 18:2, 18:17, 19:11, 19:14, 19:15, 19:17, 19:19, 22:22, 42:16, 57:5
**straight** [1] - 54:23
**struggle** [1] - 64:3
**stuck** [1] - 77:21
**stuff** [2] - 12:16, 80:5
**stupid** [1] - 85:14
**subject** [1] - 61:13
**subjected** [1] - 4:4
**submit** [5] - 4:6, 4:12, 4:15, 5:5, 8:3
**submitted** [3] - 8:5, 22:19, 78:19
**sudden** [1] - 54:18
**summary** [1] - 6:20
**Sunday** [4] - 7:13, 7:24, 17:15, 42:20
**superintendent** [4] - 4:16, 4:23, 4:25, 5:7
**supplied** [1] - 59:9
**supposed** [3] - 62:9, 78:18, 85:16
**suspicious** [1] - 63:19
**sworn** [1] - 90:9

---

**T**

---

**talks** [1] - 78:25
**Tallini** [6] - 10:4, 10:10, 10:15, 10:22, 19:3, 80:12

**tanned** [1] - 82:23
**team** [40] - 6:25, 7:7, 8:20, 9:6, 11:2, 11:4, 12:13, 12:20, 14:11, 14:13, 14:21, 17:18, 19:2, 21:14, 21:22, 22:3, 22:10, 24:9, 26:24, 31:6, 34:22, 34:24, 39:2, 50:15, 51:6, 51:11, 51:14, 53:16, 53:18, 56:20, 57:7, 59:20, 59:24, 60:20, 60:21, 61:19, 63:4, 63:7, 78:14, 88:7
**teammates** [1] - 88:4
**teams** [5] - 9:3, 9:9, 10:7, 12:21, 21:25
**tent** [1] - 82:17
**Tent** [1] - 82:18
**terrible** [1] - 79:9
**testify** [4] - 3:11, 3:18, 3:21, 64:14
**testimony** [2] - 90:8, 90:11
**text** [2] - 44:8, 44:17
**texting** [2] - 19:7, 73:21
**THE** [32] - 2:2, 2:10, 5:15, 6:3, 6:7, 11:5, 11:12, 11:17, 17:7, 23:10, 23:19, 23:25, 28:20, 33:22, 34:8, 34:15, 38:9, 46:7, 47:9, 47:16, 47:22, 53:19, 58:22, 64:11, 64:19, 64:23, 65:3, 70:5, 75:7, 83:4, 87:7, 88:18
**themselves** [1] - 36:7
**therefore** [1] - 61:3
**Therefore** [2] - 3:15, 89:4
**third** [1] - 34:2
**thirdclassmen** [1] - 28:2
**throughout** [10] - 16:22, 20:19, 31:11, 32:12, 32:21, 35:15, 48:22, 60:25, 69:2, 74:9
**Throughout** [1] - 23:2
**tickets** [1] - 85:8
**timeframe** [1] - 17:6
**TM** [32] - 17:16, 18:15, 19:2, 20:13, 20:20, 21:23, 27:10, 27:16, 27:19, 27:21, 28:5, 31:11, 32:12, 32:21, 35:15, 41:14, 42:21, 43:23, 48:3, 49:9, 59:20, 60:19, 65:8, 66:24, 67:24, 69:2, 74:10, 74:18, 78:4, 78:5, 78:9, 84:8
**today** [1] - 57:19, 57:22, 60:15, 64:10
**together** [3] - 12:22, 49:22, 69:5
**took** [29] - 9:21, 11:21, 17:3, 18:20, 24:16, 24:20, 24:23, 25:16, 26:22, 28:17, 30:6, 30:14, 31:23, 35:11, 35:21, 36:16, 38:8, 42:20, 53:5, 53:11, 54:14, 55:3,

60:9, 68:6, 68:16, 72:2, 80:6, 80:19, 81:8
**topic** [1] - 81:16
**towel** [2] - 81:24, 88:3
**train** [1] - 85:17
**training** [1] - 78:10
**Transcribed** [1] - 1:22
**transcript** [1] - 90:10
**TRANSCRIPTION** [1] - 1:8
**trial** [2] - 56:2, 63:11
**true** [5] - 33:19, 45:8, 68:12, 86:2, 90:10
**truth** [1] - 20:3
**try** [1] - 76:25
**trying** [1] - 30:23
**turn** [1] - 78:13
**twice** [1] - 16:18
**two** [3] - 39:9, 49:5, 60:25
**type** [2] - 50:20, 70:9
**types** [2] - 50:11, 50:13

