```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
```
MARINA RONZONI and MORGAN
MITCHELL

                Plaintiff,

     - against -

UNITED STATES OF AMERA, UNITED
STATES DEPARTMENT OF
TRANSPORTATION, UNITED STATES
MERCHANT MARINE ACADEMY, and
CAPTAIN ANTHONY J. CERAOLO,

                Defendants.
```
----------------------------------------------------------X
```

**JUDGMENT**
CV 25-6691 (JMA) (JMW)

       A Memorandum & Order of Honorable Joan M. Azrack, United States District Judge, having been filed on January 25, 2026; granting Defendant's motion for summary judgment; denying Plaintiff's motion for summary judgment; denying as moot, Plaintiff's motion for a preliminary injunction; and directing the Clerk of Court to enter judgment accordingly and close this case, it is

       **ORDERED AND ADJUDGED** that Plaintiffs' Marina Ronzoni and Morgan Mitchell take nothing of Defendants United States of Amera, United States Department of Transportation, United States Merchant Marine Academy, and Captain Anthony J. Ceraolo; that Defendants' motion for summary judgment is granted; that Plaintiffs' motion for summary judgment is denied; that Plaintiffs' motion or a preliminary injunction is denied as moot; and that this case is closed.

Dated:  January 27, 2026
         Central Islip, New York

BRENNA B. MAHONEY
CLERK OF COURT

BY:  /S/ JAZMIN M. CUBANO
DEPUTY CLERK