---

**U**

---

**unable** [2] - 2:18, 61:3
**unaware** [3] - 36:15, 72:14, 72:24
**unbiased** [1] - 2:19
**uncover** [1] - 6:13
**underclass** [1] - 83:21
**UNITED** [1] - 1:2
**unlike** [1] - 61:8
**unreasonable** [1] - 63:25
**up** [11] - 9:5, 10:24, 11:3, 11:4, 46:19, 46:20, 46:21, 59:25, 79:16, 83:12, 83:18
**upper** [1] - 14:6
**upperclassmen** [12] - 22:2, 26:24, 27:7, 27:8, 36:20, 37:2, 48:16, 71:13, 74:15, 75:5, 79:3, 83:20
**upperclassmen's** [2] - 81:11, 81:13

---

**V**

---

**Van** [1] - 26:4
**van** [25] - 17:5, 27:10, 27:16, 27:19, 27:21, 28:5, 33:15, 48:3, 48:6, 48:8, 48:11, 48:17, 56:7, 60:18, 60:20, 66:24, 70:14, 70:16, 71:4, 71:14, 77:7, 77:21, 79:10, 85:21, 87:24
**Vanesses** [4] - 10:4, 10:16, 10:23, 19:4
**vans** [5] - 33:6, 77:20, 77:23, 84:8, 84:12
**vehicle** [2] - 49:11, 79:8

**verbal** [1] - 56:10
**verbatim** [1] - 39:23
**verify** [1] - 19:24
**verifying** [1] - 20:18
**violation** [13] - 2:25, 3:4, 3:5, 5:4, 6:9, 6:16, 6:17, 8:9, 55:25, 61:6, 64:8, 88:21, 89:3
**volleyball** [13] - 8:19, 8:25, 26:25, 59:18, 69:5, 69:8, 69:11, 74:16, 74:24, 82:15, 83:2, 86:24, 88:6
**vote** [2] - 2:19, 3:3
**VOTING** [116] - 11:20, 12:2, 12:7, 12:14, 13:2, 13:7, 13:14, 13:20, 13:23, 14:12, 14:16, 14:22, 15:6, 15:13, 15:18, 15:24, 16:5, 16:10, 16:17, 24:4, 24:10, 24:15, 24:19, 25:5, 25:9, 25:15, 25:20, 25:22, 26:2, 26:5, 26:12, 26:18, 27:2, 27:9, 27:15, 27:22, 28:7, 28:14, 31:15, 34:18, 34:25, 35:6, 35:10, 35:14, 35:22, 36:2, 36:4, 36:10, 36:13, 36:19, 36:24, 37:3, 37:7, 37:17, 37:23, 47:25, 48:10, 48:15, 48:20, 49:4, 49:19, 50:3, 50:7, 50:9, 50:19, 50:24, 51:16, 51:22, 52:4, 52:9, 52:19, 53:5, 53:9, 53:15, 70:9, 70:13, 70:17, 70:20, 71:5, 71:12, 71:16, 71:20, 71:24, 72:4, 72:11, 72:22, 73:9, 73:14, 73:19, 74:7, 74:17, 74:22, 75:16, 76:6, 76:10, 77:4, 77:10, 78:3, 78:22, 79:25, 81:4, 81:10, 82:7, 82:12, 82:16, 82:19, 83:7, 83:19, 83:24, 84:13, 84:20, 85:19, 85:24, 86:5, 86:8, 86:16
**voting** [16] - 2:17, 11:18, 17:8, 17:10, 24:2, 28:21, 28:23, 34:16, 38:10, 47:23, 53:19, 70:7, 75:8, 87:8, 88:23, 89:2

---

**W**

---

**walk** [2] - 12:8, 49:5
**walked** [1] - 71:25
**walking** [1] - 72:13
**water** [6] - 51:3, 61:24, 63:17, 69:19, 70:23, 72:8
**Water** [1] - 70:24
**ways** [1] - 63:17
**weeks** [2] - 29:7, 38:23

**welcome** [1] - 82:4
**whereas** [1] - 50:15
**White** [2] - 70:12, 83:9
**white** [1] - 21:6
**whole** [11] - 10:7, 12:13, 18:17, 18:23, 19:13, 43:23, 53:16, 53:18, 77:20, 82:9, 82:11
**widely** [1] - 61:12
**Winners's** [1] - 81:8
**WINTERS** [39] - 47:12, 47:20, 48:5, 48:13, 48:18, 48:24, 49:7, 49:23, 50:5, 50:8, 50:12, 50:22, 50:25, 51:5, 51:10, 51:20, 51:25, 52:7, 52:13, 52:23, 53:7, 53:12, 53:17, 54:3, 54:9, 54:20, 55:8, 55:13, 55:17, 55:21, 56:3, 56:9, 56:15, 56:25, 57:8, 57:14, 57:23, 58:7, 58:17
**Winters** [16] - 9:13, 9:16, 10:15, 10:22, 33:11, 47:11, 47:14, 47:17, 48:2, 67:4, 67:13, 71:23, 73:17, 75:3, 77:6, 77:12
**Winters'** [1] - 81:5
**witness** [28] - 9:7, 11:6, 11:19, 13:3, 17:13, 21:9, 23:12, 23:15, 24:3, 29:2, 33:24, 34:2, 34:17, 38:14, 39:10, 46:10, 46:12, 46:14, 47:10, 47:24, 53:23, 58:25, 60:22, 64:13, 65:5, 70:8, 75:11, 86:17
**witness(es** [1] - 90:8
**witness(es)** [1] - 90:12
**witnessed** [5] - 9:16, 10:11, 59:8, 60:16, 63:21
**witnesses** [2] - 47:6, 80:8
**witnessing** [1] - 7:18
**women** [1] - 9:15
**Women's** [1] - 59:20
**women's** [10] - 9:3, 9:9, 10:7, 11:2, 12:21, 21:17, 31:5, 51:6, 60:21, 87:24
**would've** [4] - 68:19, 73:5, 73:7, 75:25
**write** [1] - 21:8
**wrote** [2] - 31:3, 40:15

## Y

**year** [13] - 14:7, 44:8, 44:17, 46:19, 46:21, 54:18, 56:2, 58:12, 61:19, 61:23, 62:24, 80:5, 87:18
**year's** [1] - 46:25
**YETI** [1] - 51:2

**York** [1] - 90:6
**yourself** [2] - 2:20, 36:11

# EXHIBIT P



Date:     20 October 2025

From:    CAPT Anthony J. Ceraolo, Superintendent *(Acting)*

To:        MIDN Marina Ronzoni, Class of 2026

Subj:    Superintendent's Decision, Honor Board Hearings of 25 September 2025

On 25 September 2025, an Honor Board hearing was convened to consider the allegation that you lied to former Midshipman Muehlbauer (the Regimental Training Officer (RTO)) regarding members of the U.S. Merchant Marine Academy's (USMMA) women's soccer team consuming alcohol during a Kings Point (KP) Futbol Club team movement (TM) to Point Lookout Beach, New York on 17 August 2024. The Honor Board unanimously found that you had lied, and, thus, violated the Honor Code.

This Honor Board proceeding was your second such hearing for the same honor violation. The first honor hearing occurred on 09 October 2024. At that hearing, the then voting members (comprised of entirely different midshipmen who made up the Academic Year 2024-2025 Honor Board) determined unanimously that you had violated the Honor Code. At that time the honor staff and Commandant of Midshipmen recommended setback; however then Superintendent Nunan determined you should be granted honor probation with remediation. You requested VADM Nunan reconsider her decision based on a lack of your ability to confront witnesses due to names being redacted in the case packet prepared. She agreed with you and directed a new hearing take place upon your return from sea. Your subsequent hearing again resulted in the Honor Board (again, comprised of entirely different midshipmen) unanimously finding that you had violated the Honor Code.

Prior to deciding whether you should remain enrolled at the Academy, I fully reviewed the Honor Board files, including but not limited to, the entire recorded hearing that took place on 25 September 2025, as well as the recommendations of the Chair and Vice Chair of the Regimental Honor Board, the Honor Board Advisor, and the Acting Commandant, all of whom recommended that you be setback to the Class of 2027. Pursuant to Section 4.7.2 of the November 2024 Honor Manual (Superintendent Instruction 2024-07, *Regimental Honor Program*), I also reviewed your entire Academy record. During your time at the Academy, your conduct record has been characterized as outstanding. However, your Honor Code violation has failed to meet the standards, integrity, and commitment expected of our midshipmen.

Based on this review, I direct that you be setback. Accordingly, I direct the following:

1. You are setback to the Class of 2027. You will enter setback status upon successful completion of Term 1 AY 2025-2026. You will return to the Academy on a date to be determined by the Commandant in order to join the Class of 2027. At that point, you will resume your academic studies in Term 2 (T2) of Academic Year 2026-2027, with a schedule as determined by the Academic Dean.

2. While you are on setback, you must execute the following:

   a. Take two 3-credit college courses at another institution of higher education. These courses must be honor and ethics related and will not be eligible for exemption credit. The two courses must be pre-approved by the Director of Leadership and Ethics Development;

      i. You must earn a grade of at least a 'C' in each course, and you must arrange to have an official transcript sent from the Registrar at the institution you complete this coursework to the Academy Registrar. That transcript must be received by the beginning of that trimester to clear you academically for return to resume your studies at the beginning of T2;

      ii. Failure to meet the academic requirements will be a failure of terms and will result in immediate referral to an Executive Board for suitability.

Please note that any college level courses you pursue or complete during your Setback cannot be used to exempt you from coursework at the Academy and will not be accepted.

Prior to joining the Class of 2027, you must take and pass a Physical Fitness Assessment (PFA) as administered by the Commandant of Midshipmen or the Commandant's designated representative. You will receive instructions for the time and place of the PFA from the Commandant's Office.

Upon your return to the Academy I direct that you complete full Honor Remediation in accordance with the November 2024 Honor Manual (Superintendent Instruction 2024-07, *Regimental Honor Program*). Please note that any college level courses you pursue or complete during your Setback cannot be used to exempt you from coursework at the Academy and will not be accepted.

In accordance with Section 4.8.2 of the November 2024 Honor Manual (Superintendent Instruction 2024-07, *Regimental Honor Program*), you may request reconsideration of this decision. You must notify this office within 24 hours of receipt of this written decision of your intent to request reconsideration, and you must submit your request in writing to this office no later than seven days after receipt of this decision. Your request should include any alleged procedural violations.

Should you elect to request reconsideration, you will remain at the Academy during the pendency of your request for reconsideration, provided that you abide with all Academy policies, including all Midshipmen Regulations. If you are enrolled in classes during the pendency of the request, you will continue in those classes. If you do not elect to request reconsideration of this setback action, you shall proceed immediately with checkout procedures. Please contact the Commandant to commence those procedures.

By copy of this memorandum, the Commandant and Registrar are directed to implement this decision.

Sincerely,

Anthony J. Ceraolo
Captain, USMS / USCG (Ret.)
Superintendent *(Acting)*

Encl:   Acknowledgement of Decision

cc:      Commandant
         Registrar
         Counsel

UNITED STATES MERCHANT MARINE ACADEMY
KINGS POINT, NEW YORK

From:     MIDN Marina Ronzoni, Class of 2026

To:       Superintendent *(Acting)*

Subj:     Superintendent's Decision re:
          Honor Board Hearings of 25 September 2025


I am in receipt of the Superintendent's Final Decision of 20 October 2025 concerning the Honor Board Hearing that was convened to consider the allegation that I lied regarding my knowledge of alcoholic consumption at the women's soccer team movement on 17 August 2024.

\_\_\_\_      I accept the decision of the Superintendent, and waive my right to request reconsideration.

\_\_\_\_      I will request reconsideration of the Superintendent's Decision and will submit my request in accordance with Section 4.8.2 of the November 2024 Honor Manual (Superintendent Instruction 2024-07, *Regimental Honor Program).*


_____          _____
MIDN Marina Ronzoni                      Date


This acknowledgement must be emailed to Cynthia Flynn in the Office of the Superintendent at flynnc@usmma.edu by close of business of the next business day after receipt of this written Decision.

# EXHIBIT Q

MIDN Victoria Crofford 2/C

United States Merchant Marine Academy

August 19, 2025

To Whom It May Concern,

I am writing in regard to MIDN Ronzoni's current Honor Board Trial.

Last year, I served as a Petty Officer for the 2nd Company Honor Board Chair under MIDN Michael Monkevich. During that time, I witnessed and participated in multiple trials and their procedural aspects. Prior to each trial, the Honor Board members and Petty Officers attended preliminary meetings to review the upcoming case. The majority of these meetings were conducted appropriately and focused on the facts of the case.

In my experience, it was uncommon for midshipmen to plead not guilty, so the cases that involved appeals were particularly significant. Toward the end of my first trimester as Petty Officer, the cases related to the soccer team drinking incident began to come to trial. While I did not have voting authority, I attended the pre-meeting prior to MIDN Ramsden's case, which involved circumstances similar to MIDN Ronzoni's.

That trial, in my observation, was extremely unfair and biased. Fundamental rights, such as the right to a fair proceeding, should always be preserved, particularly when the outcome can affect a midshipman's career and future. The Honor Manual is based on its very name: honor. Its purpose is to guide trials toward truth, not to trap midshipmen into stumbling over words during an unfair process.

The meetings led by MIDN Solomos and MIDN Bumman did not reflect this standard. Their stated purpose was clearly to find the accused guilty, with explicit language such as, "we are going to get them." They also redacted the names of those making accusations, not solely to prevent retaliation, but, as was admitted in those confidential meetings, to avoid confronting the fact that some accusers had either already been found guilty of misconduct themselves or had inconsistencies in their stories. In short, the evidence was selectively framed to fit a predetermined outcome.

According to the Honor Manual, any individual with involvement in a case must recuse themselves. Out of respect for this principle, and despite not having a vote, I refrained from attending any further trials after what I witnessed during that pre-meeting.

It is also deeply concerning that MIDN Solomos and MIDN Bumman approached this situation with clear bias and unprofessionalism. They employed leading questions, withheld exculpatory evidence, and portrayed MIDN Ronzoni unfairly. Notably absent from the investigation was mention that MIDN Solomos' car was seen at the 7-Eleven where alcohol was purchased, with MIDN Bumman present as well. Further, MIDN Bumman's decision to personally investigate and

interview participants, despite only holding the role of Petty Officer, was inappropriate and outside her authority. This conduct reflects poorly on the integrity of the process.

The Honor Board's role is to collect facts and uncover truth, not to prosecute or vilify classmates out of spite. Yet the lack of procedural integrity, the suppression of relevant evidence, and the dismissive attitude toward the concerns of other board members suggest otherwise.

For the record, I did not attend the hearings of MIDN Ramsden, Ronzoni, or Mitchell after witnessing the pre-meeting for MIDN Ramsden's case. I informed MIDN Monkevich at the time that I found the process to be unfair and therefore refused to participate further. These unresolved issues, both at the staff and Honor Board levels, are precisely why I have chosen not to be, and will never again be, involved in the Honor Board.

I have no hesitation in expressing these views openly. Honor must be the foundation of the Honor Board, and in this case, it was not. If MIDN Ronzoni is found guilty, then by principle, all midshipmen involved in the team activity should likewise be held accountable, as they also failed to uphold the standards of their positions. The truth and all viable evidence must be considered, and unfortunately, I witnessed firsthand that this was not done in MIDN Ronzoni's case.

Very Respectfully,

Midshipman Victoria Crofford 2/C

# EXHIBIT R



# M.V. LIBERTY
## American Roll-On Roll-Off Carrier LLC
### 816 A1A, Suite 101  Ponte Vedra Beach, FL 32082  USA



From:  Captain Emily Gramer                                  Date: 10 August 2025
   Master MV Liberty
   IMO# 9310109

To: Whom it May Concern

Subj: Character Statement – Marina Ronzoni

I sailed with Deck Cadet Marina Ronzoni onboard the MV Liberty from December 2024 to March 2025.  She was able to smoothly integrate into the fast-paced environment onboard and quickly became a valued member of the crew.  Within her first weeks of being onboard, she was able to take on more responsibilities and was trusted to complete tasks with little to no supervision.

Cadet Ronzoni knew when to ask for help if needed, and more importantly, when to come forward and admit when a mistake was made.  There was a situation where paint had been mixed incorrectly and then applied on deck, and as soon as Cadet Ronzoni realized what happened, she brought the mistake forward to me.  Making mistakes is difficult – bringing mistakes forward to the Captain is even more difficult, yet she was compelled to make things right.  This attests to her character and the drive to do the right thing, even when it is the hard thing.

Watching Cadet Ronzoni's leadership skills and confidence build during the time she was onboard gives me great hope for her progression forward as an officer and a leader.  She worked well with others, assisted where needed, and always exhibited a good attitude when she showed up for work each day, and I expect to see these qualities carried forward as she progresses through her remaining time at Kings Point.

I strongly encourage her to continue working to build her skills, do the hard things, and continue putting in the effort to become a good deck officer.  She will make a fine deck officer on any vessel she chooses to go to.  Deck Cadet Ronzoni is welcome back onboard the MV Liberty and I look forward to sailing with her again in the future, when she is a Third Officer.  I can be reached at the below address for any further follow up questions regarding Cadet Ronzoni's character.

Respectfully Submitted,

Captain Emily Gramer

Master – MV Liberty

USMMA Class of 2018

Emily.gramer.2018@gmail.com

Dear Captain Ceraolo,

I am writing this letter of recommendation on behalf of Midshipman Marina Ronzoni, Class of 2026. I have had the privilege of teaching Marina in both NAUT160: Ship Construction and Stability and NAUT210: Integrated Navigation, and I have also worked closely with her on departmental initiatives in my capacity as Assistant Department Head for Marine Transportation.

Marina is an exceptional midshipman who consistently demonstrates professionalism, initiative, and academic excellence. In the classroom, she was always punctual, prepared, and engaged—approaching complex material with curiosity and determination. Her performance in both theoretical and practical components of her coursework was outstanding, and she consistently demonstrated a strong grasp of maritime concepts.

Beyond her academic achievements, Marina has made meaningful contributions to the Department of Marine Transportation. She is currently assisting me in updating Sea Projects, showing both attention to detail and a thoughtful understanding of the curriculum's goals. Her inputs are very valuable and indicative of her commitment to improving the educational experience for her peers.

Marina's leadership and involvement across the Academy are equally impressive. She has earned both a 1st Sailing Sea Year Ribbon and a 2nd Sailing Sea Year Ribbon with a Star, reflecting her excellence at sea. On campus, she serves as Editor-in-Chief of the Yearbook and is a member of the Women's Soccer Team. Her regimental roles, including 2nd Battalion Logistics Officer, Company Executive Officer PO, and Regimental Activities Officer PO, demonstrate her ability to lead with integrity and purpose.

Marina is a well-rounded, driven, and thoughtful individual who exemplifies the values of Kings Point. I am confident she will continue to excel in her future endeavors and contribute meaningfully to the maritime industry.

Please feel free to contact me if you need any further information.

Sincerely,

**Carolyn Hunter**
Assistant Department Head
Marine Transportation Department
United States Merchant Marine Academy



# United States Merchant Marine Academy
## Kings Point, New York

November 23, 2025

To: Captain Anthony Ceraolo,
USMS Acting Superintendent
From:  Sarah Bulaclac, CDR USMS
Associate Professor, Department of Marine Transportation

    I have known MIDN Ronzoni since her Plebe year. I have had the pleasure of instructing her in Integrated Navigation One.  During this time, she was punctual, an active participant in class consistently asking thoughtful questions and always respectful of her peers and myself.

She has shown herself to be academically strong while maintaining involvement in many extracurricular clubs and athletics. She earned both a 1st sailing Sea Year Ribbon and a 2nd sailing Sea Year Ribbon with a Star. She has been a member of the Women's Soccer Team and the KP Pizza Club. She is also the yearbook editor-in-chief for her class.  She has also held positions within the regiment such as 2nd Battalion Logistics Officer, 5th Company Morale Officer, Company Executive officer PO, Regimental Activities Officer PO and Alumni Liaison PO. Currently she has been assisting me in my role as Sea Project Coordinator with reviewing sea projects and finding ways we can improve them for future students.

Should you need anything further, please do not hesitate to contact me.

S. Bulaclac

## Marina Ronzoni Character Reference

During MIDN Marina Ronzoni's time as CXPO she has displayed the utmost respect, dignity, and character. Maintaining constant and persistent professionalism she ensures that her relationship with the class of 2028 is one that teaches what it means to be an officer in the U.S. Navy. She takes her job as a CXPO and role as a squad leader very seriously knowing that the classes below her own are always watching and know when she is not maintaining the standard that every midshipman is expected to uphold. She is one of the minorities of midshipman on campus that actually embrace the standard that is set by USMMA which is why I chose her to be my petty officer.

Beyond the regiment I know that MIDN Ronzoni has high moral character and easily distinguishes the difference between right and wrong. She is not afraid to point out the difference in right and wrong, even when it may be the unpopular decision. MIDN Ronzoni handles herself in a way that is truly admirable and should be studied by all midshipman at this academy. I would be more than willing and even happy to vouch for MIDN Ronzoni's character and integrity. In my experience with MIDN Ronzoni she has never demonstrated any inappropriate behavior that would indicate compromising her own integrity or morals.

Very Respectfully,

MIDN LT Garrett Clapsaddle 1/C
USMMA 2025
5th Company
CX 5

To Whom it May Concern,

It has come to my attention that MIDN Marina Ronzoni 2/C has been assigned for an Honor Investigation regarding the events of the Soccer Beach TM. I would like to personally recommend that MIDN Ronzoni be completely exonerated from any honor charges that she has been accused of. MIDN Ronzoni has been an integral part of our team in 3rd Battalion since I have taken over and has been extremely helpful since she has been involved. Her professionalism and dedication have exceeded that of her classmates in every aspect.

When I came back from Leatherneck at the end of Indoctrination, the cadre were all extremely tired from their two and a half weeks of constant training. My 1/C cadre told me that MIDN Ronzoni had been a crucial part of their cadre and helped them beyond her responsibilities as a 2/C. 5th Company specifically had a smaller cadre than most of the other companies, forcing the team to spend longer hours on the job with little to no time off. MIDN Ronzoni did not allow these circumstances to deter her from completely dedicating her efforts to the training of the class of 2028. The other cadre had nothing but good things to say about her character and her reputation as a Midshipman.

As the trimester started, MIDN Ronzoni continued to seek out leadership experience by applying for a Petty Officer position for 5th Company Executive Officer. It is no secret that the CX position is one of the most demanding in the regiment due to the constant attention needed by the plebe class. MIDN Ronzoni desired to capitalize on her relationship with the 5th company plebes she started during Indoc by continuing to assist with their crucial training. She has done a fantastic job filling in on musters, dedicating hours to PKT's and Tattoos, and keeping the plebes in line with their standards. Her participation in her PO position is more evidence of her upright character and dedication to the training of Midshipmen at this Academy.

As far as the Team Movement in question for her honor investigation, I completely believe MIDN Ronzoni's claims that she was not involved in any drinking or giving alcohol to plebes or anyone else. MIDN Ronzoni came to me that weekend after the event and apologized that her plan for a normal team movement ended the way it did. She said that she planned for it to be a fun bonding experience for her team and had no intention of it becoming a drinking event. Further, she had no knowledge of alcohol during the event and was separated from the individuals who were. She said that she wanted to give some of the team space so that the plebes could bond without being around their CX PO. Further, even though she did not drink or have knowledge of anyone else drinking, she apologized and took responsibility for the events that happened on the TM because it was her plan and she signed off on it.

To reiterate, I believe MIDN Ronzoni's claims that she did not drink or provide alcohol to anyone on the soccer TM. MIDN Ronzoni has been nothing but an asset to our team in 3rd Battalion and upholds the MIDN standards and regulations better than even most of my classmates. There is absolutely no reason that a person of her character would lie about a situation like this, especially in light of her teammates coming forward. I hope that these facts about her character help you make your decision and that this investigation be completely wiped from her record. MIDN Ronzoni will make an amazing officer and does not deserve to have an

honor offense on her record. If you would like more information about her character or attitude please contact me.


Very Respectfully,

MIDN CDR Garrett Cox 1/C

3rd Battalion Commander

Garrett.cox.2025@midshipman.usmma.edu

C: (704) 617-1678

TO:     300 Steamboat Road July 1, 2024
        Kings Point, NY 11024
        ATTN: Captain Anthony Ceraolo, USMS

FM:     LCDR Michael Fiorenza
        Assistant Professor
        Marine Transportation
        Kings Point, NY 11024

DATE:   27OCT2025

SUBJ:   LETTER OF RECOMMENDATION ICO MIDN MARINA RONZONI

I am writing on behalf of MIDN Marina Ronzoni. As her professor, I have had the pleasure of observing her growth and development as a Midshipman, and I believe she possesses the character, qualities and skills necessary to continue her academic studies at USMMA.

MIDN Ronzoni consistently demonstrates punctuality and a strong commitment to her academic responsibilities. She is not only active in class discussions but also engages her classmates thoughtfully, creating an inclusive and collaborative learning environment. Her courteous demeanor and respect for both her peers and faculty members further exemplify her character and commitment to excellence.

In addition to her academic achievements, she is a dedicated soccer athlete, showcasing her ability to balance rigorous training with her studies. Her participation as a yearbook editor highlights her leadership and organizational skills, as she adeptly manages projects and collaborates with a team to produce a meaningful final product. Furthermore, her leadership positions within the regiment display her capability to inspire and motivate others, demonstrating the qualities of a strong leader.

MIDN Ronzoni's combination of academic diligence, athletic commitment, and proven leadership makes her a stand out as dedicated student.


Very Respectfully,

LCDR Michael Fiorenza

To Whom it May Concern,

My name is Grant Gould, and I'm a graduate of Kings Point Class of 2024. I was the Regimental Honor Board Chair during my 1st Class Year and I'm currently working as a 3rd Assistant Engineer on a Pasha Hawaii RoRo vessel. I know MIDN Ronzoni through a mutual friend, whom we are both very close with.

I understand that MIDN Ronzoni has a potential honor violation in the system regarding an incident on a TM that involved alcohol. Although I cannot speak on the incident itself considering I'm currently enjoying post-grad life on a beach in Hawaii, I can speak to MIDN Ronzoni's case as I don't believe her word to be a lie or false.

When MIDN Ronzoni and her friends brought up the incident to me, I was a little confused because I have never seen her honor in question. I believed that she was telling me the full truth about the situation. Through our mutual friendship, I have never seen a time where I questioned if she was an honorable person, or if she was not trustworthy to our mutual friend. On top of this, it means a big deal to me to stick my neck out for someone that has a potential honor violation.

As being the previous RHBC and working with Captain Keane, I would never stick my neck out for anyone who I didn't believe to be Not In Violation based on their side of the story. I hope the voting members will take this character reference into account during MIDN Ronzoni's Honor Hearing.

Very Respectfully,

Grant Gould
Kings Point 2024
3rd Assistant Engineer
Former Regimental Honor Board Chair
(619) 865-1747

09/20/2024

**Character Statement**

**On Behalf of: MIDN Marina Ronzoni 2/C**

**From: MIDN LCDR Shaylin Juhola 1/C**

I am writing this character statement on behalf of Midshipman Ronzoni. Midshipman Ronzoni is a fellow teammate on the Varsity Women's Soccer Team and during my time at Kings Point, I've had the honor of watching her develop both as an athlete and as an individual.

During my time both on an off the field with Midshipman Ronzoni, she had consistently demonstrated integrity, dedication, and exceptional work ethic. Whether this be in academics, regimental duties, or athletics, Midshipman Ronzoni puts forth maximum effort in everything that she undertakes.

One of Midshipman Ronzoni's qualities that sets her apart from others is her ability to take on additional responsibilities when needed. Midshipman Ronzoni volunteered to work two indoctrinations in a row as a cadre. Midshipman Ronzoni will also lead practice during pre-season which also demonstrates her leadership ability. Midshipman Ronzoni consistently demonstrates her commitment to the team's success.

On numerous occasions, Midshipman Ronzoni has demonstrated her commitment to honesty, respect, and service. Midshipman Ronzoni will continue to uphold the values that all Midshipmen at the United States Merchant Marine Academy are sworn to.

**Very Respectfully,**

**MIDN LCDR Shaylin Juhola 1/C**

**USMMA Class of 2025**

Captain Michael C. Murphy, USMS
Department of Marine Transportation
September 3, 2024


Letter of Reference
MIDN Marina Ronzoni, 2/C


To whom it may concern,

I have been asked by MIDN Ronzoni to provide her with a letter of reference and have agreed to do so based on my experience with her in my NAUT 310 Integrated Navigation 3 class and my interactions with her outside of class.

MIDN Ronzoni has been a dedicated and focused student in NAUT310 Integrated Navigation 3. She volunteered to serve as the section leader and has done an admirable job in this thankless role. MIDN Ronzoni has been pro-active in all of her duties as section leader, completing required tasks without prompting. She is an astute student who is engaged in both the lecture and lab portions of the class. She is personable and respectful at all times. MIDN Ronzoni has proven herself both responsible and forthright in all of my interactions with her.


Sincerely,

CAPT Michael C. Murphy, USMS
Associate Professor, Department of Marine Transportation

United States Merchant Marine Academy
300 Steamboat Road
Kings Point, N.Y. 11024

October 21, 2025

Captain Anthony Ceraolo, USMS
Acting Superintendent
United States merchant Marine Academy

I am writing this letter on behalf of Midshipman Marina Ronzoni, Class of 2026. I have been a member of the faculty in Marine Transportation since 2004 and have taught hundreds of students in that time period in subjects ranging from navigation and seamanship to meteorology. I had the privilege of having Midshipman Ronzoni as a student in my Meteorology and Celestial Navigation courses and hope to have her as a student in my Advanced Meteorology elective next term.

Midshipman Ronzoni was always punctual and ready for class to begin. She kept herself up-to-date on assignments given, so she could keep up on the material covered in class. She performed well academically, both on campus and at sea, and was always polite and respectful to myself and her peers in class. She earned both a 1st sailing Sea Year Ribbon and a 2nd sailing Sea Year Ribbon with a Star. Not only has she shown herself to be a fine student with a strong work ethic, but she is also a well-rounded individual who has participated in many activities at the academy. For example, she has participated as a member of the Women's Soccer Team and the KP Pizza Club. She is also the yearbook editor-in-chief for her class. She has also held positions within the regiment such as 2nd Battalion Logistics Officer, 5th Company Morale Officer, Company Executive Petty Officer, Regimental Activities Petty Officer and Alumni Liaison Petty Officer.

To my knowledge, Midshipman Ronzoni has not had any disciplinary issues prior to the current incident. She and I discussed the details regarding this current disciplinary action and while I agree she made an error in judgement I do not believe her actions should result in being set-back one year. When speaking with her about this incident, she showed genuine remorse and stated she should have been more of a presence in the van and exercised better judgement to ensure that no one was purchasing alcohol on that day. Midshipman Ronzoni is just over two terms away from completing her course of study at the academy. Setting her back now and having her return at the beginning of term 2 next year would be counterproductive in my opinion. I would advocate for allowing her to finish out the academic year and either allow her to work off her punishment in Term 2 or have become a deferred graduate so she can complete the terms of the disciplinary action over the summer. Upon completion of these terms she would then be eligible to graduate. Having to wait a few months to begin any employment is also a form of disciplinary action and one which I am sure she would be willing to accept in lieu of being set-back.

Thank you for your consideration in this matter. If you have any questions or would like any further information, please do not hesitate to contact me at (516) 726-5863.

Very truly yours,

Captain Timothy D. Tisch, USMS, Ph.D.
Commander, NOAA, Ret.


Scanned with
CamScanner

To whom it may concern,

I am writing this letter for MIDN Marina Ronzoni 1/C. Marina and I have been on the soccer team together for 4 years now and have gone through a lot together, including the TM to the beach in 2024. Although I did not attend, the aftermath of the TM has impacted the team for the last two years. Through this, however, Marina has continued to support all her teammates on and off the field. When the incident occurred, Marina made sure that the teammates involved were not looked down upon by others. Marina has spent countless hours making sure the team was not being slandered on social media, which I feel has ensured that her teammates were kept out of the spotlight regarding this situation. For a full year Marina has had to deal with the backlash of this TM from her classmates and coach, which I am sure has not been an easy thing to do, but she always comes to practice with at least a pretend smile on her face, as to not drag everyone else down, which may not be seen to everyone, but is something I appreciate. I do not know what happened the day at the beach, as I was not there, but I do know that Marina has continuously persevered through the consequences of going on the TM, which include being questioned by her classmates and coach every day, being called out by name on social media time and time again, being skipped over for regimental positions, and not being named a team captain this season, although she has been a leader on the field for the last 3 years prior.

If you have any questions or concerns please do not hesitate to reach out to me.


Very respectfully,

MIDN Emma Cox 1/C